**EXHIBIT B**

**EXHIBIT B**



## Dish Network Calling Record Analysis (2007-2010)

<u>**Expert Report of PossibleNOW**</u>
<u>**John Taylor**</u>

PossibleNOW, Inc. was retained by defendant Dish Network LLC's ("Dish") counsel Kelley, Drye and Warren LLP to analyze calling data from Dish Network that had previously been analyzed by the Federal Trade Commission ("FTC") and returned to Dish Network showing potential "hits" to the National Do Not Call Registry and potential hits to Dish Network's company-specific do not call list, and to provide expert opinion and testimony regarding the same. PossibleNOW is paid for the work performed based on the various hourly rates of the individuals and systems necessary to complete the work, with hourly fees ranging from approximately $100 to $250 per hour. PossibleNOW also bills for reimbursement of travel and other direct expenses. PossibleNOW's fees are not contingent on the outcome of this litigation.

This analysis was supervised, coordinated and summarized by John Taylor, Director, Project Management and Quality Assurance, at PossibleNOW. John joined PossibleNOW in 2004 and has worked at every level of its Do Not Call offerings to customers of PossibleNOW. He has managed data analysis projects for multiple companies that total over 2.5 billion calling records. John is a graduate of Excelsior College with a Bachelors of Science Degree (Liberal Arts) with minors in Business Management and History. He is a certified Project Management Professional (PMP) and a Certified Agile Practitioner (PMI-ACP). These certifications demonstrate his abilities in analyzing, planning, executing, reporting and closing projects through multiple project management techniques.

Initially in September 2011, the DISH call record information was provided in two files by the Department of Justice on behalf of the FTC without a description of what the files indicated. It was clear that at some level that the FTC had compared the data to some extent with phone numbers on the National Do Not Call Registry, but until the end of 2011, we did not receive an explanation of the FTC's data analysis. Once we received that information, we began the process of our DNC analysis.

Specifically, we evaluated all Dish Calling records against our National Do Not Call Registry Historical Research Database. PossibleNOW, Inc. began compiling this database in December 2005 based on the downloads of the National Do Not Call Registry since September 7, 2003. Between September 2003 and April 2004, we downloaded and verified the accuracy of our copy of the Registry weekly. Beginning in April 2004, PossibleNOW, Inc. began downloading the daily incremental update to the Registry and verifying its accuracy once and later twice per week. All of these downloads indicating adds and deletes to the National Do Not Call Registry have been kept in this historical research database that allows us to analyze telephone numbers and call dates to determine the status of that call on the Registry at the date and time of the call.

This analysis identifies whether the telephone number was on the Registry at the time of call. If so, we determined whether it was within the 31 day grace period. In our analysis of the three files presented, Fedy_tmy_ebrn, Fed_tmy_ebru, and inty_fedy_tmy_ebrna we found that all

records were on the list for greater than 31 days at the time of the call. Thus, we did not eliminate any records through this process.

Our process then began to identify other reasons that the calls in the three files identified as Fed_tmy_ebrn, Fed_tmy_ebru and inty_fedy_tmy_ebrna (hereafter identified as ebrn, ebru, and ebrna) could be eliminated. We did this by examining the disposition of the call shown in the record, the campaign type (customer only, etc.), appointment scheduling, and inquiry-based EBR calling identified by campaign name and date, and finally intrastate calls were identified for elimination from the analysis.

Many clarifications and additional data allowed this expansion of the meanings of the and true status and purpose of the calls beyond the telephone number and call date.

As an additional clarifying point, we did not undertake analysis to determine whether any of the calls that were potentially placed to a phone number (as part of the records provided by the government) continued to be assigned to the person or household that had registered the number on the National Do Not Call Registry. Nor was this information provided as part of the records and analysis that the government provided.

In summary, we found as follows:

- For Conclusion 1, we were able to exclude 615,660 of the 1,112,125 hits identified by the government.

- For Conclusion 1A, we were able to exclude 1,916,706 of the 2,230,290 hits identified by the government.

- For Conclusion 2, we were able to exclude 933,107 of the 3,698,918 hits identified by the government.

