UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, ILLINOIS, NORTH CAROLINA, and OHIO,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　Defendant. | Case No.: 3:09-cv-03073 (SEM) (BGC) |

**DEFENDANT DISH NETWORK L.L.C.'S MOTION FOR SUMMARY JUDGMENT**

　　　Defendant DISH Network L.L.C. ("DISH"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1(D) of the United States District Court, Central District of Illinois, hereby moves this Court for an order granting summary judgment in its favor on Counts I through XII of the Second Amended Complaint ("SAC") filed by Plaintiffs the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission, and the States of California, Illinois, North Carolina and Ohio.

　　　DISH has filed contemporaneously with this Motion its Memorandum of Law in Support of its Motion for Summary Judgment and the exhibits and evidence in support thereof.

DATED: January 6, 2014                    Respectfully Submitted,

                                          By: /s/ Henry T. Kelly
                                          Henry T. Kelly
                                          KELLEY DRYE & WARREN LLP
                                          333 W. Wacker Dr.
                                          Chicago, Illinois 60606
                                          Phone (312) 857-2350

                                          Joseph A. Boyle
                                          Lauri A. Mazzuchetti
                                          KELLEY DRYE & WARREN LLP
                                          200 Kimball Drive
                                          Parsippany, New Jersey 07054
                                          Phone (973) 503-5900

                                          *Attorneys for Defendant Dish Network LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>Defendant. | Case No.: 3:12-3221-SEM-BGC |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby deposes and states that he caused the foregoing, **MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court on January 6, 2014, using the ECF system, and served on all parties of record via the ECF system, pursuant to LR 5.3.

  /s/ Henry T. Kelly
Henry T. Kelly