**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, ILLINOIS, NORTH CAROLINA, and OHIO,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>Defendant. | Case No.: 3:09-cv-03073-SEM-BGC |

**DEFENDANT DISH NETWORK L.L.C.'S MOTION TO PRECLUDE
THE EXPERT TESTIMONY OF DR. YOELI**

Defendant DISH Network L.L.C. ("DISH") by its attorneys, KELLEY DRYE & WARREN LLP, hereby moves this Court to Strike the expert testimony of Dr. Erez Yoeli, comparing DISH's call records to the raw hits produced by Plaintiffs' vendor, InterImage. DISH seeks to strike Dr. Yoeli's testimony because it lacks a reliable foundation, is based on fatally flawed factual assumptions, is irrelevant, and will not assist the trier of fact.

DISH has filed contemporaneously with this Motion its Memorandum of Law in Support of the instant Motion and the Declaration of Lauri Mazzuchetti ("Mazzuchetti Decl.") and its accompanying exhibits.

1

DATED:  May 28, 2014

Respectfully Submitted,

By: /s/ Henry T. Kelly

Henry T. Kelly
KELLEY DRYE & WARREN LLP
333 W. Wacker Dr.
Chicago, Illinois 60606
Phone (312) 857-2350

Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Phone (973) 503-5900
*Attorneys for Defendant Dish Network LLC*

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>Defendant. | Case No.: 3:12-3221-SEM-BGC |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby deposes and states that he caused the foregoing, **DEFENDANT DISH NETWORK L.L.C.'S MOTION TO PRECLUDE THE EXPERT TESTIMONY OF DR. YOELI** to be electronically filed with the Clerk of the Court on May 28, 2014, using the ECF system, and served on all parties of record via the ECF system, pursuant to LR 5.3.

　/s/ Henry T. Kelly　
Henry T. Kelly