- We also identified an overlap between the calling records in Conclusion 2 and Conclusions 1 (89,543) and 1A (175,450). Where the calls did not trigger either the NDCR or the DISH Internal Do Not Call list, we excluded them. 75,072 overlapping calls remain in Conclusion 1 and 155,573 remain in Conclusion 1A, but were removed from Conclusion 2 to avoid the overlap .

In addition, it is our understanding that DISH is presently undertaking a manual review effort to determine if additional hits identified by the government may be excluded. There also may be further reasons to exclude remaining hits based on information not in PossibleNOW's or DISH's possession, such as but not limited to business to business calling, invalid numbers, or other reasons.

**Fed_tmy_ebrn in support of Conclusion 1 (1,112,125 records)**

In Conclusion 1, the government concluded that "[f]or those National DNC Registry hits for which DISH asserted an EBR, 1,112,125 confirmed telemarketing calls were placed outside DISH's asserted EBR period." As set forth below, we were able to exclude 615,660 of the 1,112,125 hits identified by the government. In addition, it is our understanding that DISH is presently undertaking a manual review effort to determine if additional hits identified by the

2

government may be excluded.  There also may be further reasons to exclude remaining hits based on information not in PossibleNOW's or DISH's possession, such as but not limited to business to business calling, invalid numbers, or other reasons.

**Disposition Analysis:**

For each calling record in this file we analyzed the calling dispositions.  Our analysis showed that 139,105 of the 1,112,125 calling records had dispositions that indicate a failure of the telephone to ring at the telephone number dialed (see table below):

| ** | SYSTEM CODE - Invalid |
|---|---|
| DBU | Busy |
| DC | Invalid Number |
| DIC | Operator Intercept |
| DND | No Dial Tone |
| DNR | No Ring Back |
| DRO | Reorder |
| DST | SIT Tone |
| SD | General Error |

11,569 of these excluded calls overlap with calls identified in Conclusion 2.  These failed dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

Further analysis showed that 11,293 records had call dispositions that indicated business to business calling and collections activity (see table below).  While there may have been other calls to business numbers that were not detected by DISH's internal disposition codes, based on the records we received, the government does not appear to have engaged in an analysis to exclude business to business calling.

| BS | Business reached |
|---|---|
| ML | Payment Mailed |
| PD | Payment Posted Accou |
| PN | PDR no payment |

1,461 of these excluded calls overlap with calls identified in Conclusion 2.  These non-telemarketing calls do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

Calling dispositions in this file also indicate that there were 9,623 calls that had a disposition code indicating a wrong number (WN) or No English Spoken (NE).  These disposition codes indicate that the number was dialed in error and no solicitation was presented.

661 of these excluded calls overlap with calls identified in Conclusion 2.  These non-solicitation dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

3

In total, 160,021 calling records were eliminated from Fed_tmy_ebrn regarding Conclusion 1 based on call disposition [contact_result_code] and [code_description].

**Current Customer Campaigns:**

After eliminating hits based on non-telemarketing disposition codes we began to analyze the campaigns themselves. In many cases, there were campaigns that were only dialed to current customers. These calls are made to schedule appointments, notify the customer of changes to their accounts or offer new services. These calls are not made to customers who do not have a valid customer number nor had a deactivation date. This would indicate a current EBR relationship. We analyzed the campaign name [campaign] in the file and found 447,643 call records that fit this description based on campaign information provided by Dish Network.

447,643 calling records were eliminated from Fed_tmy_ebrn regarding Conclusion 1 based on customer only campaigns [campaign].

**Refined EBR analysis:**

In the government's description of their EBR analysis of the Dish Network calling records, they indicated that they used a 93 day EBR period from activation date and a 558 day period from last payment date. Based on the fact that both the activation and the last payment date indicate a transaction, we reanalyzed the file and found 67 occurrences where the call was within the EBR period when using the transactional period on the activation date instead of the lesser inquiry period used by the government.
67 calling records were eliminated from Fed_tmy_ebrn regarding Conclusion 1 based on refined EBR analysis using transactional EBR rules in the activation date analysis.

**Intrastate calling analysis:**

It does not appear in the government's analysis that it excluded intrastate calling. Using dialing location indicated by code in the campaign name [campaign] and the list of area codes [phone_number] assigned to the state of the dialing location we were able to identify and eliminate 7,929 intrastate calls from the potential issue file. Our source of area code association to states is in accordance with the area codes as listed on the National Do Not Call Registry.

780 of these excluded calls overlap with calls identified in Conclusion 2. These intrastate dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

**Analysis Summary for Conclusion 1:**

Through the use of cascading summary analysis based on disposition analysis, current customer only campaign analysis and reanalysis of transactional EBR periods, we were able to exclude

4

615,660 of 1,112,125 records as valid exemptions or no harm calls. This leaves a remainder of 496,465 (44.6%) calls in the file referenced in Conclusion 1 (See table below). As noted previously, there may be further reasons to exclude remaining hits based on the additional manual review by DISH, as well as information not in PossibleNOW's or DISH's possession, such as but not limited to business to business calling, invalid numbers, or other reasons.

| | Fed_Tmy_ebrn.csv | | Conclusion 1 | |
|---|---|---|---|---|
| File | Reason | Count | | |
| | **Total Records in File** | **1112125** | | |
| 1 | No Call Records | 139105 | Telephone never rang | |
| 2 | Non Telemarketing Calls | 11293 | Calls for payment and calls to businesses | |
| 3 | Current Customer Campigns | 447643 | Calls to current customers only | |
| 4 | Activation Date EBR | 67 | 18 month EBR from Activation Date v. 93 days | |
| 5 | WN and NE Disposition | 9623 | Wrong Number and No English, no solicitation | |
| 6 | Intrastate Calls | 7929 | | |
| | **Total Excluded Calls** | **615660** | Total calls excluded | |
| 7 | Remaining Calls | 496465 | Total Calls Remaining | |

**Individual files reflecting the excluded records by category and the remaining records files were generated as part of this analysis.**

**Fed_tmy_ebru in support of Conclusion 1A (2,230,290 records)**

In Conclusion 1A, the government concluded that "[f]or those calls for which DISH had no EBR data, we found 2,230,290 confirmed telemarketing calls that were also National DNC Registry hits." As set forth below, we were able to exclude 1,916,706 of the 2,230,290 hits identified by the government. In addition, it is our understanding that DISH is presently undertaking a manual review effort to determine if additional hits identified by the government may be excluded. There also may be further reasons to exclude remaining hits based on information not in PossibleNOW's or DISH's possession, such as but not limited to business to business calling, invalid numbers, or other reasons.

**Disposition Analysis:**

For each calling record in this file we analyzed the calling dispositions [contact_result_code] and code_description]. Our analysis showed that 170,826 of the calling records had dispositions that indicate a failure of the telephone to ring at the telephone number dialed (see table below):

| ** | SYSTEM CODE - Invalid |
|---|---|
| DBU | Busy |
| DC | Invalid Number |
| DIC | Operator Intercept |

| DND | No Dial Tone |
|-----|--------------|
| DNR | No Ring Back |
| DRO | Reorder |
| DST | SIT Tone |
| SD | General Error |

15,349 of these excluded calls overlap with calls identified in Conclusion 2. These failed dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

Further analysis showed that 31,423 records had call dispositions that indicated business to business calling and collections (see table below). While there may have been other calls to business numbers that were not detected by DISH's internal disposition codes, based on the records we received, the government does not appear to have engaged in an analysis to exclude business to business calling.

| BS | Business reached |
|----|------------------|
| ML | Payment Mailed |
| PD | Payment Posted Accou |
| PN | PDR no payment |

1,781 of these excluded calls overlap with calls identified in Conclusion 2. These non-telemarketing calls do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

Calling dispositions in this file also indicate that there were 1,026 calls that had a disposition as wrong number (WN) or No English Spoken (NE). These dispositions indicate that the number was dialed in error or no English was spoken upon contact and no solicitation was presented.

97 of these excluded calls overlap with calls identified in Conclusion 2. These non-solicitation dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

In total, 203,275 calling records were eliminated from Fed_tmy_ebru regarding Conclusion 1A based on call disposition [contact_result_code] and [code_description].

**Non-telemarketing campaigns:**

A list of campaigns that were only dialed in order to service the customer was analyzed. This analysis was done by excluding records dialed during these campaigns using the [campaign] field for identification. The purpose of these calls was to schedule or confirm work orders, installs, or were calls to customers acquired by Dish Network to confirm their payment information. We were able to exclude 41,214 calling records based on non-telemarketing [campaign] analysis.

6

2,331 of these excluded calls overlap with calls identified in Conclusion 2. These non-telemarketing dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

**Current Customer Campaigns:**

After eliminating calls based on non-telemarketing disposition codes and campaigns we began to analyze the campaigns themselves. In many cases, there were campaigns that were only dialed to current customers. These calls are made to schedule appointments, notify the customer of changes to their accounts or offer new services. These calls are not made to customers who do not have a valid customer number or a deactivation date associated with their account. This would indicate a current existing EBR relationship. We analyzed the campaign name [campaign] in the file and found 818,180 call records that fit this description based on campaign information provided by Dish Network.
818,180 calling records were eliminated from Fed_tmy_ebru regarding Conclusion 1A based on customer only campaigns [campaign].

**Inquiry EBR Campaign Identification and Evaluation:**

Using the campaign names [campaign] in the file, we received information as to which campaigns were inquiry only calling campaigns. Each of the campaigns was identified with the letters LTS in the campaign name. Through the calling period the method of dating the campaign changed, but the LTS identifier did not. We received the dates of each of the campaigns from DISH records and we evaluated the calling records against those dates using 92 days (inquiry period -1 day for processing the inquiry into the dated calling campaign). Through this process we were able to identify 815,937 valid inquiry EBR calls based on campaign name, date and EBR period analysis. 851,937 calling records were eliminated from Fed_tmy_ebru regarding Conclusion 1A based on inquiry based EBR calling.

**Intrastate calling analysis:**

It does not appear in the government's analysis that it excluded intrastate calling. Using dialing location indicated by code in the campaign name [campaign] and the list of area codes [phone_number] assigned to the state of the dialing location we were able to identify and eliminate 2,100 intrastate calls from the potential issue file. Our source of area code association to states is in accordance with the area codes as listed on the National Do Not Call Registry.

319 of these excluded calls overlap with calls identified in Conclusion 2. These non-telemarketing dials do not trigger either the NDNCR rules or the company-specific internal do not call list and are therefore valid exclusions in this Conclusion.

7

**Analysis Summary for Conclusion 1A:**

Through the use of cascading summary analysis based on disposition analysis, current customer only campaign analysis, inquiry EBR identification and analysis, and intrastate calling analysis, we were able to exclude 1,916,706 of 2,230,290 records as valid exemptions or no harm calls. This leaves a remainder of 313,584 (14%) in the file referenced in Conclusion 1A (See table below). As noted previously, there may be further reasons to exclude remaining hits based on the additional manual review by DISH, as well as information not in PossibleNOW's or DISH's possession, such as but not limited to business to business calling, invalid numbers, or other reasons.

|  | Fed_Tmy_ebru.csv | | Conclusion 1A |
|---|---|---|---|
| **File** | **Reason** | **Count** | |
| | **Total Records in File** | **2230290** | |
| 1 | No Call Records | 170826 | Telephone never rang |
| 2 | Non Telemarketing Calls | 31423 | Calls for payment or to businesses |
| 3 | Non Telemarketing Campaigns | 41214 | Calls to service the customer |
| 4 | Current Customer Campaigns | 818180 | Campaigns only dialed to current customers |
| 5 | EBR By Campaign Inquiry | 851937 | Inquiry EBR Campaign exemptions |
| 6 | Intrastate Calls | 2100 | Interstate Calls |
| 7 | WN and NE Disposition | 1026 | Wrong Number, No English no solicitation |
| | **Total Excluded Calls** | **1916706** | Total Calls Excluded |
| 8 | **Remaining Calls** | **313584** | Total remaining calls |

**Individual files reflecting the excluded records by category and the remaining records files were generated as part of this analysis.**

**Fedy_tmy_ebrna in support of Conclusion 2 (3,698,918records)**

In Conclusion 2, the government concluded that "[f] we found 3,698,918 confirmed telemarketing calls that were DISH Internal Do Not Call and National DNC Registry hits. Therefore, EBR does not apply. As set forth below, we were able to exclude 933,107 of the 3,698,918 hits identified by the government. In addition, it is our understanding that DISH is presently undertaking a manual review effort to determine if additional hits identified by the government may be excluded. We did identify overlap between the calling records in Conclusion 2 and Conclusions 1 (89,543) and 1A (175,450). Where the calls violated neither the NDCR nor the DISH Internal Do Not Call list, we excluded them. 75,072 overlapping calls remain in Conclusion 1 and 155,573 remain in Conclusion 1A.

**Disposition Analysis:**

For each calling record in this file we analyzed the calling dispositions [contact_result_code] and code_description]. Our analysis showed that 514,732 of the calling records had dispositions that indicate a failure of the telephone to ring at the telephone number dialed (see table below):

| ** | SYSTEM CODE - Invalid |
|---|---|
| DBU | Busy |
| DC | Invalid Number |
| DIC | Operator Intercept |
| DND | No Dial Tone |
| DNR | No Ring Back |
| DRO | Reorder |
| DST | SIT Tone |
| SD | General Error |

Further analysis showed that 17,906 records had call dispositions that indicated business to business calling and collections (see table below):

| BS | Business reached |
|---|---|
| ML | Payment Mailed |
| PD | Payment Posted Accou |
| PN | PDR no payment |

Calling dispositions in this file also indicate that there were 36,249 calls that had a disposition as wrong number (WN) or no English Spoken (NE). These dispositions indicate that the number was dialed in error and no solicitation was presented.

**Non-telemarketing campaign analysis:**

During our analysis, Dish Network provided us with a list of campaigns that were only dialed in order to service the customer. This analysis was done by excluding records dialed during these campaigns using the [campaign] field for identification. The purpose of these calls was to schedule or confirm work orders, installs, or to calls to customers acquired by Dish Network to confirm their payment information. We were able to exclude 35,695 calling records based on this [campaign] analysis

**Intrastate calling analysis:**

Using dialing location indicated by code in the campaign name [campaign] and the list of area codes [phone_number] assigned to the state of the dialing location we were able to identify and eliminate 77,150 intrastate calls from the potential issue file

9

**Inquiry EBR Campaign Calling Analysis:**

Using campaign information provided by Dish Network we were able to identify calls that were placed to numbers that made and inquiry to Dish that was after the date the number was placed on the DISH Internal Do Not Call List.  These calls were made to service the inquiry.  We identified and excluded 20,730 calling records that met this criterion.

Through the use of cascading summary analysis based on disposition analysis, campaign analysis, inquiry EBR identification and analysis, intrastate calling analysis, and the removal of overlapping records not excluded in Conclusion 1 or 1A we were able to exclude 933,107 of 3,698,918 records as valid exemptions or no harm calls.  This leaves a remainder of 2,765,811 (74%) calling records in the file referenced in Conclusion 2 (See table below).

inty_fedy_tmy_ebrna.csv                    Conclusion 2

| File | Reason | Count | |
|---|---|---|---|
| | **Total Records in File** | **3698918** | |
| 1 | No Call Records | 514732 | Telephone never rang |
| 2 | Non Telemarketing Dispositions | 17906 | Calls for payment or to businesses |
| 3 | Non Telemarketing Campaigns | 35695 | Calls to service the customer |
| 4 | Intrastate Calling | 77150 | Intrastate calling |
| 5 | WN or NE Disposition | 36249 | Wrong Number or No English |
| 6 | Inquiry EBR Campaigns | 20730 | Calls only dialed on basis of inquiry |
| | Current Customer Campaigns | 172495 | Overlap not excluded in Con 1 or 1A |
| | Inquiry EBR Campaigns | 20986 | Overlap not excluded in Con 1 or 1A |
| | Activiation Date EBR Extension | 30 | Overlap not excluded in Con 1 or 1A |
| | Remaining Calls | 37134 | Overlap not excluded in Con 1 or 1A |
| | **Total Excluded Calls** | **933107** | |
| 7 | **Remaining Calls** | **2765811** | |

John Taylor                July 26, 2012

10