UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, ILLINOIS NORTH CAROLINA, and OHIO, | Case No. 3:09-cv-03073-SEM-TSH |
| Plaintiffs, | |
| v. | |
| DISH NETWORK, LLC | |
| Defendant. | |

# HIGHLY CONFIDENTIAL

**REVISED RESPONSIVE EXPERT REPORT**
**OF**
**REBECCA KIRK FAIR**

**September 15, 2016**

**I.    Qualifications** .................................................................................................. **2**

**II.   Assignment** ...................................................................................................... **2**

**III.  Case Background** ........................................................................................... **3**

**IV.   Summary of Opinions** ................................................................................. **5**

**V.    Dr. Yoeli's Analysis Ignores Fundamental Information About the Data Sources and the Call Types** ....................................................................... **7**

    A.    Dr. Yoeli Ignores the Difference between Data Sources ........................... 9

        *1.    Customer Account Data* ................................................................ 10

        *2.    Other DISH Internal Data* ............................................................ 12

        *3.    External Data* ................................................................................ 15

    B.    Dr. Yoeli Ignores the Relationship between Call Type and Address Data .............. 16

        *1.    Calls to Active Customers* ............................................................ 17

        *2.    Calls to Potential or Future Customers* ....................................... 19

        *3.    Calls to Former Customers* .......................................................... 19

**VI.   Dr. Yoeli's "Any State" Method Is Unreasonable** ........................... **20**

**VII.  Dr. Yoeli's Simplistic "All State" Methodology Also Improperly Assigns Addresses to Calls** ...................................................................... **22**

**VIII. Dr. Yoeli's Methodology Has No Bearing on Retailer Calls** ........ **32**

    A.    Retailer Testimony Indicates Retailer Calling Practices Were Systematically Different from DISH Calling Practices .................... 32

    B.    Dr. Yoeli's 2012 Analysis of Retailer Calls Suffers from the same Flaws as His April and June 2015 Analyses ........................................... 33

        *1.    Dr. Yoeli's Population of Calls and the Corresponding Samples from His 2012 Analysis Are not Relevant* ................... 34

        *2.    Mr. Stauffer's Classification Is Based on Deficient Data and Non-Replicable and Inconsistent Methodologies* ....................... 36

        *3.    Dr. Yoeli's Calculation of the Percent Residential as a Percent of Identified Numbers Is Biased* ....................................... 43

**IX.   Conclusion** ................................................................................................. **44**

## I. QUALIFICATIONS

1.  I am a Managing Principal with Analysis Group, Inc., a consulting firm headquartered in Boston, Massachusetts. I have a Master of Business Administration degree in finance and applied economics from the MIT Sloan School of Management in Boston, Massachusetts. My curriculum vita is attached hereto as **Appendix A**.

2.  Over my twenty-year career at Analysis Group, I have conducted economic analyses and consulted in a broad range of cases requiring processing and statistical analysis of large datasets, and have managed projects involving those large datasets to measure damages or assess class certification issues. I have worked on over 200 intellectual property, false advertising, class certification, and antitrust litigations. I have served as an expert witness in matters involving corporate valuation, breach of contract damages, and trademarks.

3.  I also have extensive experience in the development, administration, and analysis of data on consumer behavior. I have supported the design and implementation of on-line, mall-intercept, and telephone surveys using a variety of methodologies. Over the course of these assignments, I have developed expertise in sampling from large databases, defining and soliciting target sample populations, and carrying out statistical analysis with large volumes of survey data. I have served as an expert witness and supported experts in matters involving the design and implementation of consumer surveys. I also have experience in the evaluation of surveys related to consumer perception, feature value, and marketing procedures in connection with intellectual property, consumer protection, antitrust, and trademark matters.

## II. ASSIGNMENT

4.  I have been asked to offer my opinions on whether the methodology that Dr. Yoeli used in his Revised Supplemental Expert Report[1] was sufficient to support the conclusion he offered in that report: that his analysis "provide[s] further evidence that a significant

---

[1] Revised Supplemental Expert Report of Dr. Erez Yoeli for Plaintiff States of California, Illinois, North Carolina & Ohio, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network L.L.C.*, United States District Court for the Central District of Illinois Springfield Division, Case No. 3:09-cv-03073 (hereafter, "*USA v. DISH*"), July 7, 2016 (hereafter, "Yoeli 2016 Report").

percentage of Dish's and its retailers' calls were made to residential landline numbers associated with the Plaintiff States."[2]

5.    **Appendix B** includes a list of all documents and data that I considered for my assignment.  I reserve the right to amend or supplement this report if additional relevant documents or information become available.

6.    The hourly rate charged for my work on this case is $650.  My compensation is not contingent on the nature of my findings or the outcome of this case.  I have directed employees of Analysis Group with expertise in querying sophisticated databases and analyzing data to assist me in this assignment.  Part of the work for this report was performed by other professional staff at Analysis Group under my direction.

## III.    CASE BACKGROUND

7.    I submitted an Expert Report in this matter on September 15, 2015.[3]  In my report, I discussed in detail work that Dr. Yoeli and Mr. Stauffer performed in April and June of 2015, which attempted to classify certain calls at issue as being made to residential, business, or wireless phone numbers in the Plaintiff States.  In my 2015 report, I identified several methodological flaws in both Dr. Yoeli's and Mr. Stauffer's analyses that rendered them unreliable, including, amongst others, the use of PossibleNOW data that were not collected nor maintained to serve the purpose for which they were being used and the use of a sample of calls drawn from incorrect call records.  It is my understanding that following my 2015 report, the State Plaintiffs withdrew Dr. Yoeli's opinion regarding the residential analyses conducted in April and June 2015 due in part to the errors that I identified.[4]  I also understand that following the withdrawal of these analyses, on January 14, 2016, in advance of the trial that began on January 19, 2016, the State Plaintiffs submitted additional analysis of PossibleNOW data that Mr. Stauffer

---

[2]    Yoeli 2016 Report, p. 6.
[3]    Rebuttal Expert Report of Rebecca Kirk Fair (hereafter, "Kirk Fair Report"), *USA v. DISH*, September 15, 2015.
[4]    Letter from Kamala D. Harris to Peter Bicks, Elyse Echtman, and John Ewald, *Re: United States et. al. v. Dish Network*, November 18, 2015.

performed.  I understand that the State Plaintiffs are no longer relying on this additional analysis.[5]

8.  Dr. Yoeli and Mr. Stauffer had previously submitted a similar analysis (also relying on PossibleNOW) as part of Dr. Yoeli's October 16, 2012 report, revised on December 14, 2012.[6]  To the best of my knowledge, this analysis has not been withdrawn.  At trial, Dr. Yoeli testified to his methodology from this report as well as his results for the DISH 2007-2010 calls, Tenaya (Star Satellite) calls, DISH 2003-2007 calls, and JSR calls.[7]  According to his testimony, this analysis indicates that "in general DISH was making calls to residential landlines in the sets that we were looking in."[8] Dr. Yoeli stated this conclusion also applied to the retailers.[9]

9.  I understand that following the January-February 2016 trial, the Plaintiff States requested address information from DISH associated with seven sets of call records (the "Call Records") relating to calls that DISH made from 2007-2010.[10]  These Call Record files included:

   a) **fed_tmy_ebrn** and **fed_tmy_ebru**.  These files are Dr. Yoeli's Conclusion 1 and 1A files from his July 19, 2012 report.[11]

   b) **No English (DTX 909)**, **Uncompleted (DTX 905)**, and **Inquiry (DTX 907)**.  These files are subsets of fed_tmy_ebrn and fed_tmy_ebru that Mr. Taylor identified in his September 20, 2012 report.[12]

   c) **Taylor 501,650 (DTX 903)**.  This file contains the "issue calls" that Mr. Taylor identified in his October 14, 2013 report.[13]

---

[5]  State Plaintiffs' Response to the Court's May 11, 2016 Text Order and Motion for Proposed Discovery Schedule, *USA v. DISH*, June 8, 2016, p. 1.

[6]  Rebuttal Report by Dr. Erez Yoeli, *USA v. DISH*, October 16, 2012; Revised Rebuttal Report by Dr. Erez Yoeli, *USA v. DISH*, December 14, 2012 (hereafter, "Yoeli December 2012 Report").  Mr. Stauffer's analysis was attached as Appendix I to Dr. Yoeli's October 16, 2012 report (hereafter, "Stauffer 2012 Declaration").

[7]  Testimony of Dr. Erez Yoeli (hereafter, "Yoeli Testimony"), *USA v. DISH*, January 19, 2016, pp. 190-202.

[8]  Yoeli Testimony, January 19, 2016, p. 201.

[9]  Yoeli Testimony, January 19, 2016, p. 201.

[10]  Plaintiffs' Requests for Production Pursuant to Opinion 624, *USA v. DISH*, March 4, 2016.

[11]  Report of Dr. Erez Yoeli, *USA v. DISH*, July 19, 2012.

[12]  Revised Expert Report of PossibleNOW: John Taylor, "Dish Network Calling Record Analysis (2007-2010)," *USA v. DISH*, September 20, 2012.

[13]  Expert Report of John T. Taylor, *USA v. DISH*, October 14, 2013.

**d) AM Calls (PX1410).** This file contains AutoMessage calls that Dr. Yoeli identified in his December 18, 2013 declaration.[14]

10.     Dr. Yoeli reports results for each of these call sets separately. However, it is important to note that as Dr. Yoeli conceded at trial, the call sets contain overlapping records.[15] In other words, some calls appear in multiple datasets. Thus, the results of his analysis are not additive: adding up results across all seven sets would over-count Call Records.

11.     In response to the State Plaintiffs' request, DISH produced 11 "Sets" of address data (the "Produced Address Data") from various internal and external sources, numbered Set 1 through Set 11. Of these 11 sets of address data, DISH produced two sets of Customer Account Data (Set 1A, and Set 8)[16], seven sets of Other DISH Internal Data (Sets 2-7, and Set 9), and two sets of External Data (Set 10 - TransUnion, and Set 11 - Speedeon). Each Set contained one file for each of the seven requested call sets, containing the Call Records and appended address information, for a total of 72 files.[17] In some cases there are multiple address sources for a given phone number. I discuss the produced datasets and the underlying sources of these data in more detail in Section V.A., below.

## IV.    SUMMARY OF OPINIONS

12.     Dr. Yoeli concludes that his 2016 analysis "provide[s] further evidence that a significant percentage of Dish's and its retailers' calls were made to residential landline numbers associated with the Plaintiff States."[18] This conclusion is unsubstantiated by Dr. Yoeli's analysis as described in his report.

---

[14]    Declaration of Dr. Erez Yoeli, *USA v. DISH*, December 18, 2013.

[15]    "Q. Does this purple circle in Demonstrative 1 [representing EBRU + EBRN], does that include any of the calls on which summary judgment was granted? A. It includes some." Yoeli Testimony, January 19, 2016, p. 171. Due to this overlap, which I understand amounts to seeking duplicative penalties for the same calls, the DOJ stipulated at trial that the number of calls it was seeking in the EBRU and EBRN files was a maximum of 1,634,702. The State Plaintiffs similarly agreed to seek damages based on the state portion of this reduced stipulated number, I understand to prevent the possibility of double recovery. Yoeli Testimony, January 20, 2016, pp. 425-433.

[16]    DISH also produced Set 1, which is a subset of Set 1A. For the purposes of this report, I will reference only Set 1A.

[17]    The External Data were only produced for those phone numbers that did not otherwise have address data within the DISH records. Some of the seven call sets were fully populated using DISH sources. Thus, TransUnion data were produced for five of the seven call sets and Speedeon data were produced for four of the seven call sets. See Yoeli 2016 Report, Appendices B and D.

[18]    Yoeli 2016 Report, p. 6.

13.     First, Dr. Yoeli's July 2016 analysis suffers from several design flaws that render it unreliable for determining the physical location of a phone number at the time a call was placed. His approach groups all sources of Produced Address Data together and treats them as equally reliable. He further fails to consider how the type of call made by DISH relates to the address and date information, which raises further questions as to the reliability of the address at the time of the call. As I describe below, calls made by DISH were intended for active, former and potential future customers, each of which may have a different expected relationship to address information at the time of the call. As a result of these flaws, his "Any State" method overstates the share of DISH calls associated with the Plaintiff States at the time of the call by including calls with inconsistent state information. His "All State" method employs an overly simplistic matching approach that ignores important information about the relationship between the call type and address information.

14.     Second, Dr. Yoeli's conclusion refers to "Dish and its retailers' calls," but Dr. Yoeli's analysis is limited to calls that DISH made and there is no analysis of calls that retailers made in his July 2016 analysis. I understand that the State Plaintiffs are seeking damages for over 32 million calls.[19] In contrast, the Produced Address Data relate to 5.1 million Call Records, all related to calls that DISH made from 2007-2010.[20] The Call Records for which DISH provided address data comprise a completely separate population from the millions of other calls that retailers made for which the State Plaintiffs are seeking damages. Dr. Yoeli's July 2016 analysis does not include any calls that retailers made and cannot be used to infer any information about calls made by others, based on different campaigns, for different purposes, and using a different process (notably, testimony from DISH retailers indicates that they do not conduct outbound calling activities in a similar manner as DISH).

15.     Third, Dr. Yoeli's stated July 2016 conclusion suggests that his July 2016 analysis can be used to support his, and by extension, Richard Stauffer's prior analyses regarding

---

[19]    State Plaintiffs' Post-Trial Proposed Conclusions of Law, *USA v. DISH*, April 29, 2016, pp. 15, 19, 26, 31, 38, 41, 44, 52.

[20]    This represents the sum of the seven call sets, without accounting for the duplicate records discussed in FN 15, above.

residential landlines for the retailer calls. However, the Produced Address Data and Dr. Yoeli's July 2016 analysis do not provide information on whether an address associated with a retailer call is residential, a business, or a landline. As I discussed in my September 15, 2015 report, these analyses suffered from numerous flaws that rendered them unreliable. The 2012 analysis suffers from similar flaws, which I discuss below.

16. At most, some of the Produced Address Data "provide further evidence" that an address was associated with a DISH Call Record for a subset of the Call Records at the time of the call.[21] However, even for these Call Records, the data, and Dr. Yoeli's analysis, provide no evidence as to whether any of the Call Records were "made to residential landline numbers" nor do they provide any information relevant to calls made by retailers.

## V. DR. YOELI'S ANALYSIS IGNORES FUNDAMENTAL INFORMATION ABOUT THE DATA SOURCES AND THE CALL TYPES

17. Dr. Yoeli's analysis ignores the reliability, or lack thereof, of the data. He simply uses all of the data he is given in two simplistic aggregated methodologies with simple matching algorithms based on phone numbers. He does not investigate either the overall reliability of the underlying data sources or their reliability at the time of the call. Furthermore, he does not attempt to confirm, nor even consider, how and why each data set was maintained and whether these data would be reliable or reasonable as of the date of the call given the type of call being made.

18. Specifically, Dr. Yoeli reports the results of two simplistic matching algorithms. In the first, which he calls his "All States Match," he defines a Call Record as a match to one of the Plaintiff States if the area code of the phone number is associated with a Plaintiff State and all of the addresses found across the data sets are associated with the same state. In the second methodology, his "Any States Match," he defines a Call Record as a match if the area code of the phone number is associated with a Plaintiff State and *at*

---

[21] I understand that DISH counsel may contend that some or all of these calls had an Existing Business Relationship and thus are not violative calls.

*least one* of the addresses found across the data sets has the same state.[22]  Notably in this second method, Dr. Yoeli ignores recognized contradictions across datasets.

19.    With respect to these address data, there are three key questions that must be asked to assess their potential to reliably determine whether a phone number is associated with a physical address at the time of the call:

  a) First, one must consider whether the data were created to capture the relationship between a given phone number and the location where that phone line exists.  For instance, DISH may maintain addresses and phone numbers for its customers but need not necessarily maintain them for the purpose of associating the address with the phone number for a given customer.

  b) Second, one must consider whether and how these data sources related to DISH at the time of the call.  While some data sources were created and maintained by DISH, others represent external data.  The TransUnion and Speedeon data were produced "as a proxy for data that [DISH] had originally obtained from Equifax."[23]  These data sources (including the original Equifax data) are external marketing databases, and were not necessarily created for the purpose of ascertaining the correct address associated with a telephone number.

  c) Third, one must consider whether the address information relates logically to the Call Record information, i.e., is it relevant.  DISH places outbound telephone calls for myriad reasons and each type of call has a unique purpose and thus should relate in particular ways to the various data sources (at least for the data maintained by DISH) in a particular manner.

20.    In treating all data sources equally, Dr. Yoeli fails to consider these issues.

---

[22]   See Yoeli 2016 Report, p. 5.  Dr. Yoeli restricts certain address sources based on the contained dates; for instance, he only includes addresses from the Customer Account Data if the call date falls between the "begin" and "end" dates.  I discuss his date restrictions further below, in Section V.A.  Other than date restrictions, he treats all addresses as equally reliable.

[23]   Yoeli 2016 Report, Appendix C.  I have no reason to believe that the External Data are more or less reliable than the Equifax data DISH used at the time.

**A.  Dr. Yoeli Ignores the Difference between Data Sources**

21.    Dr. Yoeli does not consider these questions in his analysis.  Dr. Yoeli does not consider the purpose or sponsor of the data sources, treating all internal and external data as equally reliable and relevant to the Call Records.  Dr. Yoeli only differentiates between the data sources to the extent that he treats dates in different data sources differently.  He categorizes the data sources into four categories:[24]

a) Datasets with start and end dates.  This includes Sets 1 and 8, which include "location begin date" and "location end date," Sets 4 and 6, which include "effective date" and "expiration date," and the TransUnion data, which include "date first seen" and "date last seen."  For these datasets, he includes addresses only if the call date falls between the dates he defines as the start and end dates.

b) Datasets with only "creation" dates.  This includes Sets 2 and 3, which include a "lead creation date," and Set 7 which includes a "created date" and a "last updated date."  For these datasets, he includes addresses only if the call date falls after the creation date.

c) Datasets with "action" dates.  This includes the Speedeon data, which includes a date on which records were inserted or deleted from the database.[25]  For this dataset, he includes addresses only if the call date falls after an "insert" record and/or before a "delete" record.

d) Datasets without dates.  This includes Sets 5 and 9.  For these datasets, he includes all addresses.

22.    While Dr. Yoeli distinguishes between different dates in order to integrate these date variables into his analysis, he does not consider whether the different dates in different databases that he groups together as "start dates" have the same meaning as each other.  Dr. Yoeli's Appendix D contains detailed information about the meanings of the different dates, as well as the sources of the different datasets.  Despite having access to these definitions, which clearly indicate that these dates have different meanings, Dr. Yoeli

---

[24]    Yoeli 2016 Report, p. 3.
[25]    This format is similar to the residential data from PossibleNOW that I discussed in my September 15, 2015 report.

does not consider whether the different histories of the datasets may affect their usefulness or relevance at the time of the call.

23.     None of the datasets were specifically created or maintained to isolate the physical location associated with a phone number.  However, the datasets contain data of varying reliability for this purpose, depending on the relationship between these data and DISH at the time of the call and the nature of the call.  Dr. Yoeli fails to consider how the underlying purpose and maintenance of the data in the normal course of business may affect its reliability.  Instead, Dr. Yoeli ignores these distinctions, and treats all the data sets as if they are equally valid for evaluating physical locations of telephone numbers for all campaigns.

    *1.    Customer Account Data*

24.     The Customer Account Data are made up of Set 1A and Set 8.  Set 1A contains billing and service addresses of DISH customers, during the period of their service.[26]  Set 8 contains billing and service addresses for some additional DISH customers.[27]

25.     While these data are not maintained for the specific purpose of determining the physical location of outbound calls that DISH made, maintaining accurate service addresses for its customers is relevant to DISH's business, and DISH has a business incentive to maintain these data properly.  Thus, the addresses associated with these Account Numbers were likely accurate during a DISH customer's period of service.

26.     However, the relationship between the phone number and the address is less clear.  For various reasons, a customer may associate a phone number with their account that is not associated with the address at which the customer receives service.  For example, a customer may list their work phone number as the primary contact number, because they are more reachable at that number.  Similarly, a parent may list their number for service for a college-aged child or a family member may list their number for service for an elderly relative.  In these cases the phone number is tied to the account and the account is

---

[26]     An initial dataset, Set 1, contains a subset of Account Numbers.  DISH identified additional Account Numbers and produced them in Set 1A, which included both the Account Numbers in Set 1 and the additional Account Numbers.

[27]     Yoeli 2016 Report, Appendix D.  I note that Set 8 does not contain "phone begin date" and "phone end date" variables.

tied to the service address, but the service address is not directly tied to the phone number and thus does not provide evidence of the location of the phone line.

27. Furthermore, these data would have various degrees of relevance depending on the nature of the DISH call, which I discuss below. Despite DISH's objectives with respect to these data, even the Customer Account Data has some data anomalies that generate concerns about some records.

28. <u>First, the end dates in the data contain anomalies</u>. DISH inputs an end date of 12/31/2199 for those records that have not yet expired. At times, this date appears to not have been updated when a record expired.[28] For example, **Exhibit 1** shows the Customer Account Data for three Account Numbers associated with *a single phone number* for 3 separate individuals and multiple service addresses during overlapping periods. One customer, ██████ ██████████ has four service addresses listed from April 2005 to February 2008. In Ms. ████████ case, as one might expect, each prior service address "ends" the day before a new service address "begins." The second customer account, ████ and ████ ████████ has three service addresses listed from March 2001 to present.[29] The third customer, ████ ████████ is listed with one associated service address from June 2007 to present. Thus, the listed dates would indicate that both the ████████ and Ms. ████████ have current, active service addresses associated with the same phone number. However, it may also be the case that the ████████ ended their service or changed their phone number sometime after their November 4, 2004 move to North Carolina, and sometime before ████ ████████ address was associated with the phone number on April 16, 2005, but their associated address or phone number was never updated accordingly. This example indicates that while DISH entered and maintained customer address information, it may not have consistently updated the end dates or in some cases the phone numbers ultimately associated with some accounts.

---

[28] While it is important for DISH's business to have accurate service addresses, it may be less important to record an "end" of an address when a customer disconnects.

[29] Two of these addresses overlap in time: one is active from March 2001 to November 2004, while the other is active from July to October 2004. The overlapping records have comparable street addresses in two neighboring cities with the same zip codes.

29. <u>Second, historical billing and service addresses cannot be treated as equal in the data</u>. The "begin" dates in the billing records do not appear to have been maintained consistently with the service data. **Exhibit 2** contains a histogram of the year of the "location begin date" for service records and billing records. There are over 200,000 service records for most years from 2001 to 2009, with a drop-off in frequency in 2010. In contrast, there are very few billing records with dates before 2011. The vast majority of the billing records are concentrated in 2011 and 2015. Additionally, at times, the presence of billing record dates introduces additional uncertainty. In **Exhibit 1**, discussed above, all three customers are listed with active billing addresses dating from 2011 and 2014. In fact, ███ ████ whose service addresses ended as of February 18, 2008, is listed as having a billing address beginning over two years later on September 27, 2011 and continuing to this day. These exhibits demonstrate that although service address start dates may be accurately maintained, billing address dates can contain start date discrepancies. While the billing records are from the same source as the service records, their associated dates may be less reliable than the service records. Dr. Yoeli does not distinguish between billing and service records in his analysis.

30. <u>Third, customer accounts may be associated with dozens of states</u>. For example, see **Exhibit 3**. In this case, one phone number is associated with 52 customer accounts in seven different states. This phone number has an area code associated with California; thus, Dr. Yoeli would classify these records as being in California using his "Any State" methodology despite the clear data anomalies. The association of this number with seven different states provides evidence that an area code for a phone number is not sufficient information to conclude the physical location of a phone number at the time of a call.

   *2.    Other DISH Internal Data*

31. In addition to maintaining active account information, DISH had other data in its files that it produced. Other DISH Internal Data is made up of Sets 2-7 and Set 9:

   a) **Sets 2 and 3**. These are datasets that include leads from two different Lead Tracking Systems. Set 2 contains historical lead data from the Lead Tracking

System that DISH used at the time of the Call Records. Set 3 contains leads from the current Lead Tracking System DISH implemented starting in 2013;[30]

b) **Set 4**. These data were pulled from DISH's internally maintained "Do Not Mail" portion of its "Do Not Contact" ("DNC") database. These records were identified by looking up Account Numbers that had historically been linked with phone numbers in the Call Records;[31]

c) **Set 5**. These data were pulled from historical marketing data;[32]

d) **Set 6**.[33] These data were "pulled from a database containing customer accounts generated by retailers and used to determine retailer compensation. SalesComm is the database of record for all payments that are made to retailers";[34]

e) **Set 7**. These data were pulled from Siebel, a "database containing information on customer accounts generated by order entry retailers";[35]

f) **Set 9**. These data were pulled from DISH's Production Operational Data System ("PODS").[36]

32.     Due to differences in the way that these datasets were stored and updated, there may be concerns with using the data in the way proposed by Dr. Yoeli. Specifically:

33.     First, these datasets were not maintained for the purpose for which Dr. Yoeli uses them. Though these datasets contain address fields, there is no reason to believe that the address data were maintained consistently over time. Unlike the Customer Account Data, for which DISH updates and maintains addresses and phone numbers to perform business

---

[30]     Yoeli 2016 Report, Appendix D.
[31]     Yoeli 2016 Report, Appendix D.
[32]     Yoeli 2016 Report, Appendix D.
[33]     In the "process of appending Set 6 information," three of the Call Record sets were de-duplicated. DISH also produced Set 6A files for these three Call Record sets, including the Call Records that had been removed in the de-duplication. No address information was affected in the amended files. See Yoeli 2016 Report, Appendix D.
[34]     Yoeli 2016 Report, Appendix D.
[35]     Yoeli 2016 Report, Appendix D.
[36]     Yoeli 2016 Report, Appendix D.

functions, these datasets do not necessarily require consistently maintained address fields to fulfill their internal purposes.[37]

34.     Second, the datasets do not contain sufficient information to associate phone numbers with addresses at the time of the call.  Even in cases where addresses are needed for the daily maintenance of the database, such as the "Do Not Mail" database, the link between the address and the phone number is not always clear.  Many of these data sources were identified using Account Numbers that DISH identified as having ever been associated with the phone number in question.[38]  The data sources contain date fields that associate the address with that particular Account Number, but there is no indication of when the Account Number was associated with the phone number.  Thus, there is no indication that the phone number was associated with the Account Number at the time that the address information was entered or at the time that a call was made.

35.     Third, the date fields are inconsistent and not meaningful.  Dr. Yoeli treats the dates in all datasets as equally reliable and meaningful for determining when an address was associated with a phone number.  The dates, however, are primarily related to when a record was created or updated in a database and, because the databases are not maintained for the purpose of associating historical addresses with phone numbers, may not relate logically to when an address was in use.  For example, in the case of Set 4, the "Do Not Mail" database discussed above, these dates represent when an address became effective under "Do Not Mail" and when that request would expire.  The expiration of the "Do Not Mail" request may not provide any information about the ownership of the address at the time of expiration – an expiration date may be after the time a person has left their current residence, or before.  In the cases of Set 5 and Set 9 there is no date information whatsoever, and thus no association between the call date and the address information.

---

[37]     For example, if DISH receives a lead in the Lead Tracking System with an inaccurate address, and the person signs up for DISH service and informs DISH of their correct address, the correct address would be entered into the Customer Account Data but is unlikely to be retroactively updated in the Lead Tracking System.
[38]     Yoeli 2016 Report, Appendix D.

### 3. External Data

36. The External Data is made up of Set 10, which was provided by TransUnion, and Set 11, which was provided by Speedeon. For those Call Records that did not match any Account Numbers and ultimately address records in the DISH Customer Account Data or Other DISH Internal data, DISH collected data from TransUnion. Excluding those incremental Call Records that matched one or more addresses in TransUnion, DISH collected data from Speedeon.

37. I understand that DISH received data from Equifax with consumer addresses for cold call campaigns, and the External Data are equivalent data sources that were produced as a proxy.[39] However, the dates in the External Data (as would have been the case with the original Equifax data) were created by third-party vendors.

38. <u>The External Data are incomplete and/or internally inconsistent.</u> The TransUnion data contain two dates: "date first seen" and "date last seen." In some cases, these dates overlap for the same phone number, indicating multiple associated addresses and names. **Exhibit 4.A** contains an example from the TransUnion data where two people in six different states are associated with one phone number at the time of the Call Record.[40] Mr. ▇▇▇ is associated with an address in New Jersey and an address in Pennsylvania, while Ms. ▇▇▇ is associated with addresses in Utah, Oklahoma, Florida, and California.

39. The Speedeon data contain one date "action date" as well as a variable "action" indicating whether the record was inserted or deleted on that date.[41] However, the date history appears incomplete in some cases. For example, **Exhibit 5.A** contains the Speedeon history for one phone number. Speedeon indicates that the phone number, with

---

[39] Yoeli 2016 Report, Appendix D.
[40] Similarly, **Exhibit 4.B** contains an example from the TransUnion data where two people in five states are associated with one phone number at the time of the Call Record. Mr. ▇▇▇ is associated with addresses in California and Washington, while Mr. ▇▇ is associated with addresses in Ohio, Maryland, and Texas. **Exhibit 4.C** contains an example from the TransUnion data where four people in three states are associated with one phone number at the time of the Call Record. Mr. ▇▇▇ is associated with addresses in North Carolina and South Carolina, Ms. ▇▇▇ is associated with addresses in North Carolina and Mississippi, and ▇▇▇ and ▇▇▇ ▇▇▇ are associated with two addresses in North Carolina.
[41] These data are similar to the PossibleNOW residential and business directories which I discussed at length in my September 15, 2015 report.

an associated address, was deleted on February 16, 2005. The next record indicates the same phone number, with a different associated address, was deleted on June 2, 2014. From these data, it is not clear when the latter address became effective, nor why Speedeon is apparently missing the corresponding "Insert" record that one would expect.[42]

40. <u>The External Data may be inherently unreliable.</u> I understand that the TransUnion data are from a marketing database maintained by TransUnion, one of the "big three" credit reporting agencies, along with Equifax and Experian.[43] Such credit reporting agencies do not necessarily maintain address information consistently and reliably. The business purpose of information collected by credit reporting agencies is primarily to assess a person's creditworthiness. While the address is included in this information, it does not affect a person's credit score.[44] In addition, credit reporting agencies, such as Equifax and TransUnion, have been known to have data recording issues.[45]

41. Further, it is not clear how TransUnion or Speedeon collect and maintain address data (or how Equifax similarly collected and maintained its address data).

### B. Dr. Yoeli Ignores the Relationship between Call Type and Address Data

42. The Call Records analyzed in the Yoeli 2016 Report concern calls made by DISH for various business purposes. These purposes provide information that is useful for evaluating the reliability, certainty, and relevance at the time of the call for certain addresses included within these datasets. **Exhibit 6** summarizes the types of calls

---

[42] Similarly, **Exhibit 5.B** contains an example from the Speedeon data where the first three records are "deletes" with no associated inserts, followed by one insert record. All four records include different first and last names, sometimes with overlapping addresses. **Exhibit 5.C** contains an example from the Speedeon data where the first two records are "deletes" without corresponding "inserts," followed by a later insert. Again, all three records include different first and last names with some overlapping addresses.

[43] See Yoeli 2016 Report, Appendix C.

[44] "Errors in header information (current/previous address, age, or employment) are not considered in determining a FICO credit score and thus are not defined as material in the context of this study." Federal Trade Commission, "Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003," December 2012 ("2012 FTC Report"), p. v.

[45] For example, an FTC report from 2012 found that in a sample of reviewed credit reports, 21% contained a material error, 4% of which contained an error in the so-called header information. The FTC notes that this is "a lower bound of the frequency of header information errors, as reports with errors only in the header information are not included." One would expect that errors in non-material items would be even more pervasive, as these fields are less considered. See 2012 FTC Report, pp. i, iv-v ("Errors in header information (current/previous address, age, or employment) are not considered in determining a FICO credit score and thus are not defined as material in the context of this study.").

included in the Call Records.  **Appendix C** contains a list of each campaign in the Call Records and its associated category.  To the extent that one might use the Produced Address Data to assess the address associated with a given Call Record, it is important to consider whether the address information (and particularly any available date information associated with the address) is consistent with the type of call.

43.     Dr. Yoeli ignores the types of calls and treats all calls as the same in his analysis.  As a result he ignores valuable information, including how the purpose and date of the call can be used together to assess the relevance and reliability of the addresses.

44.     In this section I discuss each of the types of calls in the Call Records, as well as the expected relationship between the call type, DISH customers, and the data.

   *1.   Calls to Active Customers[46]*

45.     **Upsells.**  Upsells are calls intended for customers with active service at the time of the call, made to sell extended channel packages or other promotions.[47]  Thus, one would expect an upsell call to be linked to a customer account that was associated with an active service address in the Customer Account Data at the time of the call.

46.     **Non-Telemarketing Calls.**  Several non-telemarketing campaigns are also included in the Call Records.  Non-telemarketing campaigns included in the Call Records include campaigns to conduct surveys, informational campaigns regarding channel lineups, and campaigns to autopay customers.[48]  These campaigns were intended to reach active DISH

---

[46]  Throughout this report I refer to customers who were current customers at the time of the call as "active" customers, to distinguish from customers who are current customers in 2016.

[47]  At trial, Joey Montano, Business Operations Manager II in the Outbound Group at DISH, testified about different types of upsell campaigns, including campaigns for premium channels, campaigns for international language channels, campaigns for specific channels or specific Pay Per View events.  Testimony of Joey Montano, ("Montano Testimony"), *USA v. DISH*, February 10, 2016, pp. 3096-3104.

[48]  Specifically, according to Mr. Montano, BAM campaigns were campaigns where "a non-telemarketing call [was] made to customers after they completed a service package change to determine that the service package was actually indeed changed."  BF Big 10 was "a non-telemarketing campaign to advise customers of a programming issue with the Big 10 package."   BF Comm Rolloff was "a campaign to DISH business customers." AMEX campaigns were "customers who had paid by an American Express card.  And they had previously purchased the DISH Digital Advantage Plan.  And they were supposed to be enrolled in autopay and paperless billing associated with that plan."  He described ENGOO2 as follows: "It's ENGOO2 as in Oscar Oscar number 2.  Stands for English owned and operated.  It was a survey for customers who had – English customers who had called in and talked to a customer service representative at one of our English owned and operated sites." RF_Commercial Survey is "surveys specifically to our commercial customers." Montano Testimony, February 10, 2016, pp. 3076-3093.

customers and thus would be expected to have associated active service addresses at the time of the call.

47. **Future Disconnects.** DISH sometimes calls customers who have indicated that they plan to disconnect their service at the end of the month in order to ask the customers to reconsider their decision to disconnect.[49] These customers have not yet disconnected, thus the campaigns are intended to reach active customers and one would expect associated active service addresses at the time of the call.

48. **AutoMessage**s. DISH placed pre-recorded calls to some active customers. These calls were all intended for existing customers.[50] Thus, one would expect these calls to be associated with accounts with active service addresses at the time of the call.

49. **Cancelled and Held Work Orders.** Calls on Cancelled or Held Work Order (CWO/HWO) campaigns are non-telemarketing calls that DISH placed to follow up on work orders to install or service equipment. These work orders may be for active customers who are having service problems, customers who are working to schedule installation, or customers who signed up but cancelled service prior to installation. I understand that these customers had signed up for service, although the service may not have been activated yet.[51] Thus, one would expect a work order call to be associated with a customer with an associated Account Number and thus an active associated service address at the time of the call.

---

[49] According to Mr. Montano, campaigns with the word "FUTURE" or "E Care" are "both future disconnect requests. So the consumers had active service at the time they contacted us. They communicated to DISH they would like to disconnect at the end of the month or at the beginning of their next bill cycle." Montano Testimony, February 10, 2016, p. 3095.

[50] Montano Testimony, February 10, 2016, pp. 3041-3042.

[51] According to Mr. Montano, held work orders are "an installation work order that's in a hold state, meaning that the installation hasn't been completed. So the hold state can be something like there was bad weather at the site location at the time the installation was supposed to be completed. The technician didn't have the appropriate equipment. Or the technician didn't show up at the time. We're simply calling the consumer back to see if we can get the work order out of the hold state and resolve whatever the issue was at the time." Similarly, cancelled work orders are "another type of held work order campaign where the installation work order is in a cancelled state or a closed state. So we're simply calling the consumer to confirm whether the installation has indeed been completed or whether we need to send a technician out. Also for similar reasons, could have been weather or no line of sight or whatever the case may be." Montano Testimony, February 10, 2016, p. 3075.

### 2. Calls to Potential or Future Customers

50. **Inquiries**.  Leads, or inquiries, are calls that DISH places in response to customers expressing an interest in DISH's services.[52]  These calls are directed to potential future DISH customers; one would expect that some customers would subsequently become DISH customers and appear in the Customer Account Data with addresses post-dating the call, while others would not ultimately sign up for DISH service.  The Produced Address Data also includes two sets, Sets 2 and 3, which are from DISH's Lead Tracking System and include the date DISH received a lead for a phone number.

51. **Opt-Ins.**  There is one campaign in the Call Records, EP HOMES ORG, which was a campaign where customers opted in to hear about DISH service.[53]  This campaign functions similarly to a lead: one would expect some, although not all, opt-in calls to result in future customer accounts dated after the call.

52. **Cold Calls.**  Cold calls are calls placed to potential customers in an attempt to sell DISH service.  They are distinct from inquiries because the customers did not previously inquire about DISH service.[54]  As with leads, one would expect some, but not all, cold calls to result in future customer accounts.

### 3. Calls to Former Customers

53. **Winbacks.**  Winbacks are calls DISH makes to try to "win back" customers who previously disconnected.[55]  Thus, one would expect a winback call to be linked to a customer account that had previously been active.  In fact, DISH's campaign naming system is specific about the number of months between when a customer disconnected and when the winback call was made.  Thus, a 6-month winback call should be associated with a customer account that had been disconnected approximately 6 months prior.

---

[52] Mr. Montano testified that inquiry calls can be identified with the letters "LTS" in the campaign name and that they are calls for which "the consumers have inquired." Montano Testimony, February 10, 2016, p. 3087.
[53] Montano Testimony, February 10, 2016, pp. 3120-3122.
[54] Montano Testimony, February 10, 2016, pp. 3116-3117.
[55] Montano Testimony, February 10, 2016, pp. 3093-3094.

## VI.    DR. YOELI'S "ANY STATE" METHOD IS UNREASONABLE

54.    As noted, Dr. Yoeli's analysis is not reliable.  It is particularly clear that his "Any State" method cannot be relied upon and in fact, the differences between his "Any State" and "All State" methodologies emphasize the limitation in using the area code of a phone number to determine the physical location for the phone number at the time of a call.

55.    In his "Any State" method, Dr. Yoeli clearly overstates the share of DISH calls associated with the Plaintiff States at the time of the call.  In this method, Dr. Yoeli compares the area code of a phone number to the list of states associated with that phone number among all of the Produced Address Data.  If at least one of the states associated with the phone number in the Produced Address Data matches the state of the area code, his analysis classifies this as a match.

56.    This classification system assumes that in the case of a contradiction, the state that matches the area code is the correct one.  However, the area code only indicates that the phone number may have been associated with that state *at some point in time*.  Each state associated with the phone number in the Produced Address Data contains the same information: the phone number was associated with that state *at some point in time.*  The fact that the area code is from a different "source" of information than the Produced Address Data causes Dr. Yoeli to value it differently, even in cases where there are multiple records in the Produced Address Data that contradict the area code.

57.    In fact, the Produced Address Data sometimes contains additional information about the date a phone number was associated with a state.  For example, **Exhibit 7.A** contains a case that Dr. Yoeli classifies as being associated with California using his "Any State" methodology.  This phone number appears in the Customer Account Data associated with active service and billing records located in Florida at the time of the call.  The phone number, associated with the same person's name, also appears in the Set 2 (Lead Tracking System) data without a full address, but listed in California.  Based on these data, it is not possible to state with certainty which address is the correct associated address.  However, the complete Customer Account record, including full address, start date, and Account Number, appears more reliable than a lead record with only city, state, and zip code.  Despite this discrepancy, Dr. Yoeli classifies the call as being made to

California in his "Any State" match because the area code is associated with California and at least one of the address records is also associated with California.

58.     Similarly, **Exhibit 7.B** contains a Call Record with a call date in September 2007 that Dr. Yoeli classifies as being associated with North Carolina using his "Any State" methodology. The phone number appears in the Customer Account Data, associated with an active service address located in Michigan from May 2006 to March 2008 (during the time of the call). The phone number also appears in Set 6 (SalesComm), associated with North Carolina with an effective date of April 1999. Despite the fact that the Customer Account Data are both more relevant and more recent, Dr. Yoeli treats the two data sources as equivalent. In fact, the Customer Account Data also contain the North Carolina address from Set 6, but indicate that the address was associated with the account only from March 2001 to May 2006, and was no longer associated with the account at the time of the call.

59.     In some cases, further review of the data may allow one to make judgment calls about the state most likely to be associated with the phone call. In other cases, the contradiction is not resolvable from available data. See, for example, **Exhibit 8**. As of January 1, 2009, this phone number was associated with a customer at a service address in Pennsylvania and a billing address in Illinois. There is no way to tell, based on these data, whether the phone number associated with the account was in Pennsylvania or Illinois at the time of the call. Dr. Yoeli's analysis would conclude that the 217 area code, which is associated with Illinois, found an "Any State" match because Illinois is one of the two states. However, there is no evidence that the call was taken in Illinois rather than Pennsylvania.[56]

60.     Dr. Yoeli's "Any State" methodology aggressively assigns states in his favor. This approach is not reasonable and does not "provide further evidence" of anything.

---

[56]   I note that this call is a lead call that appears to have been placed to a customer with active service. This inconsistency between call type and location begin and end dates further calls into question the assignment of a state to this record.

## VII. DR. YOELI'S SIMPLISTIC "ALL STATE" METHODOLOGY ALSO IMPROPERLY ASSIGNS ADDRESSES TO CALLS

61.     Unlike his "Any State" methodology, Dr. Yoeli's "All State" methodology requires that the state identified in the Produced Address Data match to the area code in all records across all datasets.[57]   However, his approach to identifying matches is overly simplistic and fails to consider nuances of the data sources and call types, as discussed in Section V. Both the data source and the call type provide valuable information about the reliability and relevance of a potential match between address and Call Record for determining whether the address represented the physical location of the call at the time of the call. Dr. Yoeli has failed to consider either issue.   Instead, Dr. Yoeli has assigned the same level of confidence to all of his matches in an overly simplistic analysis.

62.     Further, he has thrown out potentially valuable information by imposing his overly simplistic date restrictions.   As I discussed briefly in Section V.B, and in more detail below, some call types such as winbacks and cold calls are intended to occur outside the period of active service, and therefore may be logically associated with service address data even if the Call Record did not occur during the period of active service.   However, Dr. Yoeli discards matches between service address data and Call Records unless the Call Record date is during the period of active service, thus discarding potentially valuable information.   In some cases, he disregards potential contradictory evidence and thus categorizes Call Records with associated states in his "All State" method when other evidence suggests these Call Records may not have been associated with that state.

63.     **Exhibit 9.A** contains an example of a winback call where Dr. Yoeli ignores the Customer Account data in favor of Other DISH Internal data.   Dr. Yoeli's "All State" Ohio match is based only on data from Set 6 (SalesComm) and Set 9 (PODS).   He ignores the Customer Account Data, which indicate that the phone number was associated with an address in Michigan.   In particular, the Set 1A and Set 6 data sources' last dates prior to the call date were within days of each other, but Dr. Yoeli values the Set 6 information without

---

[57]   Cases where there are multiple addresses, even within the same state, also raise concerns regarding the reliability of the address information.   Dr. Yoeli does not consider whether the actual address, including city and zip code, differs across records or sources.   He is only concerned with the state associated with the records.   See Yoeli 2016 Report, p. 5.

considering the Set 1A information, simply because the customer account was not associated with an active address at the time of the call.

64.     Similarly, **Exhibit 9.B** contains an example where Dr. Yoeli classifies the phone number as being associated with California using his "All State" methodology, when data with dates closer to the call date indicate the phone number was associated with Colorado. The phone number appears in the Customer Account Data associated with California from 2001 to 2004 and with Colorado from 2004 to 2007.   The phone number also appears in the Set 6 (SalesComm) data associated with California as of 2001 and the Set 9 (PODS) data associated with California with no date. Because the call date is in 2008, after all of the Customer Account Data end dates, Dr. Yoeli discards all of the Customer Account Data in favor of the Set 6 and Set 9 data, which do not have populated end dates, and classifies the phone number as being associated with California.

65.     In other cases, he may disregard information that could have moved a Call Record from having no address information, to having address information.   **Exhibit 10** contains an inquiry Call Record with a call date of May 2009, followed by a new service address in November of 2009.   Dr. Yoeli does not classify this record in either his "All State" or "Any State" methodologies; he considered it not to have any address data.   However, had he considered data surrounding the call date, he would have found that the call did have some associated address data that would have offered additional information.   In this case, despite the California area code, the address data indicate that this phone number was associated with South Carolina within a few months of the call date.

66.     While Dr. Yoeli did not consider the difference between address sources and call types, I have considered these issues and reviewed the Produced Address Data accordingly.   In this section, I categorize the Call Records based on both potential address matches and on the intersection between data sources and call types.   I refer to these categories as Group A through Group I.   **Exhibit 11** contains a summary of the number of calls in each Group, for each of the seven call sets.[58]

---

[58]     Note that this exhibit summarizes the Call Records as seven separate call sets, consistent with Dr. Yoeli's presentation, without accounting for the duplicate records discussed in FN 15, above.

A. **Group A**

67.     Group A contains calls intended for active customers with an associated active service address and no contradicting active service addresses at the time of the call.

68.     The Customer Account Data include addresses for DISH customers with associated "location begin" and "location end" dates for the address entry.   While Dr. Yoeli considers the dates provided in these data in his analysis, he ignores the meaning of the dates and the potential discrepancies between the call type and the beginning and end dates.   Specifically, Dr. Yoeli considers an address in the Customer Account Data as matching a Call Record if the call was placed between the beginning and end dates.   For calls placed prior to the beginning date, or after the end date, Dr. Yoeli does not consider the address to be a match.

69.     I agree with Dr. Yoeli that, all else equal, a contemporaneous address is more reliable than an address that is dated before or after the call.   However, all else is not equal and Dr. Yoeli's simplistic treatment of dates in the Customer Account Data ignores the purpose of the DISH calls.   As I discussed above, DISH places calls intended for three types of customers: (1) active customers; (2) potential future customers; and (3) former customers.   Of these three groups, only calls intended for active customers would be expected to match with active service addresses at the time of the call.   One would not expect calls intended for potential future or former customers to match active service addresses at the time of the call.[59]

70.     As discussed in Section V.B, there are five categories of calls in the Call Records that were intended for active customers: (1) Upsells; (2) Future Disconnects; (3) Non-Telemarketing Calls; (4) AutoMessage calls; and (5) Work Orders.[60]   One would expect, therefore, that these calls would correspond to records in the Customer Account Data.   If there is no conflicting alternate service address associated with the phone number in

---

[59]   I understand that customer accounts may be assigned prior to the start of service and that some calls, such as Work Order calls, may be placed during the period between the assignment of the Account Number and the start of service.   All "potential future" customer calls addressed in this report are limited to calls to customers who have not signed up for DISH service and thus would not be expected to have associated Account Numbers at the time of the call.

[60]   It is my understanding that counsel for DISH argues that non-telemarketing calls or calls intended for active customers are not violations.

question that was also active at the time of the call, this information provides additional support that the call was placed to a phone number associated with the address found in the Customer Account Data at the time of the call.[61]

71. **Exhibits 12-16** contain examples for each of the five types of call, where the call was placed during the time the customer had active service.

72. I note that the state associated with the area code is not always the same state associated with the address and the area code would not be a good proxy for the state. For example, **Exhibit 17** contains a Call Record associated with a phone number with a 213 area code. The 213 area code is associated with California, but the Customer Account Data associate an address in Idaho with this phone number.

73. For calls of Group A, the Produced Address Data may provide further evidence about a phone number and an address having been associated with each other at the time of the call.

## B. Group B

74. Group B contains calls associated with inquiry campaigns with an associated lead in the Lead Tracking System data prior to the call and an associated service address starting after the call, both in the same state.

75. In addition to calls targeted to active customers, DISH makes outbound calls to potential future customers in the form of leads, opt-ins, and cold calls. These calls have a different expected relationship with the service data from calls to active customers. While not all calls to potential future customers will successfully convert to customers, those that do convert would be expected to have associated addresses with "begin" dates after the date of the Call Record. In the case of leads, there is one additional source of potential address information: Sets 2-3 contain data from DISH's Lead Tracking Systems.

---

[61] Note that, because the billing records in the Set 1A Customer Account Data present date-inconsistency with the service records, I have excluded billing records from this analysis. In some cases, a customer may receive a bill in one location for service in another location (for example, if someone pays for an elderly relative's service). The phone number associated with the account may be the billing phone number or the service phone number. My analysis is conservative in that I do not count contradictions between billing and service records as contradictions for calls to active customers.

76. If a lead appears in one of the Lead Tracking System sets, followed by a lead call, followed by an active service address, *and the service address state and the lead address state match each other*, then this Call Record is classified as Group B. **Exhibit 18** contains an example of this case. This customer, ██ ████ appears with a lead in the Lead Tracking System dated December 5, 2008. DISH then placed an inquiry call following up on this lead on December 16, 2008. Mr. ████ then appears to have signed up for DISH service as of March 2009. Both the lead information prior to the call, and the service addresses following the call, indicate that Mr. ████ lived in Manteca, California.

77. For calls of Group B, the Produced Address Data may provide further evidence about a phone number and an address having been associated with each other at the time of the call.

## C. Group C

78. Group C includes calls on winback campaigns with an associated service address ending prior to the call, and another associated service address starting after the call, both in the same state.

79. DISH also makes calls to former DISH customers. Specifically, DISH makes winback calls intended to "win back" former customers. These calls have a different expected relationship with the service data from the active customer calls and the potential future customer calls. One would expect winback calls to follow the "end" date of a service address. In some cases a winback may successfully convert into a renewed customer: in those cases, one would expect another "begin" date following the call, indicating the new service. If a winback call is placed between the "end" date of one service record and the "begin" date of another service record, and *both records have the same address state*, then this Call Record is classified as Group C. **Exhibit 19** contains an example of this case. This phone number was associated with ██ ████ at an address in Los Angeles, California from May 2001 to April 2007. The phone number was subsequently called on

a winback campaign in December 2008.[62]  Ms. ■■■■■ is then re-associated with this phone number at the same address in September 2011.  The information prior to the call and following the call both list the same customer at the same address.[63]

80.   For calls of Group C, the Produced Address Data may provide further evidence about a phone number and an address having been associated with each other at the time of the call.

### D. Group D

81.   Group D includes calls intended for potential future customers (leads, cold calls, and opt-ins) with an associated service address *starting after* the Call Record and calls intended for former customers (winbacks) with an associated service address *ending before* the Call Record and no contradictory state information in other sources.

82.   As discussed above, Groups B and C include calls intended for potential future customers and calls intended for former customers where the service address dates related logically to the call type and there was corroborating address information.  Group D contains calls intended for potential future customers and calls intended for former customers that do *not* have additional logical corroborating information.  This includes leads with future-dated service addresses but without a corresponding lead in the Lead Tracking System dataset, as well as all opt-in and cold calls with future-dated service addresses.  It also includes winbacks with past-dated service addresses without corresponding future-dated service addresses.

83.   Because the addresses associated with calls in Group D are not "active" in the service data at the time of the Call Record, there is uncertainty about whether the customer lived at that address at the time of the call.  For example, customers who move will likely disconnect their DISH service, and may then be placed on winback call lists, but the new address would not be in DISH's records.  While the address in question can be associated

---

[62]   I note that this winback campaign is a 22-month campaign, but that the location end date was only 20 months prior to the call.

[63]   In other cases, a winback call might similarly be placed between two active periods in the Customer Account Data, but with different associated states.  In these cases, it would not be possible to determine when the customer moved from State 1 to State 2.  These cases are not included in Group C.

with the phone number *at some point in time* it is not clear that it was associated with the phone number at the time of the call.

84.    **Exhibit 20** contains an example of a Call Record associated with a 20-month winback campaign, dialed 20 months after the end date associated with the service address. **Exhibit 21** contains an example of a cold call 17 months prior to the begin date associated with the service address.[64] Both of these Call Records are logically associated with the service address dates but, because the service addresses were not active at the time of the call, there remains uncertainty about the address at the time of the call.

85.    For calls of Group D, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time*. The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*

### E.  Group E

86.    Group E contains Call Records where there is Customer Account Data associated with a Call Record, but the relationship with the call type is not logical. This includes calls intended for active customers associated with inactive service addresses as well as calls intended for former or potential future customers associated with active service addresses. This also includes "other" call types where the call type cannot be used to draw stronger inferences about data reliability as there is no expected relationship to evaluate.

87.    The logical inconsistency between the call type and the dates in the Customer Account Data increases the uncertainty surrounding the associated address. **Exhibit 22** contains an example of a winback associated with an active service address. **Exhibit 23** contains an example of a lead associated with an active service address.

88.    For calls of Group E, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time*.

---

[64]  In this case, because the cold call was so long prior to the start of service, the call may not be directly related to the customer signing up for DISH service.

The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*

### F. Group F

89. Groups A-E concerned Call Records that matched to records in the Customer Account Data. Group F contains lead calls that are dated after corresponding lead records in the Lead Tracking System data (Sets 2 and 3), but that did not match to records in the Customer Account Data. These Call Records are logically related to a lead record, but the uncertainty surrounding the address is compounded by the lack of reliable data.

90. **Exhibit 24** contains an example of one such lead call. There is a lead record in the Lead Tracking System dated June 27, 2008 associated with a Call Record dated on July 10, 2008. This Call Record relates logically to the date in the Lead Tracking System. However, the general unreliability of the addresses found in the Lead Tracking System data, as well as the intervening time between the date for the lead and the Call Record itself, cause there to be more uncertainty about this record than if there were corresponding subsequent Customer Account Data (i.e., Group B).

91. For calls of Group F, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time.* The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*

### G. Group G

92. Group G contains Call Records that have no matches within the Customer Account Data but matched records in Other DISH Internal Data. Aside from lead calls associated with Lead Tracking System data, there are no expected relationships between call types and the Other DISH Internal Data.

93. **Exhibits 25-26** include examples of Call Records that matched only with Other DISH Internal Data. **Exhibit 25** shows a lead call. This lead call did not match to any leads in the Lead Tracking Systems, nor to the Customer Account Data. It did match to two different customers with California addresses in the Set 6 (SalesComm) data. The Call Record is dated in 2008 and the two customers are listed as being associated with

different addresses, one in 1999 and one in 2002. There is no additional information regarding any addresses for this phone number in the intervening 5+ years. Similarly, **Exhibit 26** contains a work order call from June 2008. This phone number was associated with two records associated with ████ ████ one record in Set 2 (Lead Tracking System), dated in October 2010, more than two years after the call, and one record in Set 9 (PODS) with no associated date. There is no way to confirm the physical location of the phone number (or even as to whether ████ ████ was associated with the phone number) as of June 2008 (the date of the call).

94.     For calls of Group G, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time*. The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*

## H. Group H

95.     Group H includes calls for which there is contradictory evidence about the address of the call across or within the DISH data, considering both the DISH Customer Account Data and the Other DISH Internal Data. A contradiction is defined as a phone number for which more than one state is included in the Produced Address Data without sufficient information from the call date and call types to reconcile these inconsistencies.[65]

96.     **Exhibits 27-28** include examples of Call Records with inconsistencies across or within the Produced Address Data. **Exhibit 27** shows a phone number appearing in the Customer Account Data associated with four customer accounts and three states. Three customers (████ ██ in California, ████ ████ in New York, and ████ ██ in New York) have active associated service addresses at the time of the call. ██ ████ is also listed with an active service address in New Jersey, but the "secondary phone start date" indicates the phone number may not have been associated with her at the time of the call.

---

[65]     Calls intended for active customers with associated addresses in the Customer Account Data at the time of the call were excluded from consideration. Therefore, even if there is inconsistent address information available from Other DISH Internal Data, no such Call Records are included in Group H.

97. **Exhibit 28** shows a phone number associated with California in the Customer Account Data but with Mississippi in the Lead Tracking System data. In this case, the lead in the Lead Tracking System is dated one month prior to the call, while the Customer Account Data have a begin date of several years after the call. However, it is not clear when the customer moved from Mississippi to California: it could have been at any point in time between 2008 and 2015. In fact, the lead record in the Lead Tracking System is not listed with an associated customer name, so the two records may not even relate to the same customer.

98. For calls of Group H, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time*. The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*[66]

## I. Group I

99. Group I includes calls for which the only source of address data are the External Data. As I discussed in Section V.A.3, the External Data are fundamentally unreliable for the purpose of determining the physical locations of phone numbers dialed by DISH. A vital source of information when reviewing the reliability of addresses in the DISH data is the relationship between the call type and the address information and customer classification per the DISH data. With external data, regardless of the source, there is no ability to validate data based on the call type because the data, including the date variables, were created and maintained by a third party not affiliated with the calls. Further, a review of the TransUnion and Speedeon data reveals internal inconsistencies and incomplete records.[67]

100. For calls of Group I, the Produced Address Data provide limited evidence about a phone number and an address having been associated with each other *at some point in time*.

---

[66] While additional research on any given phone number may help resolve some of these apparent contradictions, such research would need to be conducted on a number by number basis and may require direct inquiry with the individuals associated with any given number.

[67] **Exhibits 4.A-4.C** and **5A.-5.C**, discussed in Section V.A.3, provide several examples of this phenomenon.

The data do not, however, provide further evidence that the phone number and address were associated *at the time of the call.*

101.     In summary, Dr. Yoeli improperly lumps all of these distinct Groups (A – I) into one analysis, without considering the underlying reliability, or lack thereof, of each Group.

## VIII.  DR. YOELI'S METHODOLOGY HAS NO BEARING ON RETAILER CALLS

102.     Dr. Yoeli claims that his analysis "provide[s] further evidence" regarding both "Dish's and its retailers' calls".[68]  However, his analysis has no bearing on retailer calls.  The State Plaintiffs requested address information for 5,138,153 Call Records.[69]  All of these Call Records represent outbound calls placed by DISH.  I understand that the State Plaintiffs are also seeking damages for millions of calls made by DISH retailers Star Satellite (also known as Tenaya), JSR, and SSN.[70]  The vast majority of the calls the State Plaintiffs are seeking damages for in this case were calls placed by DISH *retailers*.

### A.  Retailer Testimony Indicates Retailer Calling Practices Were Systematically Different from DISH Calling Practices

103.     As I discussed in Section V.B, DISH conducts many of its calls to active DISH customers.  In contrast, DISH's retailers are focused on signing potential customers up for DISH service and thus are not likely to intentionally call active DISH customers.

104.     Unlike DISH, DISH's retailers testified that they focused their businesses on signing up new customers, using techniques such as auto-dialers and cold-calling.  Walter Eric Myers, founder of former DISH retailer Star Satellite, testified that "during an experimental period I'm pretty sure [one employee, Brian Smith] just called like right out of the phone book."[71]  Similarly, Kevin Baker testified that his company Guardian generated leads for Star Satellite "off of a CD-Rom you could buy down at Office Max."[72]

---

[68]     Yoeli 2016 Report, p. 6.

[69]     As I discussed in Section III, the Call Records in some of the seven call sets overlap with each other.  Thus, this does not represent a unique count of the number of *calls* made by DISH.

[70]     State Plaintiffs' Conclusions of Law, p. 11.  Count V includes JSR and SSN, p. 15; Count VI includes Star Satellite, p. 19; Count VII includes JSR and SSN, p. 26; Count VIII includes Star Satellite, p. 31; Count IX includes Star Satellite, JSR, and SSN, p. 38; Count X includes Star Satellite, p. 40.

[71]     Deposition of Walter Eric Myers ("Myers Deposition"), Tenaya, February 24, 2012, *USA v. DISH*, p. 124.

[72]     Deposition of Kevin Baker ("Baker Deposition"), Guardian, May 14, 2012, *USA v. DISH*, p. 50.

105.    Richard Goodale, co-founder of former DISH retailer JSR, testified "for example, I remember when Lifetime Movie Channel was taken off a certain network. El Paso, certain cities in Texas. So what we did is we loaded up a few million records and then lit up the state of Texas. . . We would pretty much contact every phone number that we had for the State of Texas and invite them to participate in the new HD television experience."[73] Mr. Goodale further testified that buying "15 more autodialers [to] light it up more … gave us another availability to have 1500 more phone lines that we can dial out constantly at 15 hours a day per day. Day in, day out."[74]

106.    The retailer practices of indiscriminate cold-calling and lead generation targeted a different population of consumers and used a different process to reach those consumers. Ultimately the processes were intended to reach distinct audiences, as DISH's calls were largely targeted at active or previously active DISH customers. Moreover, the subset of DISH calls with which addresses may be reasonably associated with the recorded phone numbers using DISH internal data is primarily made up of DISH's calls to active customers: precisely the subset of DISH calls least likely to overlap with retailer calls. Only DISH's existing customers are likely to have accurate addresses in DISH's records. Therefore, Dr. Yoeli's attempt to draw inferences about retailer calls based on analysis of DISH's Call Records and internal data is inappropriate. Any analysis of DISH Call Records and DISH internal address data cannot reasonably be extrapolated to DISH's retailers because of the inherent differences in the starting population and target sample.

**B.  Dr. Yoeli's 2012 Analysis of Retailer Calls Suffers from the same Flaws as His April and June 2015 Analyses**

107.    Dr. Yoeli's July 2016 report is an effort to support his previous efforts to conclude that DISH retailer calls were made to residential landline numbers in the Plaintiff States based on analyses that Mr. Stauffer conducted using PossibleNOW data. In order to offer an opinion as to whether the analysis in the Yoeli 2016 Report "provide[s] further evidence that a significant percentage of . . . [DISH's] retailers' calls were made to residential landline numbers associated with the Plaintiff States," I first need to evaluate the previous

---

[73]    Testimony of Richard Goodale ("Goodale Testimony"), JSR, February 2, 2016, *USA v. DISH*, pp. 1878-1879.
[74]    Goodale Testimony, p. 1882.

evidence upon which Dr. Yoeli relied for that proposition. As I explained in Section III, the State Plaintiffs have withdrawn the April and June 2015 analyses and withdrawn reliance on the January 2016 analysis, due to their recognized inadequacy. The only remaining analysis is the 2012 analysis – which Dr. Yoeli testified to at trial.[75]

108.    As I will discuss in this section, the 2012 analysis suffers from the same flaws I had described with his April and June 2015 analyses in my September 2015 Report[76] and the flaws that Mr. Stauffer described at trial for the 2016 analysis.[77,78]  Specifically, the 2012 analysis (1) started with an inappropriate starting population of Call Records; (2) was based on deficient PossibleNOW data and the unverifiable and haphazard methods Mr. Stauffer used to classify residential numbers; and (3) reports the "percent residential as a percent of identified numbers"[79] in some cases, based on a biased calculation. As such, all of Dr. Yoeli's previous analyses concerning residential landlines, including the 2012 analysis, are fundamentally flawed and unreliable, and do not provide any reasonable measure of the share of DISH's or its retailers' calls to residential landline numbers in the Plaintiff States.

     *1.    Dr. Yoeli's Population of Calls and the Corresponding Samples from His 2012 Analysis Are not Relevant*

109.    In his 2012 report, Dr. Yoeli drew samples from six sets of call records: Dish 2003-2007 calls, Dish 2007-2010 calls, and four retailer call sets (JSR, Tenaya, WowTV, and

---

[75]    Yoeli Testimony, January 19, 2016, pp. 190-202.

[76]    Kirk Fair Report, September 15, 2015.

[77]    Regarding his January 2016 analysis, Mr. Stauffer acknowledged mistakes in his analysis but could not identify the cause ("Q: That's a mistake right? A: Yes, it would be. Q: And as you testify here today you don't know what caused this mistake? A: I do not.") Testimony of Richard A. Stauffer ("Stauffer Testimony"), January 26, 2016, p. 727.

[78]    Mr. Stauffer testified that he compared his results from his January 2016 analysis to his results from his 2012 analysis to identify whether he had treated "deletes" in 2012 in accordance with his methodology. "The question that had been addressed to us was did the 2012 analysis take into account deletes, because that was the issue that was identified in March." Stauffer Testimony, January 26, 2016, p. 730. However, he admitted that in some cases he flagged records as "Unknown" in 2012 and "Residential" in 2016 and offered that new data may have become available in the intervening time period. Stauffer Testimony, January 26, 2016, pp. 730-733, 783-784.

[79]    Letter from Jinsook Ohta, Deputy Attorney General of the State of California (for Kamala D. Harris, Attorney General of the State of California) to Peter A. Bicks, Orrick, Herrington & Sutcliffe, LLP, re: "*United States et al. v. Dish Network*, 09-cv-3073-SEM-BGC," April 16, 2015.

Defender).[80]  Dr. Yoeli sent these samples to Mr. Stauffer and Mr. Stauffer classified call records in the samples as residential, business, or wireless.  Dr. Yoeli then drew inferences about the starting populations based on Mr. Stauffer's results.

110.    The call sets from which Dr. Yoeli drew his samples reflected his opinions about the relevant calls as of December 2012.[81]  However, it is likely that a substantial portion of those calls are no longer at issue.  In fact, Dr. Yoeli testified at trial that "the violations here when this analysis were done were defined in a particular way.  And they're not necessarily the same exact underlying call sets as the ones [from his October 2013 analysis] that we were just talking about."[82]  He further stated "[t]his analysis was done a long time ago using information that we had at the time.  It was an analysis of a set of violations that we had at the time.  And the results of this analysis, the exact numbers you see here, are the exact numbers that would be relevant for that set of calls… I am not going to stand in front of you and tell you that these numbers correspond exactly to numbers if you would have pulled call samples from the violations as defined today."[83]

111.    I do not have the original datasets from which Dr. Yoeli drew his 2012 samples, nor any code to replicate these samples.  However, I do have the sample files that he sent to Mr. Stauffer.  Dr. Yoeli sent two samples of the 2007-2010 DISH calls to Mr. Stauffer, totaling approximately 10,000 calls.[84]  Only 11% of the Call Records in the sample are among the Call Records requested by the State Plaintiffs; 89% are irrelevant to Dr. Yoeli's current analysis.[85]  Even assuming that the subsequent analysis of these samples

---

[80]    I note that Dr. Yoeli did not testify about the Defender or WowTV data sets at trial and I understand they are no longer at issue.  Further, the State Plaintiffs are seeking damages for additional retailer calls placed by SSN which are not covered in this analysis and for which I understand there is no residential evidence, due to the withdrawal of Dr. Yoeli's April 2015 and June 2015 opinions and reliance on Mr. Stauffer's 2016 testimony.

[81]    "Q. Which call sets do these involve? The ones that are representing your demonstrative, which call sets were you working off? A. The violations as defined at the time." Yoeli Testimony, January 20, 2016, p. 388.  Dr. Yoeli's analysis in his 2012 report included more than 17 million alleged violations for DISH 2007-2010 calls; millions more than the 5 million for which the State Plaintiffs requested address data.  Yoeli December 2012 Report, p. 4.

[82]    Yoeli Testimony, January 20, 2016, pp. 387-388.

[83]    Yoeli Testimony, January 20, 2016, pp. 390-391.

[84]    I understand that "calls0710_sample_1014a.csv" is a revised sample because Dr. Yoeli found that the initial sample, "Calls0710_sample.csv" was "not fully representative of [its] corresponding data [set]."  See Yoeli December 2012 Report, FN 7.

[85]    Of the 10,014 DISH 2007-2010 calls in the samples Dr. Yoeli sent to Mr. Stauffer, 1,082 (10.8%) calls were included in the Call Records for which the State Plaintiffs requested address information.

was relevant and accurate, one cannot draw inferences about a different starting population when nearly 90% of the selected sample is no longer at issue.

112. The samples that Dr. Yoeli extracted for calls DISH's retailers made are similarly based on inappropriate starting call populations. For example, I understand that calls made by JSR after February 14, 2007 are not at issue, because JSR was terminated as a retailer on that date.[86] However, in the JSR sample drawn by Dr. Yoeli, 2,859 (57%) of the records fell after February 14, 2007.[87] As such, one would not expect the sample for JSR to be representative of calls at issue made by that retailer.

113. Again, starting with the wrong population results in a sample that is unlikely to be representative of the appropriate starting population. In my 2015 report, I described the manner in which sampling from an irrelevant population generates results that cannot be used to draw inferences regarding the correct population.[88] If the irrelevant calls were more or less likely than the relevant calls to be made to residential numbers, this would introduce an upward or downward bias in his results.

114. Because Dr. Yoeli sampled from populations that are not currently at issue in this matter, his results cannot be relied upon or extrapolated to relevant populations. Therefore, the results of Dr. Yoeli's 2012 analysis, as with all of his prior analyses related to residential landlines, do not have any bearing on the Call Records in his current analysis nor any call records associated with outbound retailer calls.

   2.   *Mr. Stauffer's Classification Is Based on Deficient Data and Non-Replicable and Inconsistent Methodologies*

115. Not only did Dr. Yoeli start with the wrong population for his sample as he did in his 2015 analyses, but Mr. Stauffer's 2012 analysis, on which Dr. Yoeli relied, also suffers from many of the same flaws as Mr. Stauffer's April 2015, June 2015, and January 2016 analyses (see Section III above). First, the PossibleNOW data upon which he relied to identify residential landlines that were active at the time of the call are not suitable for this purpose. Second, as with the prior 2015 analyses, Mr. Stauffer's methodology was

---

[86]   Yoeli Testimony, January 19, 2016, pp. 233-235.
[87]   See Dr. Yoeli's JSR sample, jsrsample_revised105.csv.
[88]   Kirk Fair Report, September 15, 2015, FN 35.

non-replicable and inconsistently applied. I briefly describe these flaws below and a more complete description of these types of implementation and methodological flaws can be found in my September 2015 report.

i. The PossibleNOW Data Are Not Suitable for the Purposes Used by Mr. Stauffer

116. As described in detail in my 2015 report, Mr. Stauffer relied upon several data sources from PossibleNOW, including residential, business, and wireless databases for his April and June 2015 analyses,[89] to attempt to identify which of the call records in the samples provided by Dr. Yoeli were made to residential, business, or wireless phone numbers at the time of the call. However, as Mr. Stauffer himself explained, the PossibleNOW data were neither intended nor maintained for this purpose of evaluating historical call records.[90] This is supported by the fact that the different databases housing this information are neither integrated, nor maintained in a way that consistency across the databases can be verified. For example, duplicative or overlapping information for the same number may exist without ever being reconciled. Further, PossibleNOW's databases include faulty records such as "bad dates" for which necessary information is missing, corrupt, or otherwise incorrect.[91]

117. As the PossibleNOW data are not intended to be used to determine the historical status of phone numbers, it is not possible to use those data systematically without making numerous subjective adjustments to account for irregularities and inconsistencies. For

---

[89] In both his 2012 and 2015 declarations, Mr. Stauffer describes the data maintained by PossibleNOW as containing four databases: a residential database, a business database, a wireless number block database, and a wireless porting database. Stauffer 2012 Declaration, pp. 2-3; Declaration of Rick Stauffer, *USA v. DISH*, March 25, 2015 (hereafter, "Stauffer 2015 Declaration"), p. 4. These databases include the following underlying data sources: residential (*vResidential*, *vResidentialVerizon*, which are combined into the *vDirector* database), business (*vBusiness*, *vBusinessVerizon*), wireless block identifier databases (*DNCData*, *vDNCData*), wireless porting databases (*Neustar Data*, *NeustarDataDrop*), and other wireless databases (*TMS_Wireless*). Kirk Fair Report, September 15, 2015, pp. 16-18. I understand that the databases licensed from Verizon were not in use at PossibleNOW prior to July 2014. Stauffer 2015 Deposition, p. 82. Mr. Stauffer did not provide sufficient documentation for me to establish which of the wireless databases he used in his 2012 analysis. Throughout this section I focus on the residential (*vResidential*) and business (*vBusiness*) databases.

[90] "Most of the work we do with [the] historical database, as I mentioned, regards the turnover of households in the past… So that's the primary use that we have for this database. I can't answer for certainty if we've never had the same request, but it's not a typical … request that people want to know." Deposition of Richard A. Stauffer, ("Stauffer 2015 Deposition"), June 10, 2015, *USA v. DISH*, p. 94. I further describe this in my Kirk Fair Report, September 15, 2015, pp. 15-16.

[91] Kirk Fair Report, September 15, 2015, pp. 20-21.

example, **Exhibit 29** provides the residential data for phone number 208-656-9173. According to the PossibleNOW data, the user of the phone number was identified as ██████ ████ in April of 2003, with an associated *TransDate* several years later, in October of 2008. The same phone number was identified as ████ ████ on three separate *TelcoIssueDates* in the intervening period: 7/16/2007, 10/9/2007, and 7/21/2008.[92] It is not clear why the PossibleNOW data would identify two different people who had the same phone number at the same time, or whether the dates were misrecorded. It is also not possible to reliably determine based on these data which (if either) of the users had the number at the time of the at-issue call, or the status of the phone number at the time of the at-issue call.

118. In fact, Mr. Stauffer testified during the January-February 2016 trial that "there's a lot of flow through of information from the phone companies that is sometimes hard to understand. It doesn't make sense. And we attempt to trap that with algorithms to filter out the bad data, but it's not always a hundred percent accurate. We're not always able to get them all."[93] He also explained: "Q. Is it accurate to say that these results do capture the data as they are in your databases, and any error on your part would have been a failure to harmonize the results? A. I believe that's the case."[94] This indicates a failure of underlying data in addition to methodology.

119. Furthermore, there are cases where the address information included in the PossibleNOW data is inconsistent with address information included in DISH's Customer Account Data. For example, **Exhibit 19**, discussed above, contained an example of a winback call placed in December 2008 that was "won back" (i.e., the customer renewed DISH service). According to DISH's Customer Account Data, the same customer, ████ ████ lived at the same address both from 2001-2007 and from 2011 onward. However, **Exhibit 30** shows the PossibleNOW data associated with this same phone number, which purports to show that the phone number was owned by ████████████████

---

[92] Mr. Stauffer has indicated that the *TelcoIssueDate* represents when the phone number was assigned to the person, while the *TransDate* indicates a sequence of updates in the database. Stauffer Testimony, January 21, 2016, p. 34.

[93] Stauffer Testimony, January 26, 2016, pp. 776-777.

[94] Stauffer Testimony, January 26, 2016, p. 776.

at a different address from 2008 to 2012. Similarly, **Exhibit 27** contained an example where the DISH Customer Account Data listed multiple active service addresses at the same time. **Exhibit 31** shows the PossibleNOW data associated with this same phone number. The PossibleNOW data do not list any of the DISH customers and instead associated the number with three additional people and a business.

120. These inconsistencies and irregularities of the PossibleNOW data further illustrate that these data are an unreliable source for identifying residential phone numbers on a given date in the past. As Mr. Stauffer testified and as my prior report demonstrated, they are simply not prepared or maintained for those purposes.

> ii. Mr. Stauffer's 2012 Methodology Was Non-Replicable and Inconsistently Applied

121. According to Mr. Stauffer, he attempted to match the phone numbers contained in the samples that he received from Dr. Yoeli to phone numbers contained in the PossibleNOW data to determine whether the phone number was associated with a residential landline that was active at the time of the at-issue call. Specifically, he explained his 2012 methodology as follows:

> Each phone number/date pair was analyzed against [the residential, business, wireless block, and wireless-to-landline/landline-to-wireless Neustar] databases. If a number being analyzed matched a number in the historical database and the last transaction in the historical database before the date provided was an inserted record (with no subsequent deletion before the date provided), the record was flagged as being active in that database at that time. If there was no match, or if the last transaction for that number prior to the date provided was a deletion, the number would not be flagged as having been active in that database at that time.[95,96]

122. Mr. Stauffer relied heavily on three variables from the PossibleNOW residential data, in addition to phone numbers: *TelcoIssueDate*, *TransDate*, and *XactnCod*. According to Mr. Stauffer, the *TelcoIssueDate* is *"the date a number was first assigned to a party"*;[97] the *TransDate* is "any kind of modification to the record, but it's not a change to a

---

[95] I note that, unlike his 2015 and 2016 methodologies, in this case Mr. Stauffer allows for a number to be classified in more than one way, i.e., residential and business, residential and wireless, or business and wireless.
[96] Stauffer 2012 Declaration, p. 3.
[97] Stauffer Testimony, January 21, 2016, p. 34.

different household, it's just an update to the record";[98] and the *XactnCod* represents an insertion or deletion of information from the database, "when a record is updated or modified associated with the same party over time."[99]

123. At his 2012 deposition, he explained that he sorted the data for a given phone number based on the *TelcoIssueDate* "to indicate the sequence of events for this phone number, and then we look at the name and address field to determine if it's changed hands by both of those criteria. Then we compare with the date of the do-not-call request and see if that transition took place after the DNC request; if so, we say yes, that is turned over."[100]

124. Thus, according to Mr. Stauffer, if the last transaction prior to the call date (as defined by the combination of *TelcoIssueDate* and *TransDate*) in the call record for a given phone number contained an "insert," Mr. Stauffer would label that phone number as active in the residential database at the time of the call. If the last transaction prior to the call date was a "delete," Mr. Stauffer would not have labeled that phone number as residential, due to it not being active in the residential database at that time.

125. However, as with his 2015 analyses, Mr. Stauffer's methodology was applied haphazardly and inconsistently. In particular, his 2012 analysis is inconsistent at least with respect to the following: (1) the treatment of "deletes" prior to the call; (2) the treatment of "inserts" and "deletes" on the same day; and (3) the use of the transaction date variable, *TransDate*. As such, I have not been able to replicate his analysis.

a) Mr. Stauffer's 2012 Methodology Was Inconsistent in Its Treatment of "Deletes"

126. As I discussed in my 2015 report, Mr. Stauffer's April and June 2015 analyses failed to treat "deletes" consistently with how he described his methodology.[101] The same is true of Mr. Stauffer's 2012 analysis.

127. **Exhibit 32.A** contains an example where, consistent with his stated methodology, Mr. Stauffer classified a call occurring after a "delete" as non-residential. In this example, the

---

[98] Stauffer Testimony, January 21, 2016, pp. 34-35.
[99] Stauffer Testimony, January 21, 2016, p. 17.
[100] Deposition of Rick Stauffer (hereafter, "Stauffer 2012 Deposition"), *USA v. DISH,* November 28, 2012, p. 336.
[101] Kirk Fair Report, September 15, 2015, pp. 24-26.

customer ██████ is associated with a deleted record with a *TelcoIssueDate* of July 9, 2008 and a *TransDate* of July 20, 2009. Because there is no subsequent insert prior to the September 30, 2009 call date, Mr. Stauffer classifies the number as non-residential. In contrast, **Exhibit 32.B** shows a case where Mr. Stauffer did not classify a call occurring after a "delete" as non-residential. In this case, the "last" record before the October 19, 2009 call date is a "delete" with a *TransDate* of September 2, 2009. Nonetheless, Mr. Stauffer labeled this record residential.

128. Throughout his analyses, Mr. Stauffer has consistently failed to treat deleted records in line with his stated methodology. His 2012 analysis is no exception. Not only did he fail to implement his methodology as described, but he appears to have implemented it inconsistently across records.

   b) Mr. Stauffer's 2012 Methodology Was Inconsistent in Its Treatment of "Inserts" and "Deletes" on the Same Day

129. The PossibleNOW residential data contain several cases where a record may be inserted and deleted on the same day. Mr. Stauffer's stated methodology has never addressed how he would treat these records, despite the fact that he is aware of this phenomenon within his data. During his trial testimony, when presented with inconsistent classifications generated by his own January 2016 results, he suggested that one possible cause for this inconsistency might be the treatment of inserts and deletes on the same day.[102]

130. In fact, his results indicate that he treated such cases inconsistently in his 2012 analysis as well. **Exhibits 33.A** and **33.B** contain examples where the PossibleNOW data contain an "insert" and a "delete" on the same day for the "last" record prior to the call date. In **Exhibit 33.A**, Mr. Stauffer treated the phone number as residential, while in **Exhibit 33.B** he treated it as non-residential. Based on the PossibleNOW data, it is not clear which treatment would be more appropriate, but it is clear that Mr. Stauffer should have

---

[102] "Q: So when you say that these results, these seemingly inconsistent results reflect the information that you had in your databases, how would that be an error on your part? Or PossibleNOW's part? A: … If you look at the data often you'll see there can be a lot of inserts and deletes on the same day. And it's possible our algorithm didn't treat that properly in this case." Stauffer Testimony, January 26, 2016, pp. 775-776.

employed a consistent methodology to account for this situation. Instead, Mr. Stauffer treats them inconsistently, including or excluding records from his analysis seemingly at random.

> c) Mr. Stauffer's 2012 Methodology Was Inconsistent in Its Use of *TransDate*

131.    As described above, Mr. Stauffer explained in his testimony, "… we pulled all of the historical transactions related to [a single] phone number and attempted to find the last transaction prior to the call date and identify who had that record at that time…."[103]    In assessing Mr. Stauffer's application of his stated methodology, I found that he did not consistently apply his approach for evaluating transaction dates (the *TransDate* variable).

132.    In some cases, Mr. Stauffer has classified records as residential when there are no *TransDate* records prior to the call date. For example, in **Exhibit 34,** Mr. Stauffer classified the phone number 315-███ as an active residential number at the time of the call, despite the fact that all *TransDate* values occurred between 2006 and 2012, well after the call date on December 12, 2003.[104]   Per Mr. Stauffer's methodology, this phone number should not have been treated as active in the residential database as a *TransDate* did not exist prior to the call date.

133.    As Mr. Stauffer applied his stated methodology inconsistently and unsystematically, it is not surprising that I have not been able to replicate the results of his 2012 analysis. Coupled with the fact that he relies on deficient PossibleNOW data, the inconsistencies and unsystematic nature of Mr. Stauffer's methodology further demonstrate the unreliability of his results.

---

[103]   Stauffer Testimony, January 21, 2016, p. 33. Mr. Stauffer also stated specifically in his 2012 deposition, "Q: And where numbers fell outside those ranges in each one of the residential, business, or wireless databases, is that how they turned out as I forget what you called them but unknown numbers? A: If we didn't have it in the database at all, it would be unmatched. If it didn't meet those criteria, it would be unflagged. So in either case, it would not be indicated as flagged at that time." Stauffer Deposition, November 28, 2012, pp. 343-344.

[104]   I note that some of the *TransDate* values occur after the date on which Mr. Stauffer conducted his analysis.

### 3. Dr. Yoeli's Calculation of the Percent Residential as a Percent of Identified Numbers Is Biased

134.   Table 3 of Dr. Yoeli's 2012 report presents "estimates of the percent of violations to residential numbers."[105]   This table contains estimates computed using two different methods.   As I described in my 2015 report;

> Dr. Yoeli deals with Mr. Stauffer's unknown numbers in his Return Files (from both the April and June Analysis) in two different manners when estimating his share of residential numbers within the Yoeli Call Sets. In his first method, Dr. Yoeli calculates the percentage of calls to residential landlines as a percent of all sampled calls, including calls which Mr. Stauffer could not classify as residential, business, or wireless. In his second method, Dr. Yoeli calculates the percentage of calls to "residential landline numbers as a percent of identified numbers," excluding calls that Mr. Stauffer was unable to classify.[106]

135.   In my earlier report, I explained that Dr. Yoeli's second calculation is biased and misinterprets Mr. Stauffer's reports.[107]   Specifically, his calculation makes the implicit assumption that "the unknown phone numbers have the same underlying distribution of residential, business, and wireless phone numbers as the classified numbers"[108] or, as Dr. Yoeli put it, "the percentage doesn't change."[109]   There is no way to verify whether the unknown numbers would have the same underlying distribution of residential, business, and wireless numbers as the classified set.   In fact, Dr. Yoeli testified at trial that "I don't want to make that assumption.   I don't know what those unidentified calls look like.   It's not my expertise."[110]

136.   While the calls that are not included in PossibleNOW's databases may not be Dr. Yoeli's expertise, Mr. Stauffer has claimed that they are his area of expertise.   Mr. Stauffer has testified that these numbers consist of non-published numbers, inactive numbers, business Direct Inward Dialing numbers, voice over IP numbers, and government numbers.[111]   In fact, it is likely that numbers Mr. Stauffer could not identify differ systematically from

---

[105]   Yoeli December 2012 Report, p. 9.
[106]   Kirk Fair Report, September 15, 2015, p. 33.
[107]   Kirk Fair Report, September 15, 2015, pp. 33-34.
[108]   Kirk Fair Report, September 15, 2015, p. 33.
[109]   Yoeli Testimony, January 20, 2016, p. 411.
[110]   Yoeli Testimony, January 20, 2016, p. 411.
[111]   Stauffer 2015 Declaration, p. 5; Stauffer 2015 Deposition, June 10, 2015, pp. 172-173.

43

those he could.  The alternate assumption, that PossibleNOW's databases happen to be missing some equal portion of residential, business, and wireless phone numbers, is unlikely.  If this unlikely assumption were true, it would only further call into question the reliability of the PossibleNOW data for this purpose.

137.  Dr. Yoeli's "percent of identified calls" estimates overstate the percentage of residential numbers as identified by Mr. Stauffer due to this biased implicit assumption.

138.  It is inappropriate for Dr. Yoeli to conclude anything regarding retailer calls in his current report.  He appears to be attempting to extrapolate results from his only standing analysis, his 2012 analysis.  This analysis is related to an entirely different set of call records and cannot, even assuming the analysis was accurate for its own starting population, be applied to the population of DISH calls considered in his July 2016 analysis or the population of retailer calls being sought by the State Plaintiffs.  Furthermore, the 2012 analysis suffers from the same flaws that I identified in Mr. Stauffer's and Dr. Yoeli's 2015 analyses, which contributed to the State Plaintiffs withdrawing the April and June 2015 analyses.

139.  Each and all of the flaws discussed above – the unrepresentativeness of the samples extracted by Dr. Yoeli, the inability of the PossibleNOW data to accurately identify the historical status and type of phone numbers results, the unverifiable and haphazard methods that Mr. Stauffer used to classify residential numbers, and the biased calculations reported by Dr. Yoeli – render the 2012 analysis fundamentally flawed and unreliable.  Therefore, contrary to Dr. Yoeli's conclusions in his July 2016 report, he does not have any reasonable measure of the share of DISH's or its retailers' calls to residential landline numbers in the Plaintiff States.

## IX.  CONCLUSION

140.  Dr. Yoeli's analyses (including both the 2012 and July 2016 analyses) do not support his conclusion that his analysis "provide[s] further evidence that a significant percentage of

Dish's and its retailers' calls were made to residential landline numbers associated with the Plaintiff States."[112]

141. First, his July 2016 analysis does not consider the varied reliability and purpose of the data used to match phone numbers to addresses. He unreasonably combines all data sources, ignores call types, and treats all similarly labeled dates as equally reliable. His "Any State" method systematically assigns calls to the Plaintiff States in cases where his own analysis highlights that the address associated with a phone number cannot be determined with certainty.

142. Second, his analysis has no bearing on retailer calls. Retailers have different calling practices than DISH and it is unreasonable to extrapolate an analysis to the population of retailer call records based on DISH calls to its active, former, or future customers.

143. Third, his July 2016 analysis has no bearing on residential landline calls made by DISH or its retailers, and all prior analyses conducted by Dr. Yoeli and Mr. Stauffer with respect to residential landlines are flawed, including those from the 2012 reports.

144. I have reviewed the Produced Address Data and determined that some Call Records can be associated with an address at the time of the call. However, even these Call Records provide no conclusive information about whether any given call at issue was made to a residential landline, nor do they provide any information regarding calls made by DISH retailers.

Rebecca Kirk Fair
September 15, 2016

---

[112] Yoeli 2016 Report, p. 6.

**Exhibit 1**
**Multiple Active Service Addresses**

| phone_number | call_date | campaign |
|---|---|---|
| 253 | 2/21/2008 | 5186_08W08_LTS_OTM_ENGLISH_20080219 |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | 3/18/2001 | 11/3/2004 | | | | | | | Service | | | PUYALLUP | WA | 98373-5305 |
| 253 | 7/30/2004 | 10/15/2004 | | | | | | | Service | | | SOUTH HILL | WA | 98373-5305 |
| 253 | 11/4/2004 | 12/31/2199 | | | | | | | Service | | | RALEIGH | NC | 27617-8468 |
| 253 | 4/16/2005 | 8/6/2006 | 4/16/2005 | 12/31/2199 | | | | | Service | | | TACOMA | WA | 98445-3852 |
| 253 | 8/7/2006 | 8/11/2006 | 4/16/2005 | 12/31/2199 | | | | | Service | | | TACOMA | WA | 98445-0000 |
| 253 | 8/12/2006 | 8/13/2006 | 4/16/2005 | 12/31/2199 | | | | | Service | | | TACOMA | WA | 98445-6625 |
| 253 | 8/14/2006 | 2/18/2008 | 4/16/2005 | 12/31/2199 | | | | | Service | | | TACOMA | WA | 98445-6623 |
| 253 | 6/21/2007 | 12/31/2199 | 11/26/2007 | 12/31/2199 | 11/26/2007 | 12/31/2199 | | | Service | | | TACOMA | WA | 98445-6623 |
| 253 | 7/6/2011 | 12/31/2199 | | | | | | | Billing | | | RALEIGH | NC | 27617-8468 |
| 253 | 9/27/2011 | 12/31/2199 | 4/16/2005 | 12/31/2199 | | | | | Billing | | | TACOMA | WA | 98445-6623 |
| 253 | 11/7/2014 | 12/31/2199 | 11/26/2007 | 12/31/2199 | 11/26/2007 | 12/31/2199 | | | Billing | | | TACOMA | WA | 98445-6623 |

**Note:**
[1] This exhibit shows all Customer Account billing and service records associated with one phone number. Records highlighted in gray indicate records that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Inquiry (DTX907).



**Exhibit 2**
**Histogram of "Location Begin Date" Year in Set 1A**

**Note:**
[1] Call Records with missing dates are not included.

**Exhibit 3**
**Call Record With Many Associated Address Records**

| phone_number | call_date | campaign |
|---|---|---|
| 559 ■ | 6/20/2008 | 5378_08W24_LTS_OTM_ENGLISH_20080610 |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 ■ | 3/18/2001 | 12/14/2001 | 2/2/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9721 |
| 559 ■ | 3/18/2001 | 4/10/2002 | | | | | | | Service | | | WALDEN | NY | 12586-1538 |
| 559 ■ | 3/18/2001 | 5/27/2002 | | | 11/20/2012 | 10/23/2014 | | | Service | | | SALINAS | CA | 93907-3352 |
| 559 ■ | 3/18/2001 | 7/19/2002 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 9/24/2002 | 12/21/2008 | 12/31/2199 | | | | | Service | | | OROVILLE | CA | 95966-3835 |
| 559 ■ | 3/18/2001 | 10/8/2002 | | | | | | | Service | | | CLOVIS | CA | 93611-9651 |
| 559 ■ | 3/18/2001 | 10/21/2002 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 8/7/2003 | 9/23/1998 | 12/31/2199 | 9/23/1998 | 12/31/2199 | | | Service | | | LIVINGSTON | TX | 77399-2001 |
| 559 ■ | 3/18/2001 | 4/28/2005 | 9/15/1998 | 12/31/2199 | | | | | Service | | | LIVINGSTON | TX | 77399-1002 |
| 559 ■ | 3/18/2001 | 11/26/2006 | 1/23/1998 | 12/31/2199 | | | | | Service | | | LIVINGSTON | TX | 77399-1006 |
| 559 ■ | 3/18/2001 | 4/16/2007 | | | | | | | Service | | | MC KENZIE BRIDGE | OR | 97413-9620 |
| 559 ■ | 3/18/2001 | 5/19/2008 | 12/9/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 11/12/2008 | | | 12/21/2008 | 12/31/2199 | | | Service | | | LIVINGSTON | TX | 77399-1062 |
| 559 ■ | 3/18/2001 | 9/15/2009 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 5/16/2010 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 3/1/1997 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 9/1/1996 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 12/1/1997 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 8/14/1998 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 6/23/1999 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 11/6/1999 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | | | 11/14/1999 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 2/28/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | | | 10/9/2000 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 11/17/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 8/1/1999 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/18/2001 | 12/31/2199 | 8/1/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 4/5/2001 | 7/19/2010 | 4/5/2001 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 6/23/2001 | 1/28/2002 | | | 6/23/2001 | 12/31/2199 | | | Service | | | HUNTINGTON BEACH | CA | 92649-4323 |
| 559 ■ | 7/12/2001 | 11/17/2003 | | | 11/14/1999 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 12/15/2001 | 12/31/2199 | 2/2/2000 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 1/15/2002 | 5/1/2006 | | | | | | | Service | | | COVINA | CA | 91722-1054 |
| 559 ■ | 1/29/2002 | 4/6/2004 | | | 6/23/2001 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9154 |
| 559 ■ | 4/11/2002 | 4/12/2005 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 5/14/2002 | 5/27/2002 | 5/14/2002 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 5/28/2002 | 12/2/2003 | 5/14/2002 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 5/28/2002 | 4/27/2005 | | | 11/20/2012 | 10/23/2014 | | | Service | | | LIVINGSTON | TX | 77399-1047 |
| 559 ■ | 6/26/2002 | 12/31/2199 | 12/21/2008 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 6/26/2002 | 5/2/2003 | 6/26/2002 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 7/8/2002 | 12/31/2199 | 7/8/2002 | 12/31/2199 | 7/8/2002 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 7/20/2002 | 9/30/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 9/25/2002 | 2/8/2004 | 12/21/2008 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 10/9/2002 | 7/17/2005 | | | | | | | Service | | | CLOVIS | CA | 93611-9651 |
| 559 ■ | 10/22/2002 | 6/21/2003 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 1/18/2003 | 12/31/2199 | 1/18/2003 | 12/31/2199 | 1/18/2003 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 ■ | 2/18/2003 | 12/31/2199 | 2/18/2003 | 12/31/2199 | 2/18/2003 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 5/3/2003 | 12/31/2199 | 6/26/2002 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 6/22/2003 | 6/16/2005 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 8/8/2003 | 9/1/2003 | 9/23/1998 | 12/31/2199 | 9/23/1998 | 12/31/2199 | | | Service | | | LIVINGSTON | TX | 77399-2010 |
| 559 ■ | 8/13/2003 | 1/13/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 9/2/2003 | 12/31/2199 | 9/23/1998 | 12/31/2199 | 9/23/1998 | 12/31/2199 | | | Service | | | LIVINGSTON | TX | 77399-2010 |
| 559 ■ | 9/30/2003 | 4/20/2004 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 12/3/2003 | 12/31/2199 | 5/14/2002 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 1/28/2004 | 3/4/2006 | 12/21/2008 | 12/31/2199 | | | | | Service | | | OAKHURST | CA | 93644-9553 |
| 559 ■ | 2/9/2004 | 12/31/2199 | 12/21/2008 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 ■ | 3/10/2004 | 12/31/2199 | | | 12/21/2008 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | 4/21/2004 | 7/29/2004 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 5/4/2004 | 12/31/2199 | 12/21/2008 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 7/30/2004 | 3/2/2006 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 12/11/2004 | 8/25/2005 | 12/11/2004 | 12/31/2199 | 12/11/2004 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/13/2005 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/28/2005 | 12/1/2006 | | | 11/20/2012 | 10/23/2014 | | | Service | | | LIVINGSTON | TX | 77399-1047 |
| 559 | 4/29/2005 | 12/31/2199 | 9/15/1998 | 12/31/2199 | | | | | Service | | | LIVINGSTON | TX | 77399-1002 |
| 559 | 5/10/2005 | 6/26/2005 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 6/17/2005 | 10/26/2006 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 7/18/2005 | 3/14/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 7/18/2005 | 12/31/2199 | 7/21/2005 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 8/26/2005 | 12/31/2199 | 12/11/2004 | 12/31/2199 | 12/11/2004 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 10/31/2005 | 12/31/2199 | 12/21/2008 | 12/31/2199 | | | | | Service | | | SAN JOSE | CA | 95120-5908 |
| 559 | 11/9/2005 | 6/9/2006 | 12/31/2199 | | | | | | Service | | | LIVINGSTON | TX | 77399-0001 |
| 559 | 3/3/2006 | 6/9/2015 | | | | | | | Service | | | DESERT HOT SPRINGS | CA | 92241-9406 |
| 559 | 4/20/2006 | 12/31/2199 | 12/21/2008 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 5/2/2006 | 12/31/2199 | | | | | | | Service | | | TILLAMOOK | OR | 97141-9467 |
| 559 | 5/15/2006 | 4/14/2008 | 5/15/2006 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 6/10/2006 | 10/12/2006 | 11/9/2005 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 10/13/2006 | 5/2/2012 | 11/9/2005 | 12/31/2199 | | | | | Service | | | CASA GRANDE | AZ | 85222-5580 |
| 559 | 10/27/2006 | 10/28/2006 | | | 1/2/2013 | 7/2/2015 | | | Service | | | YUMA | AZ | 85367-0000 |
| 559 | 10/29/2006 | 9/22/2007 | | | 1/2/2013 | 7/2/2015 | | | Service | | | YUMA | AZ | 85367-8427 |
| 559 | 11/27/2006 | 4/22/2007 | 1/23/1998 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 12/2/2006 | 11/19/2012 | | | 11/20/2012 | 10/23/2014 | | | Service | | | PAICINES | CA | 95043-0000 |
| 559 | 1/14/2007 | 1/31/2010 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 2/8/2007 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9784 |
| 559 | 2/26/2007 | 7/2/2008 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 9/26/2013 | | | Service | | | DOVER | FL | 33527-4102 |
| 559 | 3/15/2007 | 4/3/2014 | | | | | | | Service | | | HEMET | CA | 92544-5287 |
| 559 | 4/17/2007 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/23/2007 | 12/31/2199 | 1/23/1998 | 12/31/2199 | | | | | Service | | | LIVINGSTON | TX | 77399-1006 |
| 559 | 7/5/2007 | 8/10/2007 | | | | | | | Service | | | BENSON | AZ | 85602-6119 |
| 559 | 7/17/2007 | 12/31/2199 | 7/20/2007 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 8/11/2007 | 8/23/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 8/24/2007 | 10/13/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 9/23/2007 | 3/19/2008 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 10/1/2007 | 4/19/2010 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 10/14/2007 | 11/16/2007 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 11/17/2007 | 11/17/2007 | | | | | | | Service | | | BLUE RIVER | OR | 97413-9714 |
| 559 | 11/18/2007 | 2/9/2014 | | | | | | | Service | | | BLUE RIVER | OR | 97413-9714 |
| 559 | 3/20/2008 | 3/23/2010 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/15/2008 | 5/2/2012 | 5/15/2006 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 5/20/2008 | 12/31/2199 | 12/9/2000 | 12/31/2199 | | | | | Service | | | CARRINGTON | ND | 58421-1624 |
| 559 | 7/3/2008 | 6/5/2011 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 9/26/2013 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 11/13/2008 | 12/31/2199 | | | 12/21/2008 | 12/31/2199 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 8/11/2009 | 12/31/2199 | | | | | | | Service | | | BONANZA | OR | 97623-8705 |
| 559 | 9/16/2009 | 12/31/2199 | | | | | | | Service | | | ARBUCKLE | CA | 95912-9760 |
| 559 | 2/1/2010 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 3/24/2010 | 12/31/2199 | | | 1/2/2013 | 7/2/2015 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/6/2010 | 12/6/2011 | | | | | | | Service | | | HEMET | CA | 92544-7212 |
| 559 | 4/20/2010 | 8/29/2010 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 5/17/2010 | 5/27/2012 | | | | | | | Service | | | CLOVIS | CA | 93611-6612 |
| 559 | 5/23/2010 | 9/22/2010 | | | | | | | Service | | | OROVILLE | CA | 95965-9675 |
| 559 | 7/20/2010 | 12/31/2199 | 4/5/2001 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 8/30/2010 | 1/30/2011 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 1/31/2011 | 6/3/2012 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 5/22/2011 | 9/17/2011 | | | | | | | Service | | | OROVILLE | CA | 95965-9675 |
| 559 | 6/6/2011 | 10/17/2011 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 9/26/2013 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 10/18/2011 | 11/8/2011 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 9/26/2013 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 11/9/2011 | 12/31/2199 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 9/26/2013 | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 4/4/2012 | 8/11/2013 | | | | | | | Service | | | HEMET | CA | 92544-528 |
| 559 | 5/3/2012 | 12/31/2199 | 11/9/2005 | 12/31/2199 | | | | | Service | | | CASA GRANDE | AZ | 85122-5580 |
| 559 | 5/3/2012 | 12/31/2199 | 5/15/2006 | 12/31/2199 | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 5/28/2012 | 12/31/2199 | | | | | | | Service | | | CLOVIS | CA | 93611-661 |
| 559 | 6/4/2012 | 2/7/2014 | | | | | | | Service | | | COARSEGOLD | CA | 93614-910 |

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | 11/20/2012 | 12/31/2199 | | | 11/20/2012 | 10/23/2014 | ████ | ████ | Service | ████ | ████ | COARSEGOLD | CA | 93614-9109 |
| 559 | 2/8/2014 | 12/31/2199 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 2/10/2014 | 2/19/2014 | | | | | | | Service | | | BLUE RIVER | OR | 97413-9714 |
| 559 | 2/20/2014 | 6/5/2014 | | | | | | | Service | | | BLUE RIVER | OR | 97413-9714 |
| 559 | 4/4/2014 | 5/7/2014 | | | | | | | Service | | | COARSEGOLD | CA | 93614-0000 |
| 559 | 6/6/2014 | 12/31/2199 | | | | | | | Service | | | BLUE RIVER | OR | 97413-9714 |
| 559 | 10/23/2014 | 11/29/2014 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 3/29/2015 | 4/13/2015 | | | | | | | Service | | | COARSEGOLD | CA | 93614-9109 |
| 559 | 6/10/2015 | 4/4/2016 | | | | | | | Service | | | OROVILLE | CA | 95965-9675 |
| 559 | 10/11/2015 | 11/29/2015 | | | | | | | Service | | | DESERT HOT SPRINGS | CA | 92241-0000 |
| 559 | 4/5/2016 | 12/31/2199 | | | | | | | Service | | | OROVILLE | CA | 95965-0000 |

**Note:**
[1] This exhibit shows all of the Customer Account records associated with one phone number. There are records from 7 states and 52 different customer account numbers. Records highlighted in gray indicate records that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Inquiry (DTX907).

**Exhibit 4.A**
**Internal Inconsistency in TransUnion Data**

| phone_number | call_date | campaign |
|---|---|---|
| 201 ███ | 2/9/2008 | 5157_08W06_LTS_OTM_ENGLISH_20080205 |

**Set 10**

| phone_number | trans_datefirstseen | trans_datelastseen | trans_firstname | trans_middlename | trans_lastname | trans_addressline1 | trans_city | trans_state | trans_zip |
|---|---|---|---|---|---|---|---|---|---|
| 201 | 6/30/1991 | 6/1/1991 | | | | | JERSEY CITY | NJ | 7305 |
| 201 | 6/30/1991 | 6/1/1994 | | | | | KEARNY | NJ | 7032 |
| 201 | 5/1/1992 | 4/4/2013 | | | | | EAST STROUDSBURG | PA | 18302 |
| 201 | 5/1/1992 | 5/3/2016 | | | | | KEARNY | NJ | 7032 |
| 201 | 5/31/1992 | 5/17/2016 | | | | | KEARNY | NJ | 7032 |
| 201 | 1/28/1997 | 1/28/1997 | | | | | BROOKLYN | NY | 11206 |
| 201 | 8/1/1998 | 11/1/2008 | | | | | DELTA | UT | 84624 |
| 201 | 5/14/1999 | 8/16/2005 | | | | | POWAY | CA | 92064 |
| 201 | 10/7/2000 | 4/1/2016 | | | | | MIDWEST CITY | OK | 73140 |
| 201 | 5/31/2001 | 1/20/2007 | | | | | ORLANDO | FL | 32839 |
| 201 | 1/18/2002 | 1/18/2002 | | | | | HARRISON | NJ | 7029 |
| 201 | 6/30/2002 | 6/1/2005 | | | | | ORLANDO | FL | 32839 |
| 201 | 8/31/2003 | 5/17/2016 | | | | | WEEKI WACHEE | FL | 34613 |
| 201 | 7/31/2005 | 6/9/2009 | | | | | SPRING VALLEY | CA | 91977 |
| 201 | 12/31/2008 | 5/18/2016 | | | | | NEW YORK | NY | 10028 |
| 201 | 8/31/2009 | 2/14/2010 | | | | | LA MESA | CA | 91941 |
| 201 | 10/31/2010 | 11/1/2015 | | | | | SPRING VALLEY | CA | 91978 |
| 201 | 4/4/2013 | 4/4/2013 | | | | | BROOKSVILLE | FL | 34613 |

**Note:**
[1] This exhibit shows all TransUnion records associated with one phone number. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 10 - EBRU (fed_tmy_ebru).

**Exhibit 4.B**
**Internal Inconsistency in TransUnion Data**

| phone_number | call_date | campaign |
|---|---|---|
| 310 ▉ | 1/22/2008 | 5140_08W03_LTS_OTM_ENGLISH_20080117 |

**Set 10**

| phone_number | trans_datefirstseen | trans_datelastseen | trans_firstname | trans_middlename | trans_lastname | trans_addressline1 | trans_city | trans_state | trans_zip |
|---|---|---|---|---|---|---|---|---|---|
| 310 | 11/9/1992 | 1/23/2003 | | | | | SANTA BARBARA | CA | 93101 |
| 310 | 3/31/1993 | 3/6/2003 | | | | | CAMBRIDGE | MA | 2138 |
| 310 | 7/31/1993 | 1/23/2003 | | | | | SANTA BARBARA | CA | 93105 |
| 310 | 5/1/2002 | 4/6/2004 | | | | | BOULDER | CO | 80304 |
| 310 | 5/31/2002 | 9/15/2008 | | | | | CULVER CITY | CA | 90232 |
| 310 | 1/15/2003 | 8/1/2013 | | | | | CINCINNATI | OH | 45243 |
| 310 | 1/11/2004 | 11/1/2006 | | | | | VENICE | CA | 90291 |
| 310 | 5/28/2007 | 6/30/2014 | | | | | BALTIMORE | MD | 21212 |
| 310 | 7/31/2007 | 2/4/2012 | | | | | TACOMA | WA | 98407 |
| 310 | 7/31/2007 | 9/1/2013 | | | | | MASON | OH | 45040 |
| 310 | 11/30/2007 | 12/1/2012 | | | | | HOUSTON | TX | 77042 |
| 310 | 5/31/2008 | 9/1/2010 | | | | | CULVER CITY | CA | 90232 |
| 310 | 4/14/2010 | 8/1/2012 | | | | | KATY | TX | 77450 |
| 310 | 7/6/2010 | 5/17/2016 | | | | | SIERRA MADRE | CA | 91024 |
| 310 | 8/3/2010 | 5/3/2016 | | | | | HOUSTON | TX | 77077 |
| 310 | 3/1/2012 | 5/17/2016 | | | | | MASON | OH | 45040 |
| 310 | 7/31/2012 | 11/21/2012 | | | | | TACOMA | WA | 98406 |
| 310 | 8/31/2012 | 9/30/2012 | | | | | HOUSTON | TX | 77042 |
| 310 | 12/31/2012 | 1/9/2014 | | | | | HOUSTON | TX | 77042 |
| 310 | 1/2/2014 | 1/2/2014 | | | | | HOUSTON | TX | 77077 |
| 310 | 3/13/2014 | 10/2/2015 | | | | | HOUSTON | TX | 77077 |
| 310 | 5/13/2016 | 5/17/2016 | | | | | HOUSTON | TX | 77077 |

**Note:**
[1] This exhibit shows all TransUnion records associated with one phone number.  Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 10 - Inquiry (DTX907).

**Exhibit 4.C**
**Internal Inconsistency in TransUnion Data**

| phone_number | call_date | campaign |
|---|---|---|
| 252▮ | 1/8/2008 | 5088_07W51_COLD_OTM_QUAD1 |

**Set 10**

| phone_number | trans_datefirstseen | trans_datelastseen | trans_firstname | trans_middlename | trans_lastname | trans_addressline1 | trans_city | trans_state | trans_zip |
|---|---|---|---|---|---|---|---|---|---|
| 252▮ | | | | | | | NEW BERN | NC | 28560 |
| 252▮ | | 4/1/1983 | | | | | NEW BERN | NC | 28564 |
| 252▮ | 10/31/1984 | 1/23/2003 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 2/28/1986 | 5/4/2011 | | | | | SOUTHERN PINES | NC | 28387 |
| 252▮ | 10/31/1986 | 1/23/2003 | | | | | OAK ISLAND | NC | 28465 |
| 252▮ | 2/29/1988 | 1/23/2003 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 1/31/1994 | 6/1/2006 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 2/28/1998 | 1/19/2005 | | | | | FAYETTEVILLE | NC | 28301 |
| 252▮ | 3/2/1998 | 3/1/2011 | | | | | NEW BERN | NC | 28562 |
| 252▮ | 5/1/1998 | 1/23/2003 | | | | | CHARLESTON | SC | 29416 |
| 252▮ | 5/31/1998 | 5/1/2000 | | | | | CHARLESTON | SC | 29407 |
| 252▮ | 5/31/1998 | 12/1/2015 | | | | | CHARLESTON | SC | 29407 |
| 252▮ | 10/31/1998 | 4/1/2016 | | | | | CHARLESTON | SC | 29407 |
| 252▮ | 11/30/1998 | 9/1/2010 | | | | | OCEAN SPRINGS | MS | 39564 |
| 252▮ | 6/30/2000 | 8/1/2009 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 6/30/2000 | 5/3/2016 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 8/17/2000 | 10/15/2011 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 8/31/2000 | 6/26/2007 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 1/1/2001 | 5/17/2016 | | | | | OCEAN SPRINGS | MS | 39564 |
| 252▮ | 9/16/2001 | 9/16/2001 | | | | | CHARLOTTE | NC | 28269 |
| 252▮ | 12/31/2001 | 12/1/2002 | | | | | NEW BERN | NC | 28561 |
| 252▮ | 1/24/2003 | 3/1/2011 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 2/18/2003 | 11/8/2007 | | | | | TRENT WOODS | NC | 28562 |
| 252▮ | 5/31/2003 | 5/17/2016 | | | | | TRENT WOODS | NC | 28562 |
| 252▮ | 9/1/2003 | 3/1/2006 | | | | | CROSSVILLE | TN | 38558 |
| 252▮ | 12/21/2003 | 12/21/2003 | | | | | NEW BERN | NC | 28562 |
| 252▮ | 10/31/2005 | 11/1/2005 | | | | | NEW BERN | NC | 28561 |
| 252▮ | 8/1/2006 | 2/5/2007 | | | | | ELMONT | NY | 11003 |
| 252▮ | 10/31/2008 | 2/6/2014 | | | | | OCEAN SPRINGS | MS | 39564 |
| 252▮ | 7/31/2010 | 4/24/2011 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 7/31/2010 | 5/17/2016 | | | | | BAYBORO | NC | 28515 |
| 252▮ | 3/31/2011 | 7/1/2011 | | | | | VANCLEAVE | MS | 39565 |
| 252▮ | 7/31/2011 | 7/1/2011 | | | | | VANCLEAVE | MS | 39565 |
| 252▮ | 1/17/2013 | 1/17/2013 | | | | | NEW BERN | NC | 28560 |
| 252▮ | 7/31/2014 | 7/1/2015 | | | | | WILMINGTON | NC | 28412 |

**Note:**
[1] This exhibit shows all TransUnion records associated with one phone number. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 10 - No Solicitation (DTX909).

**Exhibit 5.A**
**Incomplete Speedeon Address Data**

| phone_number | call_date | campaign |
|---|---|---|
| 202 ███ | 1/22/2009 | 5895_09W04_LTS_PHONE_ENGLISH |

**Set 11**

| phone_number | speedeon_date | speedeon_action | speedeon_result_first | speedeon_result_last | speedeon_result_address1 | speedeon_result_address2 | speedeon_result_city | speedeon_result_state | speedeon_result_zip |
|---|---|---|---|---|---|---|---|---|---|
| 202 ███ | 00:00:00 16 Feb 2005 | D | ███ | ███ | ███ | | WASHINGTON | DC | 20016 |
| 202 ███ | 00:00:00 02 Jun 2014 | D | ███ | ███ | ███ | | WASHINGTON | DC | 20016 |
| 202 ███ | 10:13:53 27 Feb 2016 | I | | | | | WASHINGTON | DC | 20016 |

**Note:**
[1] This exhibit shows an example of a call for which there are deletions without corresponding insertions in the Speedeon address data.  The record highlighted in gray indicates the record that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 11 - EBRU (fed_tmy_ebru).

**Exhibit 5.B**
**Incomplete Speedeon Address Data**

| phone_number | call_date | campaign |
|---|---|---|
| 207 ■■■■ | 5/21/2008 | 5310_08W20_LTS_OTM_ENGLISH_20080513 |

**Set 11**

| phone_number | speedeon_date | speedeon_action | speedeon_result_first | speedeon_result_last | speedeon_result_address1 | speedeon_result_address2 | speedeon_result_city | speedeon_result_state | speedeon_result_zip |
|---|---|---|---|---|---|---|---|---|---|
| 207 ■■ | 00:00:00 21 Jul 2006 | D | | | | | MORRILL | ME | 4952 |
| 207 ■■ | 00:00:00 09 Aug 2007 | D | ■■■ | ■■■ | ■■■ | | SEARSMONT | ME | 4973 |
| 207 ■■ | 00:00:00 12 Sep 2007 | D | ■■■ | ■■■ | ■■■ | | SEARSMONT | ME | 4973 |
| 207 ■■ | 00:00:00 25 Dec 2013 | I | | | | | MORRILL | ME | 4952 |

**Note:**
[1] This exhibit shows an example of a call for which there are deletions without corresponding insertions in the Speedeon address data.

**Source:**
[1] Set 11 - Inquiry (DTX907).

**Exhibit 5.C**
**Incomplete Speedeon Address Data**

| phone_number | call_date | campaign |
|---|---|---|
| 207 ███ | 7/14/2009 | 6290_09W27_LTS_PHONE_ENGLISH |

**Set 11**

| phone_number | speedeon_date | speedeon_action | speedeon_result_first | speedeon_result_last | speedeon_result_address1 | speedeon_result_address2 | speedeon_result_city | speedeon_result_state | speedeon_result_zip |
|---|---|---|---|---|---|---|---|---|---|
| 207 ██ | 00:00:00 24 Jan 2006 | D | ████ | | | | WINSLOW | ME | 4901 |
| 207 ██ | 00:00:00 01 Nov 2010 | D | ████ | ████ | ████████ | | WINSLOW | ME | 4901 |
| 207 ██ | 00:00:00 14 Sep 2012 | I | | | | | WINSLOW | ME | 4901 |

**Note:**
[1] This exhibit shows an example of a call for which there are deletions without corresponding insertions in the Speedeon address data.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 11 - Inquiry (DTX907).

**Exhibit 6**
**Summary of Call Types**

| Category | Call Type | Description | Call Sets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **EBRN** | **EBRU** | **No English** | **Uncompleted** | **Inquiry** | **Taylor 501,650** | **AM Calls** |
| Active Customer | Automessage | Pre-recorded calls intended for active customers. | - | - | - | - | - | - | 98,054 |
| Active Customer | Future Disconnect | Calls to existing customers who have indicated that they plan to disconnect their service, asking them to reconsider. | 328 | 36,463 | 12 | 3,546 | - | - | - |
| Active Customer | Non Telemarketing | Calls made to existing customers, including surveys, informational campaigns, and autopay campaigns. | 48 | 58,924 | 9 | 2,954 | - | 1,314 | - |
| Active Customer | Upsell | Calls to existing customers for the purpose of selling additional channels or other promotions. | 5,726 | 783,878 | 835 | 70,195 | - | 35,737 | - |
| Active Customer | Work Order | Calls to existing customers for scheduling installation and repair appointments. | - | 80,909 | - | 9,330 | - | 6,777 | - |
| Former Customer | Winback | Calls made to former customers who have disconnected their service. | 1,105,669 | 101,974 | 11,159 | 147,502 | - | 249,957 | - |
| Potential Customer | Cold Call | Calls made to non-customers to sell DISH services. Unlike inquiries, the customer did not previously inquire about DISH service. | - | 122,943 | 274 | 5,045 | - | 120,519 | - |
| Potential Customer | Inquiry | Calls placed to potential customers who have expressed an interest in DISH services. | - | 959,224 | 12 | 65,439 | 873,551 | - | - |
| Potential Customer | Opt In | A single call campaign where customers opted in to learn about DISH services, similar to a lead or inquiry. | - | 24,902 | 170 | 2,402 | - | 21,408 | - |
| Other | Other | Miscellaneous telemarketing campaigns. | 354 | 61,073 | 81 | 3,518 | - | 65,938 | - |

**Note:**
[1] I understand that these sets of call records are overlapping.

**Sources:**
[1] Call Records for which State Plaintiffs requested address data (fed_tmy_ebrn, fed_tmy_ebru, DTX903, DTX905, DTX907, DTX909, PX1410).
[2] Appendix C.

**Exhibit 7.A**
**Dr. Yoeli's "Any State" Match**

| phone_number | call_date | campaign |
|---|---|---|
| 661 ▓▓▓ | 2/20/2009 | 5929_09W06_LTS_PHONE_ENGLISH |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 661 ▓▓ | 2/3/2009 | 12/31/2199 | | | 1/1/2009 | 12/31/2199 | ▓▓▓▓ | ▓▓▓▓ | Billing | ▓▓▓▓ | | VERO BEACH | FL | 32966-0208 |
| 661 ▓▓ | 2/2/2009 | 12/31/2199 | | | 1/1/2009 | 12/31/2199 | ▓▓▓▓ | ▓▓▓▓ | Service | ▓▓▓▓ | | VERO BEACH | FL | 32966-0208 |

**Set 2**

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 661 ▓▓ | 2/2/2009 | ▓▓▓ | ▓▓▓ | | SANTA CLARITA | CA | 913903105 |

**Note:**
[1] This exhibit shows an example of a call for which there is conflicting information about the address associated with the phone number at the time of the call.  Records highlighted in gray indicate records that Dr. Yoeli considered in his analysis.  Dr. Yoeli's "Any State" methodology classifies this Call Record as a California match.

**Sources:**
[1] Set 1A - EBRU (fed_tmy_ebru).
[2] Set 2 - EBRU (fed_tmy_ebru).

**Exhibit 7.B**
**Dr. Yoeli's "Any State" Match**

| phone_number | call_date | campaign |
|---|---|---|
| 828■■■ | 9/11/2007 | TH VOL TRAIL (2MTH) |

## Set 1A

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 828■■ | 3/18/2001 | 5/2/2006 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | | | FLETCHER | NC | 28791-0000 |
| 828■■ | 5/3/2006 | 3/7/2008 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | ■■ | | EDMORE | MI | 48829-9339 |
| 828■■ | 3/8/2008 | 12/31/2199 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | | ■■ | EDMORE | MI | 48829-9339 |
| 828■■ | 3/9/2008 | 5/5/2008 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | | | EDMORE | MI | 48829-0000 |
| 828■■ | 5/6/2008 | 5/6/2008 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | ■■ | ■■ | EDMORE | MI | 48829-0000 |
| 828■■ | 5/7/2008 | 5/2/2012 | | | 4/23/1999 | 12/31/2199 | ■■ | ■■ | Service | | | EDMORE | MI | 48829-0000 |

## Set 6

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 828■■ | 4/23/1999 | | ■■ | ■■ | ■■ | | FLETCHER | NC | 28791 |

**Note:**
[1] This exhibit shows an example of a call for which there is conflicting information about the address associated with the phone number at the time of the call. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis. Dr. Yoeli's "Any State" methodology classifies this Call Record as a North Carolina match.

**Sources:**
[1] Set 1A - Not Completed (DTX905).
[2] Set 6 - Not Completed (DTX905).

**Exhibit 8**
**Dr. Yoeli's "Any State" Match**

| phone_number | call_date | campaign |
|---|---|---|
| 217█████ | 1/8/2009 | 5855_09W02_LTS_PHONE_ENGLISH |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_bgn_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217█████ | 12/31/2008 | 12/31/2199 | 1/1/2009 | 1/1/2009 | 1/1/2009 | 12/31/2199 | ██████ | ██████ | Billing | ████████ | | BEARDSTOWN | IL | 62618-1861 |
| 217█████ | 12/30/2008 | 12/31/2199 | 1/1/2009 | 1/1/2009 | 1/1/2009 | 12/31/2199 | ██████ | ██████ | Service | ████████ | | JAMISON | PA | 18929-1679 |

**Set 2**

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 217█████ | 12/30/2008 | ██████ | █████ | | BEARDSTOWN | IL | 626181861 |

**Note:**
[1] This exhibit shows a case where the service and billing addresses for a given account are in different states. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis. Dr. Yoeli's "Any State" methodology classifies this Call Record as a Illinois match.

**Sources:**
[1] Set 1A - Inquiry (DTX907).
[2] Set 2 - Inquiry (DTX907).

**Exhibit 9.A**
**Dr. Yoeli's "All State" Match**

| phone_number | call_date | campaign |
|---|---|---|
| 419█ | 5/7/2008 | OR VOL TRAIL (59MTH) |

### Set 1A

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419█ | 3/18/2001 | 6/27/2005 | 11/22/1999 | 12/31/2199 | 11/22/1999 | 12/31/2199 | █ | █ | Service | █ | | TOLEDO | OH | 43611-1780 |
| 419█ | 3/15/2004 | 6/20/2004 | 11/22/1999 | 12/31/2199 | 11/22/1999 | 12/31/2199 | █ | █ | Service | █ | | MONROE | MI | 48161-5767 |
| 419█ | 6/28/2005 | 6/29/2005 | 11/22/1999 | 12/31/2199 | 11/22/1999 | 12/31/2199 | █ | █ | Service | █ | | BRIGHTON | MI | 48116-0000 |
| 419█ | 6/30/2005 | 8/21/2006 | 11/22/1999 | 12/31/2199 | 11/22/1999 | 12/31/2199 | █ | █ | Service | █ | | BRIGHTON | MI | 48116-8227 |

### Set 6

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 419█ | 8/24/2006 | | █ | █ | █ | | TOLEDO | OH | 436111780 |

### Set 9

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | zipcode |
|---|---|---|---|---|---|---|---|
| 419█ | █ | █ | █ | | TOLEDO | OH | 43611-1780 |

**Note:**
[1] This exhibit shows an example of a Call Record Dr. Yoeli classifies as being associated with Ohio using his "All State" match. However, additional records in the Customer Account Data indicate the phone number was previously associated with an address in Michigan. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Sources:**
[1] Set 1A - EBRN (fed_tmy_ebrn).
[2] Set 6 - EBRN (fed_tmy_ebrn).
[3] Set 9 - EBRN (fed_tmy_ebrn).

**Exhibit 9.B**
**Dr. Yoeli's "All State" Match**

| phone_number | call_date | campaign |
|---|---|---|
| 530■■■ | 5/6/2008 | OR VOL TRAIL (51MTH) |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 530■■ | 3/18/2001 | 5/9/2003 | 2/12/2001 | 12/31/2199 | | | ■■■■ | ■■■■ | Service | ■■■■ | | AUBURN | CA | 95603-5849 |
| 530■■ | 2/22/2004 | 8/9/2004 | | | | | ■■■■ | ■■■■ | Service | ■■■■ | | AUBURN | CA | 95603-0000 |
| 530■■ | 8/10/2004 | 7/24/2007 | | | | | ■■■■ | ■■■■ | Service | ■■■■ | | COLORADO SPRINGS | CO | 80920-3000 |

**Set 6**

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 530■■ | 2/12/2001 | | ■■■■ | ■■■■ | ■■■■ | | AUBURN | CA | 95603 |

**Set 9**

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | zipcode |
|---|---|---|---|---|---|---|---|
| 530■■ | ■■■■ | ■■■■ | ■■■■ | | AUBURN | CA | 95603-5849 |

**Note:**
[1] This exhibit shows an example of a Call Record Dr. Yoeli classifies as being associated with California using his "All State" match. However, additional records in the Customer Account Data indicate the phone number was previously associated with an address in Colorado. Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Sources:**
[1] Set 1A - EBRN (fkd_tmy_ebrn).
[2] Set 6 - EBRN (fkd_tmy_ebrn).
[3] Set 9 - EBRN (fkd_tmy_ebrn).

**Exhibit 10**
**Dr. Yoeli's Treatment of Dates**

| phone_number | call_date | campaign |
| --- | --- | --- |
| 209█ | 5/11/2009 | 6113_09W18_LTS_PHONE_ENGLISH |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 209█ | 11/23/2009 | 12/31/2199 | | | 12/11/2009 | 12/31/2199 | ██ | ██ | Service | ██ | | SEABROOK | SC | 29940-3205 |
| 209█ | 9/12/2011 | 12/31/2199 | | | 9/12/2011 | 12/31/2199 | ██ | ██ | Service | ██ | | SEABROOK | SC | 29940-3205 |

**Note:**
[1] This exhibit shows a call record for which Dr. Yoeli concludes there was no address information due to his treatment of dates. If he had expanded his date restrictions, he would have found an inquiry call followed by an active service address.

**Source:**
[1] Set 1A - EBRU (fed_tmy_ebru).

**Exhibit 11**
**Summary of Call Record Groups**

| Data Set | EBRN | EBRU | No English | Uncompleted | Inquiry | Taylor 501,650 | AM Calls |
|---|---|---|---|---|---|---|---|
| Calls at Issue | 1,112,125 | 2,230,290 | 12,552 | 309,931 | 873,551 | 501,650 | 98,054 |
| Group A Calls at Issue | 5,995 | 950,946 | 841 | 85,088 | 0 | 43,444 | 96,792 |
| Group B Calls at Issue | 0 | 71,402 | 0 | 4,231 | 65,038 | 0 | 0 |
| Group C Calls at Issue | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Group D Calls at Issue | 43 | 54,007 | 25 | 2,944 | 42,083 | 7,963 | 0 |
| Group E Calls at Issue | 4,169 | 83,924 | 49 | 6,677 | 71,842 | 3,708 | 2 |
| Group F Calls at Issue | 0 | 283,137 | 4 | 19,261 | 258,214 | 0 | 0 |
| Group G Calls at Issue | 0 | 24,770 | 12 | 1,818 | 19,400 | 3,780 | 0 |
| Group H Calls at Issue | 1,101,916 | 393,056 | 11,378 | 168,461 | 183,483 | 327,659 | 1,260 |
| Group I Calls at Issue | 0 | 360,897 | 242 | 20,913 | 226,448 | 114,863 | 0 |
| Unmatched Calls | 0 | 8,151 | 1 | 538 | 7,043 | 233 | 0 |

**Notes:**

[1] Group A includes calls intended for active customers with an associated active address in the Customer Account Data.

[2] Group B includes calls on inquiry campaigns with an associated lead in the Lead Tracking System data prior to the call and an associated service address starting after the call, both in the same state.

[3] Group C includes calls on winback campaigns with an associated service address ending prior to the call, and another associated service address starting after the call, both in the same state.

[4] Group D includes calls intended for potential future customers (leads, cold calls, opt ins) with an associated service address starting after the call and calls intended for former customers (winbacks) with an associated service address ending prior to the call and no contradictory state information in other sources.

[5] Group E includes calls with an associated service address that is not logically related to the Group of call (e.g., a winback with an active service address at the time of the call) and no contradictory state information in other sources.

[6] Group F includes calls on inquiry campaigns with an associated lead in the Lead Tracking System dated prior to the call, but no associated service address, and with no contradictory state information in other sources.

[7] Group G includes calls with associated addresses in Other DISH Internal Data but no addresses in the Customer Account Data, and with no contradictory state information between or within sources.

[8] Group H includes calls with contradictions in state between or within internal DISH sources.

[9] Group I includes calls with associated addresses found only in External Data.

[10] I understand that these sets of call records are overlapping.

**Source:**

[1] Produced Address Data.

**Exhibit 12**
**Group A Call Record**
**Upsell Call with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 310▬ | 1/19/2008 | PB GREEK UPSELL |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 310▬ | 3/18/2001 | 7/30/2003 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | | OAKLAND | CA | 94610-1104 |
| 310▬ | 7/31/2003 | 1/17/2004 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | | PIEDMONT | CA | 94610-1104 |
| 310▬ | 1/18/2004 | 10/3/2004 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | | SANTA MONICA | CA | 90404-3592 |
| 310▬ | 10/4/2004 | 8/10/2008 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | | REDONDO BEACH | CA | 90277-3239 |
| 310▬ | 8/11/2008 | 10/10/2014 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | OLD ADDRESS DO NOT USE | REDONDO BEACH | CA | 90277-3239 |
| 310▬ | 10/11/2014 | 12/31/2199 | 2/27/1999 | 12/31/2199 | | | ▬ | ▬ | Service | ▬ | | SAN FRANCISCO | CA | 94114-2829 |

**Note:**
[1] This exhibit shows an upsell call made to a phone number associated with an active service address.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Not Completed (DTX905).

**Exhibit 13**
**Group A Call Record**
**Future Disconnect Call with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 419 ███ | 6/7/2008 | BF E-CARE |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419 ███ | 4/19/2003 | 9/30/2007 | 4/19/2003 | 12/31/2199 | 4/19/2003 | 12/31/2199 | ███ | ███ | Service | ███ | | MANSFIELD | OH | 44906-2454 |
| 419 ███ | 10/1/2007 | 9/28/2014 | 4/19/2003 | 12/31/2199 | 4/19/2003 | 12/31/2199 | ███ | ███ | Service | ███ | | BELLVILLE | OH | 44813-9275 |
| 419 ███ | 9/29/2014 | 12/31/2199 | 4/19/2003 | 12/31/2199 | 4/19/2003 | 12/31/2199 | ███ | ███ | Service | ███ | | MANSFIELD | OH | 44906-2454 |

**Note:**
[1] This exhibit shows a future disconnect call placed to a phone number associated with an active service address.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Not Completed (DTX905).

**Exhibit 14**
**Group A Call Record**
**Non-Telemarketing Call with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 312 ▓▓▓▓ | 1/14/2010 | RF_COMMERCIAL SURVEY |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 312 ▓ | 5/18/2006 | 12/31/2199 | 12/21/2008 | 12/31/2199 | 12/21/2008 | 6/9/2015 | ▓▓▓ | ▓▓ | Service | ▓▓▓▓ | | CHICAGO | IL | 60601-7337 |

**Note:**
[1] This exhibit shows a non-telemarketing call placed to a phone number associated with an active service address. The record highlighted in gray indicates the record that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - NDNCR (DTX903).

**Exhibit 15**
**Group A Call Record**
**Automessage Call with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 5103█ | 10/5/2007 | AM 100507ZEE |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 510█ | 4/18/2003 | 10/26/2003 | | | 4/18/2003 | 12/31/2199 | █ | █ | Service | █ | | FREMONT | CA | 94538-5315 |
| 510█ | 10/27/2003 | 2/8/2004 | | | 4/18/2003 | 12/31/2199 | █ | █ | Service | █ | | FREMONT | CA | 94538-5395 |
| 510█ | 4/3/2007 | 1/10/2010 | 4/15/2007 | 12/31/2199 | 4/15/2007 | 12/31/2199 | █ | █ | Service | █ | | FREMONT | CA | 94555-2844 |
| 510█ | 1/11/2010 | 12/31/2199 | 4/15/2007 | 12/31/2199 | 4/15/2007 | 12/31/2199 | █ | █ | Service | █ | UPDATED ADDRESS | FREMONT | CA | 94555-2844 |

**Note:**
[1] This exhibit shows an automessage call placed to a phone number associated with an active service address.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 1A - PX1410 (PX1410).

**Exhibit 16**
**Group A Call Record**
**Work Order Call with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 704 ▮ | 5/27/2009 | EP HWO 05026 |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 704 ▮ | 5/21/2009 | 3/1/2012 | | | | | ▮ | ▮ | Service | | | BELMONT | NC | 28012-3361 |
| 704 ▮ | 3/2/2012 | 12/31/2199 | | | | | ▮ | ▮ | Service | ▮ | DUPLICATE ADDRESS | BELMONT | NC | 28012-3361 |

**Note:**
[1] This exhibit shows a work order call placed to a phone number associated with an active service address. The record highlighted in gray indicates the record that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Not Completed (DTX905).

**Exhibit 17**
**Group A Call Record**
**Inconsistency Between Area Code and Plaintiff State**

| phone_number | call_date | campaign |
|---|---|---|
| 213█ | 4/4/2008 | PB CHI DROP |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213█ | 2/16/2007 | 6/18/2009 | 2/24/2007 | 12/31/2199 | | | ██████ | ██████ | Service | ██████ | | BOISE | ID | 83706-5813 |
| 213█ | 6/19/2009 | 12/31/2199 | 6/19/2009 | 12/31/2199 | | | ██████ | ██████ | Service | ██████ | | BOISE | ID | 83706-5813 |

**Note:**
[1] This exhibit shows a phone number with a California area code (213) but with Idaho address records.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 1A - EBRU (fed_tmy_ebru).

**Exhibit 18**
**Group B Call Record**
**Lead Call Record Between Lead Record and Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 209▮ | 12/16/2008 | 5791_08W50_LTS_PHONE_ENGLISH |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209▮ | 3/21/2009 | 12/31/2199 | 3/21/2009 | 12/31/2199 | | | ▮ | ▮ | Service | ▮ | | MANTECA | CA | 95336-8562 |

**Set 2**

| phone_number | start_date | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 209▮ | 12/5/2008 19:18 | ▮ | ▮ | | MANTECA | CA | 953368562 |
| 209▮ | 12/12/2012 7:02 | ▮ | ▮ | | MANTECA | CA | 953360000 |

**Note:**
[1] This exhibit shows an example of a Group B Call Record.  In this case, there is a lead Call Record after a lead record followed by a service address where the state associated with the lead record and the service state match.  The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Sources:**
[1] Set 1A - EBRU (fed_tmy_ebru).
[2] Set 2 - EBRU (fed_tmy_ebru).

**Exhibit 19**
**Group C Call Record**
**Winback Call Record Between Two Active Service Addresses**

| phone_number | call_date | campaign |
|---|---|---|
| 323 ███ | 12/15/2008 | EC VOL TRAIL (22MTH) |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 323 ███ | 5/11/2001 | 4/6/2007 | 5/11/2001 | 12/31/2199 | | | ███ | ███ | Service | ███ | | LOS ANGELES | CA | 90046-3024 |
| 323 ███ | 9/12/2011 | 12/31/2199 | 5/11/2001 | 12/31/2199 | | | ███ | ███ | Service | ███ | ███ | LOS ANGELES | CA | 90046-3024 |

**Note:**
[1] This exhibit shows an example of a Group C Call Record.  In this case, there is a winback Call Record between two matching active service addresses.

**Source:**
[1] Set 1A - NDNCR (DTX903).

**Exhibit 20**
**Group D Call Record**
**Winback Call After Location End Date**

| phone_number | call_date | campaign |
|---|---|---|
| 419■■■■ | 2/4/2009 | EC_VWIN_TRL_20M_ENG |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419■■■ | 9/4/2002 | 6/18/2007 | 9/4/2002 | 12/31/2199 | 9/4/2002 | 12/31/2199 | ■■■■ | ■■■■ | Service | ■■■■ | | BUCYRUS | OH | 44820-3034 |

**Note:**
[1] This exhibit shows an example of a Group D Call Record.  In this case, there is a winback call placed after the location end date in the Customer Account Data.

**Source:**
[1] Set 1A - NDNCR (DTX903).

**Exhibit 21**
**Group D Call Record**
**Cold Call Prior to Location Begin Date**

| phone_number | call_date | campaign |
|---|---|---|
| 209█████ | 4/30/2008 | 5263_08W16_COLD_OTM_LIBERTAD |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209████ | 9/18/2009 | 5/22/2012 | 9/21/2009 | 12/31/2199 | 9/21/2009 | 12/31/2199 | ████████ | ██████████ | Service | ████████ | | LODI | CA | 95240-2319 |
| 209████ | 5/23/2012 | 12/31/2199 | 9/21/2009 | 12/31/2199 | 9/21/2009 | 12/31/2199 | ████████ | ██████████ | Service | ████████ | | LODI | CA | 95240-231 |

**Note:**
[1] This exhibit shows a Group D Call Record. In this case, there is a cold call prior to the location begin date in the Customer Account Data.

**Source:**
[1] Set 1A - NDNCR (DTX903).

**Exhibit 22**
**Group E Call Record**
**Winback Call to Phone Number with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 209■■■ | 10/6/2007 | HG 43MTH ACQ (ESP) |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209■■ | 3/18/2001 | 9/9/2003 | 8/23/2000 | 12/31/2199 | | | ■■■ | ■■■ | Service | ■■■ | | MODESTO | CA | 95351-7811 |
| 209■■ | 9/10/2003 | 3/10/2006 | 8/23/2000 | 12/31/2199 | | | ■■■ | ■■■ | Service | ■■■ | | SALIDA | CA | 95368-9407 |
| 209■■ | 3/11/2006 | 12/31/2199 | 8/23/2000 | 12/31/2199 | | | ■■■ | ■■■ | Service | ■■■ | UPDATE ADDRESS | SALIDA | CA | 95368-9407 |

**Note:**
[1] This exhibit shows a winback Call Record made to a phone number associated with an active service address. The record highlighted in gray indicates the record that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Not Completed (DTX905).

**Exhibit 23**
**Group E Call Record**
**Lead Call to Phone Number with Active Service Address**

| phone_number | call_date | campaign |
|---|---|---|
| 213███ | 10/26/2009 | 10195_09W43_LTS_OTM |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_start_date | pr_end_date | sec_start_date | sec_end_date | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213███ | 10/18/2009 | 1/26/2010 | 10/19/2009 | 12/31/2199 | 10/19/2009 | 12/31/2199 | ███ | ███ | Service | ███ | | LOS ANGELES | CA | 90012-3034 |
| 213███ | 1/27/2010 | 12/31/2199 | 10/19/2009 | 12/31/2199 | 10/19/2009 | 12/31/2199 | ███ | ███ | Service | ███ | | LOS ANGELES | CA | 90015-2167 |
| 213███ | 4/18/2011 | 12/31/2199 | 4/18/2011 | 12/31/2199 | | | ███ | ███ | Service | ███ | | VENICE | CA | 90291-3310 |

**Note:**
[1] This exhibit shows a lead Call Record made to a phone number associated with an active service address.  The record highlighted in gray indicates the record that Dr. Yoeli considered in his analysis.

**Source:**
[1] Set 1A - Inquiry (DTX907).

**Exhibit 24**
**Group F Call Record**
**Lead Call Record After a Lead Address Record**

| phone_number | call_date | campaign |
|---|---|---|
| 209█████ | 7/10/2008 | 5418_08W27_LTS_OTM_ENGLISH_20080701 |

**Set 2**

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 209████ | 6/27/2008 18:22 | ████ | █████ | ████████ | IONE | CA | 956409507 |

**Note:**
[1] This exhibit shows a lead Call Record after a lead address record. The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 2 - Inquiry (DTX907).

**Exhibit 25**
**Group G Call Record**
**Lead Call Record Matched to Other DISH Internal Data**

| phone_number | call_date | campaign |
|---|---|---|
| 209 ████ | 1/25/2008 | 5146_08W04_LTS_OTM_ENGLISH_20080122 |

**Set 6**

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 209 ██ | 9/6/1999 14:06 | | ██████ | █████ | ██████ | | MANTECA | CA | 95336 |
| 209 ██ | 6/8/2002 13:05 | | ██████ | █████ | ████████ | | MANTECA | CA | 95336 |

**Note:**
[1] This exhibit shows a lead Call Record that is matched to DISH's internal SalesComm database.  Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 6 - EBRU (fed_tmy_ebru).

**Exhibit 26**
**Group G Call Record**
**Work Order Call Record Matched to Other DISH Internal Data**

| phone_number | call_date | campaign |
|---|---|---|
| 828▓ | 6/14/2008 | 5387_08W24_ATT_CANCELS |

**Set 2**

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 828▓ | 10/7/2010 14:05 | ▓ | ▓ | | ELK PARK | NC | 28622 |

**Set 9**

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | physical_zip_code |
|---|---|---|---|---|---|---|---|
| 828▓ | ▓ | ▓ | ▓ | | ELK PARK | NC | 28622-0000 |

**Note:**
[1] This exhibit shows a work order Call Record that is matched to Leads (Set 2) and Set 9 data. The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Sources:**
[1] Set 2 - EBRU (fed_tmy_ebru).
[2] Set 9 - EBRU (fed_tmy_ebru).

**Exhibit 27**
**Group H Call Record**
**Automessage Call Record Associated with Multiple States**

| phone_number | call_date | campaign |
|---|---|---|
| 310 | 9/11/2007 | AM 091107ARAB |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 3/18/2001 | 5/21/2012 | | | | | | | Service | | | HARBOR CITY | CA | 90710-1138 |
| 310 | 6/23/2003 | 12/31/2199 | | | 6/28/2003 | 12/31/2199 | | | Service | | | KIRKWOOD | NY | 13795-1701 |
| 310 | 7/1/2003 | 12/31/2199 | | | 12/21/2008 | 12/31/2199 | | | Service | | | CLIFFSIDE PARK | NJ | 07010-1830 |
| 310 | 7/7/2003 | 12/31/2199 | | | 7/13/2003 | 12/31/2199 | | | Service | | | WINDSOR | NY | 13865-2747 |
| 310 | 5/22/2012 | 12/31/2199 | | | | | | | Service | | | HARBOR CITY | CA | 90710-113 |

**Note:**
[1] This exhibit shows a Group H Call Record.  In this case, there is an automessage Call Record which could be associated with multiple active service addresses.  Records highlighted in gray indicate records that Dr.Yoeli considered in his analysis.

**Source:**
[1] Set 1A - PX1410 (PX1410).

**Exhibit 28**
**Group H Call Record**
**Lead Call Record Associated with Multiple States**

| phone_number | call_date | campaign |
|---|---|---|
| 408▮▮▮▮ | 8/8/2008 | 5478_08W31_LTS_OTM_ENGLISH_20080729 |

**Set 1A**

| phone_number | location_begin_dt | location_end_dt | pr_phone_bgn_dt | pr_phone_end_dt | sec_phone_bgn_dt | sec_phone_end_dt | account_number | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 408▮▮▮▮ | 2/24/2015 | 12/31/2199 | 2/24/2015 | 12/31/2199 | | | ▮▮▮▮ | ▮▮▮▮ | Service | ▮▮▮▮ | | SAN JOSE | CA | 95133-1403 |

**Set 2**

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 408▮▮▮▮ | 7/22/2008 | | | | OLIVE BRANCH | MS | 386548173 |

**Note:**
[1] This exhibit shows a Group H Call Record. In this case, a lead Call Record could be associated with multiple address records. The record highlighted in gray indicates the record that Dr.Yoeli considered in his analysis.

**Sources:**
[1] Set 1A - Inquiry (DTX907).
[2] Set 2 - Inquiry (DTX907).

**Exhibit 29**
**Example of PossibleNOW Data Anomaly**
**Data Unsuitable for the Purpose of this Analysis**

**Stauffer Return Files**[1]

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 208-███ | 7/18/2009 | R | calls0710_sample_1014a_PNResults_Final.csv |

**PossibleNOW Data: *vResidential*** [3]

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 208-█ | Parker | ███ | 10/3/2008 | 4/29/2003 | 10/13/2008 | D |
| 208-█ | Coray | | 7/18/2007 | 7/16/2007 | 1/24/2008 | I |
| 208-█ | Coray | | 10/11/2007 | 7/16/2007 | 1/25/2008 | D |
| 208-█ | Coray | | 10/11/2007 | 10/9/2007 | 1/25/2008 | I |
| 208-█ | Coray | | 2/9/2008 | 10/9/2007 | 2/22/2008 | I |
| 208-█ | Coray | | 10/22/2009 | 7/21/2008 | 11/17/2009 | I |
| 208-█ | Coray | | 9/27/2013 | 7/21/2008 | 9/29/2013 | D |
| 208-█ | Coray | | 9/27/2013 | 7/21/2008 | 9/29/2013 | I |

**Notes:**

[1] This table contains Mr. Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 208-███

[2] Mr. Stauffer determined each record to be either "B" (business), "R" (residential), or "W" (wireless). "NR" signifies a non-residential record. Declaration of Rick Stauffer, October 16, 2012, p. 4

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 208-███

[4] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system." Deposition of Richard A. Stauffer, November 28, 2012, p. 331

[5] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company. Deposition of Richard A. Stauffer, November 28, 2012, p. 331

[6] The *ProcessedDate* is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr. Stauffer's analyses. Deposition of Richard A. Stauffer, November 28, 2012, p. 339

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory. Deposition of Richard A. Stauffer, November 28, 2012, pp. 337-338

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012
[2] Deposition of Richard A. Stauffer, November 28, 2012
[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW. See also PossibleNOW, "Dish Data Analysis," August 2015
[4] Mr. Stauffer's 2012 Return Files, received from counsel on May 26, 2015
[5] vResidential database, extracted from PossibleNOW on August 12, 2015

**Exhibit 30**
**PossibleNOW Data for Phone Number in Exhibit 19**

| Phone Number | Call Date | Campaign |
|---|---|---|
| 323- | 12/15/2008 | EC VOL TRAIL (22MTH) |

**PossibleNOW Data: *vBusiness*** [1]

| Phone Number | TransDate[2] | TelcoIssueDate[3] | XactnCod[4] | Business Name | Street Number | Street Pre-Directional | Street Name | Street Suffix | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 323- | 02/09/2008 | 08/07/2006 | I | | | | | | Los Angeles | CA | 90046-3311 |
| 323- | 10/22/2009 | 07/09/2009 | I | | | | | | Los Angeles | CA | 90046-3311 |
| 323- | 02/27/2012 | 07/09/2009 | D | | | | | | Los Angeles | CA | 90046-3311 |
| 323- | 02/27/2012 | 07/09/2009 | I | | | | | | Los Angeles | CA | 90046-3311 |

**Note:**

[1] This table contains all records in the PossibleNOW vResidential and vBusiness databases associated with the phone number [redacted]

[2] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system." Deposition of Richard A. Stauffer, November 28, 2012, p 331

[3] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company. Deposition of Richard A. Stauffer, November 28, 2012, p 331

[4] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory. Deposition of Richard A. Stauffer, November 28, 2012, pp 337-338

**Source:**

[1] *vBusiness* database, extracted from PossibleNOW on August 12, 2015

[2] Deposition of Richard A. Stauffer, November 28, 2012

**Exhibit 31**
**PossibleNOW Data for Phone Number in Exhibit 27**

| Phone Number | Call Date | Campaign |
|---|---|---|
| 310- ██ | 09/11/2007 | AM 091107ARAB |

**PossibleNOW Data: *vResidential*** [1]

| Phone Number | TransDate[2] | TelcoIssueDate[3] | XactnCod[4] | First Name | Last Name | Street Number | Street Pre-Directional | Street Name | Street Suffix | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 08/02/2010 | 08/01/2010 | I | | ██ | ██ | | ██ | ██ | Redondo Beach | CA | 90277-5506 |
| 310 ██ | 01/05/2012 | 08/01/2010 | D | | ██ | ██ | ██ | ██ | ██ | Redondo Beach | CA | 90277-5506 |
| 310 | 04/21/2012 | 04/20/2012 | I | | ██ | ██ | | ██ | ██ | Torrance | CA | 90505-6438 |
| 310 ██ | 08/10/2013 | 04/20/2012 | D | ██ | ██ | ██ | | ██ | ██ | Torrance | CA | 90505-6438 |
| 310 | 08/10/2013 | 05/16/2013 | I | | ██ | ██ | | ██ | ██ | Torrance | CA | 90505-6438 |

**PossibleNOW Data: *vBusiness*** [1]

| Phone Number | TransDate[2] | TelcoIssueDate[3] | XactnCod[4] | Business Name | Street Number | Street Pre-Directional | Street Name | Street Suffix | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 310- ██ | 07/29/2009 | 01/01/1990 | D | ██ | | | | | Torrance | CA | |
| 310- ██ | 02/09/2008 | 08/07/2006 | I | | | | | | Torrance | CA | |

**Note:**

[1] This table contains all records in the PossibleNOW vResidential and vBusiness databases associated with the phone number 310- ██

[2] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system." Deposition of Richard A  Stauffer, November 28, 2012, p  331

[3] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company  Deposition of Richard A  Stauffer, November 28, 2012, p  331

[4] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory  Deposition of Richard A  Stauffer, November 28, 2012, pp  337-338

**Source:**

[1] *vResidential* and *vBusiness* databases, extracted from PossibleNOW on August 12, 2015

[2] Deposition of Richard A  Stauffer, November 28, 2012

**Exhibit 32.A**
**Example of Mr. Stauffer's Treatment of Deletes**
**Treatment Consistent with Mr. Stauffer's Stated Methodology**

**Stauffer Return Files**[1]

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 205-■■■■ | 9/30/2009 | NR | calls0710_sample_1014a_PNResults_Final.csv |

**PossibleNOW Data: *vResidential*** [3]

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 205-■ | ■ | ■ | 8/3/2006 | 3/9/2005 | 1/23/2008 | I |
| 205-■ | ■ | ■ | 8/10/2006 | 3/9/2005 | 1/23/2008 | I |
| 205-■ | ■ | ■ | 4/4/2007 | 3/9/2005 | 1/23/2008 | I |
| 205-■ | ■ | ■ | 11/3/2007 | 3/9/2005 | 1/25/2008 | I |
| 205-■ | ■ | ■ | 2/9/2008 | 3/9/2005 | 2/22/2008 | I |
| 205-■ | ■ | ■ | 7/20/2009 | 7/9/2008 | 7/20/2009 | D |
| 205-■ | ■ | ■ | 1/26/2010 | 1/25/2010 | 1/27/2010 | I |
| 205-■ | ■ | ■ | 3/13/2010 | 1/25/2010 | 3/15/2010 | D |
| 205-■ | ■ | ■ | 1/19/2011 | 1/18/2011 | 1/19/2011 | I |
| 205-■ | ■ | ■ | 6/7/2011 | 1/18/2011 | 6/8/2011 | D |

**Notes:**

[1] This table contains Mr Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 205-■■■■

[2] Mr Stauffer determined each record to be either "B" (business), "R" (residential), or "W" (wireless) "NR" signifies a non-residential record Declaration of Rick Stauffer, October 16, 2012, p 4

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 205-■■■■

[4] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system " Deposition of Richard A Stauffer, November 28, 2012, p 331

[5] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company Deposition of Richard A Stauffer, November 28, 2012, p 331

[6] The *ProcessedDate* is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr Stauffer's analyses Deposition of Richard A Stauffer, November 28, 2012, p 339

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory Deposition of Richard A Stauffer, November 28, 2012, pp 337-338

[8] Gray highlighting indicates the record that Mr Stauffer's stated methodology would classify as the "last" record prior to the call date In this case, the record is a delete Thus, according to Mr Stauffer's stated methodology, he should treat the record as non-residential, which he does

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012

[2] Deposition of Richard A Stauffer, November 28, 2012

[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW See also PossibleNOW, "Dish Data Analysis," August 2015

[4] Mr Stauffer's 2012 Return Files, received from counsel on May 26, 2015

[5] vResidential database, extracted from PossibleNOW on August 12, 2015

**Exhibit 32.B**
**Example of Mr. Stauffer's Treatment of Deletes**
**Treatment Inconsistent with Mr. Stauffer's Stated Methodology**

**Stauffer Return Files**[1]

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 208-██████ | 10/19/2009 | R | calls0710_sample_1014a_PNResults_Final.csv |

**PossibleNOW Data:** *vResidential*[3]

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 208- | | | 8/3/2006 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 8/3/2006 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 8/10/2006 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 8/10/2006 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 4/4/2007 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 4/4/2007 | 10/26/2005 | 1/23/2008 | I |
| 208- | | | 2/9/2008 | 10/26/2005 | 2/22/2008 | I |
| 208- | | | 2/9/2008 | 10/26/2005 | 2/22/2008 | I |
| 208- | | | 10/27/2005 | 10/27/2005 | 1/30/2008 | I |
| 208- | | | 9/2/2009 | 7/21/2008 | 9/2/2009 | D |
| 208- | | | 10/22/2009 | 7/21/2008 | 11/17/2009 | I |
| 208- | | | 1/7/2010 | 7/21/2008 | 1/7/2010 | D |

**Notes:**

[1] This table contains Mr Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 208-████

[2] Mr Stauffer determined each record to be either "B" (business), or "R" (residential), or "W" (wireless)  "NR" signifies a non-residential record  Declaration of Rick Stauffer, October 16, 2012, p 4

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 208-████

[4] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system " Deposition of Richard A Stauffer, November 28, 2012, p 331

[5] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company  Deposition of Richard A Stauffer, November 28, 2012, p 331

[6] The *ProcessedDate* is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr Stauffer's analyses  Deposition of Richard A Stauffer, November 28, 2012, p 339

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory  Deposition of Richard A Stauffer, November 28, 2012, pp 337-338

[8] Gray highlighting indicates the record that Mr Stauffer's stated methodology would classify as the "last" record prior to the call date  In this case, the record is a delete  Thus, according to Mr Stauffer's stated methodology, he should treat the record as non-residential

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012

[2] Deposition of Richard A Stauffer, November 28, 2012

[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW  See also PossibleNOW, "Dish Data Analysis," August 2015

[4] Mr Stauffer's 2012 Return Files, received from counsel on May 26, 2015

[5] vResidential database, extracted from PossibleNOW on August 12, 2015

**Exhibit 33.A**
**Example of Mr. Stauffer's Treatment of Inserts and Deletes on the Same Day**
**Treatment Inconsistent and Not Explained in Mr. Stauffer's Stated Methodology**

**Stauffer Return Files**[1]

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 419-■■■■■ | 5/14/2009 | R | calls0710_sample_1014a_PNResults_Final.csv |

**PossibleNOW Data: *vResidential*** [3]

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 419-■ | ■ | ■ | 8/28/2012 | 1/1/1990 | 8/30/2012 | I |
| 419-■ | ■ | ■ | 8/24/2013 | 1/1/1990 | 8/26/2013 | D |
| 419-■ | ■ | ■ | 9/7/2006 | 9/5/2006 | 1/23/2008 | I |
| 419-■ | ■ | ■ | 2/27/2007 | 9/5/2006 | 1/23/2008 | D |
| 419-■ | ■ | ■ | 9/6/2006 | 9/6/2006 | 1/30/2008 | I |
| 419-■ | ■ | ■ | 2/27/2007 | 2/23/2007 | 1/23/2008 | I |
| 419-■ | ■ | ■ | 4/4/2007 | 2/23/2007 | 1/23/2008 | I |
| 419-■ | ■ | ■ | 7/9/2007 | 2/23/2007 | 1/24/2008 | I |
| 419-■ | ■ | ■ | 12/19/2007 | 2/23/2007 | 1/25/2008 | I |
| 419-■ | ■ | ■ | 2/9/2008 | 2/23/2007 | 2/22/2008 | I |
| 419-■ | ■ | ■ | 3/8/2008 | 1/28/2008 | 3/18/2008 | I |
| 419-■ | ■ | ■ | 4/27/2009 | 1/28/2008 | 4/27/2009 | D |
| 419-■ | ■ | ■ | 4/27/2009 | 4/24/2009 | 4/27/2009 | D |
| 419-■ | ■ | ■ | 4/27/2009 | 4/24/2009 | 4/27/2009 | I |
| 419-■ | ■ | ■ | 9/25/2009 | 4/24/2009 | 9/25/2009 | D |
| 419-■ | ■ | ■ | 9/25/2009 | 9/24/2009 | 9/25/2009 | I |
| 419-■ | ■ | ■ | 10/22/2009 | 9/24/2009 | 11/17/2009 | I |
| 419-■ | ■ | ■ | 2/6/2010 | 9/24/2009 | 2/8/2010 | D |
| 419-■ | ■ | ■ | 2/6/2010 | 9/24/2009 | 2/8/2010 | I |
| 419-■ | ■ | ■ | 8/30/2010 | 9/24/2009 | 8/30/2010 | D |

**Notes:**

[1] This table contains Mr Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 419-■■■■■

[2] Mr Stauffer determined each record to be either "B" (business), "R" (residential), or "W" (wireless)  "NR" signifies a non-residential record  Declaration of Rick Stauffer, October 16, 2012, p 4

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 419-■■■■■

[4] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system " Deposition of Richard A Stauffer, November 28, 2012, p 331

[5] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company  Deposition of Richard A Stauffer, November 28, 2012, p 331

[6] The *ProcessedDate* is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr Stauffer's analyses  Deposition of Richard A Stauffer, November 28, 2012, p 339

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory  Deposition of Richard A Stauffer, November 28, 2012, pp 337-338

[8] Gray highlighting indicates the record that Mr Stauffer's stated methodology would classify as the "last" record prior to the call date  In this case, the last record includes a delete and an insert  Thus, it is unclear how this record should be classified

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012

[2] Deposition of Richard A Stauffer, November 28, 2012

[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW  See also PossibleNOW, "Dish Data Analysis," August 2015

[4] Mr Stauffer's 2012 Return Files, received from counsel on May 26, 2015

[5] vResidential database, extracted from PossibleNOW on August 12, 2015

**Exhibit 33.B**
**Example of Mr. Stauffer's Treatment of Inserts and Deletes on the Same Day**
**Treatment Inconsistent and Not Explained in Mr. Stauffer's Stated Methodology**

**Stauffer Return Files**[1]

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 212-███████ | 6/12/2010 | NR | defender_sample_PNResults_Final.csv |

**PossibleNOW Data: *vResidential*** [3]

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 212-████ | ████████ | ████████ | 6/10/2008 | 6/8/2008 | 6/10/2008 | I |
| 212-████ | ████████ | ████████ | 10/22/2009 | 5/20/2009 | 11/17/2009 | I |
| 212-████ | ████████ | ████████ | 1/26/2010 | 5/20/2009 | 1/26/2010 | D |
| 212-████ | ████████ | ████████ | 1/26/2010 | 12/5/2009 | 1/26/2010 | I |
| 212-████ | ████████ | ████████ | 3/16/2010 | 12/5/2009 | 3/17/2010 | D |
| 212-████ | ████████ | ████████ | 3/16/2010 | 12/5/2009 | 3/17/2010 | I |
| 212-████ | ████████ | ████████ | 10/4/2010 | 12/5/2009 | 10/5/2010 | D |

**Notes:**

[1] This table contains Mr. Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 212-████.

[2] Mr. Stauffer determined each record to be either "B" (business), "R" (residential), or "W" (wireless). "NR" signifies a non-residential record. Declaration of Rick Stauffer, October 16, 2012, p. 4.

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 212-████.

[4] The *TransDate* "represents a date related to when that record was transmitted by the phone company into the system." Deposition of Richard A. Stauffer, November 28, 2012, p. 331.

[5] The *TelcoIssueDate* "represents the date that number was assigned to a person" by the telephone company. Deposition of Richard A. Stauffer, November 28, 2012, p. 331.

[6] The *ProcessedDate* is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr. Stauffer's analyses. Deposition of Richard A. Stauffer, November 28, 2012, p. 339.

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory. Deposition of Richard A. Stauffer, November 28, 2012, pp. 337-338.

[8] Gray highlighting indicates the record that Mr. Stauffer's stated methodology would classify as the "last" record prior to the call date. In this case, the last record includes a delete and an insert. Thus, it is unclear how this record should be classified.

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012.

[2] Deposition of Richard A. Stauffer, November 28, 2012.

[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW. See also PossibleNOW, "Dish Data Analysis," August 2015.

[4] Mr. Stauffer's 2012 Return Files, received from counsel on May 26, 2015.

[5] vResidential database, extracted from PossibleNOW on August 12, 2015.

**Exhibit 34**
**Example of Mr. Stauffer's Treatment of *TransDate***
**Treatment Inconsistent with Mr. Stauffer's Stated Methodology**

**Stauffer Return Files[1]**

| Phone Number | Call Date | Stauffer 2012 Classification[2] | Source |
|---|---|---|---|
| 315-███ | 12/12/2003 | R | Calls0307_revised105_PNResults_Final.csv |

**PossibleNOW Data: *vResidential*[3]**

| Phone Number | Last Name | First Name | Trans Date[4] | TelcoIssue Date[5] | Processed Date[6] | XactnCod[7] |
|---|---|---|---|---|---|---|
| 315-█ | █ | █ | 8/3/2006 | 2/8/1998 | 1/23/2008 | I |
| 315-█ | █ | █ | 8/10/2006 | 2/8/1998 | 1/23/2008 | I |
| 315-█ | █ | █ | 11/14/2006 | 2/8/1998 | 1/23/2008 | I |
| 315-█ | █ | █ | 4/4/2007 | 2/8/1998 | 1/23/2008 | I |
| 315-█ | █ | █ | 7/11/2007 | 2/8/1998 | 1/24/2008 | I |
| 315-█ | █ | █ | 8/8/2007 | 2/8/1998 | 1/25/2008 | I |
| 315-█ | █ | █ | 10/18/2007 | 11/1/2006 | 1/25/2008 | I |
| 315-█ | █ | █ | 10/29/2007 | 11/1/2006 | 1/25/2008 | D |
| 315-█ | █ | █ | 1/9/2009 | 1/8/2009 | 1/9/2009 | I |
| 315-█ | █ | █ | 8/3/2009 | 1/8/2009 | 8/3/2009 | D |
| 315-█ | █ | █ | 2/25/2010 | 2/22/2010 | 2/26/2010 | I |
| 315-█ | █ | █ | 12/28/2012 | 2/22/2010 | 1/2/2013 | D |
| 315-█ | █ | █ | 12/28/2012 | 4/25/2012 | 1/2/2013 | I |

**Notes:**

[1] This table contains Mr Stauffer's classification from the Return Files associated with his 2012 Analysis for the phone number 315-███

[2] Mr Stauffer determined each record to be either "B" (business), "R" (residential), or "W" (wireless)  "NR" signifies a non-residential record  Declaration of Rick Stauffer, October 16, 2012, p  4

[3] This table contains all records in the PossibleNOW *vResidential* database associated with the phone number 315-█

[4] The *TransDate*  "represents a date related to when that record was transmitted by the phone company into the system " Deposition of Richard A  Stauffer, November 28, 2012, p  331

[5] The *TelcoIssueDate*  "represents the date that number was assigned to a person" by the telephone company  Deposition of Richard A  Stauffer, November 28, 2012, p 331

[6] The *ProcessedDate*  is "the date that [PossibleNOW] process[ed] the data into [its] database" and is not used in Mr Stauffer's analyses  Deposition of Richard A  Stauffer, November 28, 2012, p  339

[7] The *XactnCod* variable is assigned by the telephone company and represents whether the telephone company was inserting ("I") or deleting ("D") information from the directory  Deposition of Richard A  Stauffer, November 28, 2012, pp  337-338

[8] According to Mr Stauffer's stated methodology, none of these records would classify as the "last" record prior to the call date  Thus, according to Mr Stauffer's stated methodology, he should treat the record as non-residential

**Sources:**

[1] Declaration of Rick Stauffer, October 16, 2012
[2] Deposition of Richard A  Stauffer, November 28, 2012
[3] Database information from PossibleNOW, including conversations conducted with employees of PossibleNOW  See also PossibleNOW, "Dish Data Analysis," August 2015
[4] Mr Stauffer's 2012 Return Files, received from counsel on May 26, 2015
[5] vResidential database, extracted from PossibleNOW on August 12, 2015

# APPENDIX A
# CURRICULUM VITAE AND EXPERT TESTIMONY

**REBECCA KIRK FAIR**
**Managing Principal**

 

Ms. Kirk Fair has conducted economic analysis and managed case teams in support of academic experts in a broad range of cases, including intellectual property, false advertising, tax, class certification, and major antitrust litigation. In addition, she has served as an expert witness in matters involving corporate valuation, patent infringement analyzing both lost profits and reasonable royalty damages, breach of contract damages, and trademarks. She has also served as an expert witness in matters involving the design and implementation of consumer surveys, as well as the evaluation of plaintiffs' surveys and statistical sampling and analyses. Ms. Kirk Fair has supported academic experts in undertaking analyses of and surveys related to consumer perception, feature value, and marketing procedures in connection with IP and antitrust disputes, as well as fraudulent claims suits and trademark matters. She has been invited to speak in front of the American Bar Association and the New York State Bar Association on survey and competition issues.

Ms. Kirk Fair has extensive experience in the development, administration, and analysis of surveys in antitrust, false advertising, and intellectual property matters, as well as strategy cases. She has supported the design and implementation of online, mall-intercept, and telephone surveys using a variety of methodologies, including conjoint and experimental designs. Ms. Kirk Fair has supported academic experts in prominent antitrust cases involving allegations of multinational and domestic cartels in the technology, consumer products, and finance industries, as well as allegations of monopolization and price-fixing in both the financial services and IT industries. In particular, she has assisted with quantitative analyses and market research examining the consistency of plaintiffs' claims in the defense of multiple class certification matters in the financial services industry for payment card clients and several major brokerage houses. In *Discover v. MasterCard* and *American Express v. Visa, MasterCard, and Issuing Banks*, she oversaw multiple analyses in support of experts assessing damages and market equilibrium.

## EXPERT TESTIMONY

- ***U.S. and the States of California, Illinois, North Carolina and Ohio v. DISH Network, LLC***
  Expert witness on behalf of Dish. Submitted an expert report evaluating the sampling methodology and statistical analysis put forth by plaintiffs' expert witness. Testified at deposition.

- ***Smartphone Technologies LLC v. Research in Motion Corp., et al.***
  Expert witness on behalf of Apple, Inc. in a patent infringement case. Reviewed and evaluated the plaintiff's expert reports in connection with an online survey. Testified at deposition. (Eastern District of Texas – Tyler Division)

- ***John A. Gentile et al. v. Pasquale David Rosette and Douglas Bachelor***
  Expert witness in a fair value dispute for a privately held software company. Analyzed the effect of debt conversion on minority stockholders in both an affirmative and a rebuttal report. Testified at deposition and at trial. (The Court of Chancery of the State of Delaware in and for New Castle County)

- **Curt Schlesinger et al. v. Ticketmaster**
  Prepared two expert declarations assessing the potential reach of the proposed settlement, its value to the class, and redemption and attrition rates over the settlement period.

## SELECTED CONSULTING EXPERIENCE

### *Class Certification Litigation*

- **Light Cigarettes Marketing Litigations**
  Worked with plaintiffs in class action lawsuits in California, Massachusetts, and Missouri filed against the makers of "light" cigarettes. Supported marketing expert Joel Steckel to conduct conjoint analyses of consumer preference of light tobacco and nicotine in connection with a damages analysis.

- **MasterCard Litigations**
  Assisted in economic analysis on behalf of MasterCard in government and consumer litigations, including several class actions. Supported design and analysis of consumer survey regarding the use of various payment methods. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions.

- **Air Cargo Litigations**
  Evaluated industry dynamics, transaction data, and damages exposure for several Air Cargo defendants, including an evaluation of impact of plea agreements. Marketplace analysis included comparison of pricing patterns in areas covered and excluded from plea agreements.

- **Antitrust Litigation in the Transportation Sector**
  Casework included assisting with settlement negotiations and developing affirmative analyses in connection with on-going class certification proceedings, on behalf of the defendants.

- **Auto Parts Litigation**
  Supported affirmative and rebuttal analyses for an indirect purchaser class action in an auto filters cartel case. Analyzed wholesale and retail transaction data, evaluated pass-through, and calculated firm and product profitability.

### *Survey-related Litigation*

- **Berlex Laboratories, Inc. v. Biogen, Inc.**
  Supported expert witness in the determination of a reasonable royalty related damages claim in a patent infringement case in the pharmaceutical industry. Assisted in the design and analysis of a market research survey of multiple sclerosis patients for use in damages model. (United States District Court, District of Massachusetts)

- **Large patent infringement suits in online retail industry**
  Assisted in the design, implementation, and analysis of a survey to demonstrate that patented technologies provided substantial value to online retailers. In a similar ongoing matter, demonstrated the consumer impact of a copyrighted feature that provides functionality to a consumer electronics product.

- **Commercial litigation and damages case in online retail industry**
  Assisted in the assessment of the impact on consumer purchase behavior and price recall of allegedly misleading measures, including advertising language, in a commercial litigation and damages case. Supported field experiments and lab experiments and analysis to assess consumer interpretation of comparison pricing language.

- **Trademark infringement matter of athletic apparel company**
  Supported marketing expert Joel Steckel in a trademark infringement case in which an athletic apparel company claimed that a sports drink maker infringed on its trademark and diluted its brand.

- **Trademark dispute in music services**
  Developed, designed, and launched a pilot study in a trademark dispute to evaluate respondent perception by customer segment.

- **Trademark infringement matter of a candy company**
  Supported marketing expert Joel Steckel in a trademark infringement case in front of the TTAB in which a candy company was trying to bar entry of a foreign competitor which infringed on its trademark and may have diluted its brand.

- **Trademark infringement matter in apparel industry**
  Supported marketing expert Joel Steckel in designing and implementing a reverse confusion survey in a trademark infringement case in which an apparel company claimed that an athletic company infringed on its design mark.

- **Antitrust case in the credit card industry**
  Supported marketing expert John Hauser in rebutting an opposing expert's survey by showing that small methodological improvements to the original survey lead to substantial differences in results in a case involving credit card payment procedures.

- **Fox Broadcasting Company et al. v. DISH Network LLC et al.**
  Supported marketing expert John Hauser in designing and implementing two surveys pertaining to use of television services as well as in analyzing an array of industry data. After more than two years of litigation, a California federal judge found that Analysis Group client DISH's Hopper DVR does not infringe Fox's copyrights.

- **Trademark infringement matter in the food industry**
  Supported marketing expert Joel Steckel in designing a forward confusion and two reverse confusion surveys and implementing the forward confusion survey in a trademark infringement case in which an author / speaker claimed that the title of his book was inappropriately used in a TV commercial of a packaged food product.

- **Confusion matter in the entertainment industry**
  Supported marketing expert Joel Steckel in a trademark infringement case in which a TV company used a name for its show (and a company featured in the show), similar to the name of an existing company; assisted with design of forward and reverse confusion surveys.

### Antitrust Litigation

- **Large price-fixing cases in IT manufacturing industries**
  Assisted in quantitative analysis and industry research to evaluate competition, pricing, and outputs in connection with two separate international price-fixing investigations in IT manufacturing industries.

- **Large price-fixing cases in various sectors of the financial service industry**
  Assisted in quantitative analysis and market research to examine consistency of plaintiffs in multiple class certification matters.

- **Microsoft litigations in various forums**
  Economic analysis on behalf of Microsoft in numerous competitor and consumer litigations on issues of competition, pricing, and damages. Supported survey design and research related to server software. Developed and critiqued damages models related to computer security, software pricing, and product development.

### Intellectual Property Litigation

- **T-Netix, Inc. v. MCI WorldCom Communications, Inc. and Global Tel*Link Corp.**
  Supported expert witness in all aspects of expert report preparation and deposition testimony in the estimation of lost profits and reasonable royalty damages from alleged infringement of patents related to prison phone systems. (United States District Court, Eastern District of Texas, Marshall Division)

- **Burst.com v. Microsoft Corp.**
  Assisted in an analysis of both patent and trade secrets damages and antitrust damages in a case involving software used for streaming media. Responded to plaintiff's claim of lost profits damages and unjust enrichment arising from the misappropriation of trade secrets. (U.S. District Court, District of Maryland)

- **Gary Kosseff v. James Ciocia et al.**
  Supported expert witness in the determination of fair market value of assets sold in a private transaction. Assisted expert in assessment and valuation of comparable companies and rebuttal testimony. (The Court of Chancery of the State of Delaware in and for New Castle County)

- **Adelson, et al., v. Adelson**
  Assisted in the valuation of a family business involving COMDEX. Assisted expert and counsel in deposition and trial testimony. (Massachusetts Superior Court, Middlesex County)

- **KX Industries, L.P. and Koslow Technologies Corporation v. Culligan Water Technologies, Inc., and Plymouth Products Inc.**
  Assisted expert in all aspects of report preparation, deposition preparation, and trial preparation in the estimation of damages stemming from lost profits, royalties, and price erosion claims in patent infringement claim pertaining to water filtration products. (United States District Court, District of Delaware)

- **Plastics Research Corporation, Inc. v. Brite Millwork, Inc.**
  Assisted in the development of a damages model to calculate lost profits, reasonable royalty, and price erosion damages from alleged infringement of a patent related to injection molded

lattice products. (United States District Court, Eastern District of Michigan, Southern Division)

- ▪ ***Molten Metal Equipment Innovation, Inc. v. Metaullics***

  Supported expert witness in the determination of lost profits, reasonable royalty, and prejudgment interest covering a patent directed to submersible molten metal pumps. (United States District Court, Northern District of Ohio)

- ▪ ***Fonar Corporation v. Magnetic Resonance Plus, Inc.***

  Supported expert witness in a product tying evaluation of the imaging market to assess the competitive nature of service contracts. (U.S. District Court, Southern District of New York)

***Transfer Pricing Litigation***

- ▪ ***Glaxo Americas, et al. v. Internal Revenue Service***

  Supported expert in econometric analysis and evaluation of pharmaceutical marketing in the pharmaceutical industry. Case settled. (United States Tax Court)

- ▪ ***AstraZeneca, et al. v. Her Majesty's Revenue and Customs***

  Supported consulting expert team on pharmaceutical valuation and licensing issues. Case settled. (United States Tax Court)

## SELECTED PRESENTATIONS AND SPEAKING ENGAGEMENTS

"The Next Frontiers: Social Media and Other Cutting Edge Issues in Advertising and Marketing," Canadian Bar Association Competition Law Fall Conference, October 2, 2015

"Is False Advertising Anticompetitive," American Bar Association Antitrust Section Spring Meeting, Washington DC, April 17, 2015

"Antitrust Enforcement and the Bazaarvoice Case," New York State Bar Association Antitrust Law Section panel, May 21, 2014

"Branding & Brands in Law, Accounting & Marketing," The Kenan Institute, University of North Carolina, April 12, 2012

"Calculating and Presenting Damages in Patent Infringement Matters," February 2, 2010

"Reverse Payments – Balancing IP and Antitrust Concerns," Boston Bar Association, May 20, 2009

Discussion and guided case study analysis on strategic planning and financial analysis with an emphasis on the use of historical financial data in monitoring a public company, DirectWomen Board Institute, February 22, 2008

"Survey Analysis Report," First Annual Business Technology Outlook, North Dallas Chamber of Commerce, October 24, 2007

"Patent Holding Company Panel," Streaming Media East Show, New York City, May 15, 2007

"Innovative Application of Economic Methods," Analysis Group seminar on patent damages, March 2007

"Data & Discovery – The Economist's Perspective," Analysis Group seminar, May 10, 2005

**PUBLICATIONS**

"Antitrust Enforcement in Two-Sided Markets," with Juliette Caminade, Federico Mantovanelli and David Toniatti, *American Bar Association Section of Antitrust Law Economics Committee Newsletter,* Winter 2016.

"3 Questions to Ask When Using Surveys in Litigation," with Laura O'Laughlin, *Law360,* May 15, 2015.

"Is It Worth Anything? Using Surveys in Intellectual Property Cases," with Joel Steckel and Rene Befurt, *white paper.*

"Tools for Handling Mortgage-Based FCA Claims," with David Mishol, *Law360*, September 26, 2012.

"Digital Media Patents for Profit," with Dan Rayburn and Almudena Arcelus, *Streaming Media Magazine: Industry Sourcebook 2007.*

**PROFESSIONAL AFFILIATIONS**

ABA (American Bar Association)

      Section of Antitrust Law

      Section of Intellectual Property Law

American Marketing Association (AMA)

Women's Competition Network (WCN)

**EDUCATION**

| M.B.A. | Sloan School of Management, Massachusetts Institute of Technology, Cambridge, MA |
|---|---|
| B.A. | Economics (with honors), Middlebury College, Middlebury, VT |

# APPENDIX B
# MATERIALS CONSIDERED

## Appendix B

## Materials Considered

**Legal Documents and Reports**

*Legal Documents and Communications*

Complaint, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, United States District Court for the Central District of Illinois Springfield Division, Case No. 3:09-cv-03073, March 25, 2009.

Letter from Jinsook Ohta, Deputy Attorney General of the State of California (for Kamala D. Harris, Attorney General of the State of California) to Peter A. Bicks, Orrick, Herrington & Sutcliffe, LLP, re: *United States et al. v. Dish Network,* 09-cv-3073-SEM-BGC, April 16, 2015.

Letter from Kamala D. Harris to Peter Bicks, Elyse Echtman, and John Ewald, Re: United States et. al. v. Dish Network, November 18, 2015.

Memorandum of Law in Support of State Plaintiffs' Motion *In Limine* Regarding Supplementation Under Rule 26e, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073-SEM-TSH, April 23, 2015.

Opinion, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. Dish Network LLC*, No. 09-3073, December 12, 2014.

Opinion, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. Dish Network LLC*, No. 09-3073, February 17, 2015.

Plaintiffs' Requests for Production Pursuant to Opinion 624, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, March 4, 2016.

State Plaintiffs' Post-Trial Proposed Conclusions of Law, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, April 29, 2016.

State Plaintiffs' Response to the Court's May 11, 2016 Text Order and Motion for Proposed Discovery Schedule, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, June 8, 2016.

Third Amended Complaint and Demand for Jury Trial, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, February 27, 2015.

Declarations and Reports of Ms. Kirk Fair

Rebuttal Expert Report of Rebecca Kirk Fair, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-TSH, September 15, 2015.

Declaration of Rebecca Kirk Fair, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-TSH, November 5, 2015.


Declarations and Reports of Dr. Yoeli

Revised Supplemental Expert Report of Dr. Erez Yoeli for Plaintiff States of California, Illinois, North Carolina & Ohio, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, Case No. 3:09-cv-03073, July 7, 2016.

Supplemental Expert Report of Dr. Erez Yoeli for Plaintiff States of California, Illinois, North Carolina & Ohio, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, Case No. 3:09-cv-03073, July 5, 2016.

Declaration of Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, March 5, 2014.

Declaration of Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, December 18, 2013.

Supplemental Expert Report of Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, October 14, 2013, revised October 21, 2013.

Revised Rebuttal Report by Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, December 14, 2012.

Rebuttal Report by Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, October 16, 2012.

Report of Dr. Erez Yoeli, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, July 19, 2012.


Declarations of Mr. Stauffer

Declaration of Rick Stauffer, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, March 25, 2015.

Declaration of Rick Stauffer, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, October 16, 2012, Appendix I to the Rebuttal Report of Dr. Erez Yoeli, October 16, 2012.

*Declarations and Reports of Mr. Taylor*

Amended Declaration of John Taylor, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, June 12, 2014.

Declaration of John Taylor, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, January 6, 2014.

Supplemental Rebuttal Report of John T. Taylor, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, November 18, 2013.

Expert Rebuttal Report of John T. Taylor, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, November 6, 2013.

Expert Report of John T. Taylor, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, October 14, 2013.

Revised Expert Report of PossibleNOW: John Taylor, "Dish Network Calling Record Analysis (2007-2010)," September 20, 2012.

*Declarations and Reports of Dr. Fenili*

Declaration of Robert N. Fenili, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073-SEM-BGC, January 6, 2014.

Report of Robert N. Fenili, Ph.D., *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073-SEM-BGC, July 26, 2012.

*Declarations of Mr. Yeater*

Declaration of Aaron Yeater, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, April 27, 2015.

Declaration of Aaron Yeater, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC*, 3:09-cv-03073-SEM-BGC, June 24, 2015.

*Depositions*

Deposition of Erez Yoeli, Ph.D., June 15, 2015, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Deposition of Kevin Baker, Guardian, May 14, 2012, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-CV-03073.

Deposition of Rick Stauffer, November 28, 2012, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Deposition of Richard A. Stauffer, June 10, 2015, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Deposition of Richard Stauffer, January 25, 2016, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Deposition of Walter Eric Myers, Tenaya, February 24, 2012, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* No. 3:09-CV-03073-SEM-BGC.


*Testimonies*

Testimony of Dr. Erez Yoeli, January 19-20, 2016, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Testimony of Joey Montano, February 9-10, 2016, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Testimony of Richard Goodale, February 2, 2016, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.

Testimony of Richard A. Stauffer, January 21 and 26, 2016, *United States of America and the States of California, Illinois, North Carolina, and Ohio v. DISH Network LLC,* 3:09-cv-03073.


**Books and Other Publicly Available Sources**

A. Colin Cameron and Pravin K. Trivedi (2005) *Microeconometrics: Methods and Applications,* Cambridge University Press.

Arnold I. Barnett (2015) *Applied Statistics: Models and Intuition,* Dynamic Ideas LLC.

Bernard Rosner (1999) *Fundamentals of Biostatistics,* 5 ed., Duxbury Press.

Dimitris Bertsimas and Robert M. Freund (2004) *Data, Models, and Decisions: The Fundamentals of Management Science,* Dynamic Ideas.

Federal Trade Commission, "Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003," December 2012.

PossibleNOW, "Privacy Compliance," available at http://possiblenow.com/privacy-compliance.asp, accessed September 11, 2015.

Shari Seidman Diamond (2011) "Reference Guide on Survey Research" in *Reference Manual on Scientific Evidence*, 3rd ed., Federal Judicial Center.

Speedeon website, available at http://www.speedeondata.com/.

Stata, "ci – Confidence intervals for means, proportions, and counts," available at http://www.stata.com/manuals13/rci.pdf, accessed on September 12, 2015.

TransUnion website, available at https://www.transunion.com/.

William G. Dewald, Jerry G. Thursby and Richard G. Anderson (1986) "Replication in Empirical Economics: The Journal of Money, Credit and Banking Project," *The American Economic Review*, Vol. 76, No. 4, pp. 587-603.

**Other Documents**

PossibleNOW, "Dish Data Analysis," August 2015.

**Data Sources**

*DISH Address Data*

Set 1, Customer Account Data, produced by DISH on April 25, 2016.

Set 1A, Amended Customer Account Data, produced by DISH on May 1, 2016.

Set 2, Lead Tracking System Data from prior to May 22, 2013, produced by DISH on April 25, 2016.

Set 3, Lead Tracking System Data from after May 22, 2013, produced by DISH on April 25, 2016.

Set 4, Do Not Contact Data, produced by DISH on May 3, 2016.

Set 5, Marketing Raid Data, produced by DISH on May 26, 2016.

Set 6, Sales Commission Data, produced by DISH on May 26, 2016.

Set 6A, Amended Sales Commission Data, produced by DISH on June 22, 2016.

Set 7, Siebel Data, produced by DISH on May 26, 2016.

Set 8, Internal PODS address data, produced by DISH on May 26, 2016.

Set 9, PODS Oracle data, produced by DISH on May 26, 2016.

Set 10, TransUnion data, produced by DISH on May 26, 2016.

Set 11, Speedeon data, produced by DISH on May 26, 2016.

Intermediate Lists, produced by DISH on May 26, 2016.


*DISH Call Records for Which State Plaintiffs Requested Address Data*

"2007-2010 Calling Records NDNCR Analysis_501650.csv," received from counsel on May 19, 2015 (DTX 903).

"Call_Not_Completed_DISH_07_10_309931.csv," received from counsel on May 19, 2015 (DTX 905).

"fed_tmy_ebrn.csv," received from counsel on March 14, 2016.

"fed_tmy_ebru.csv," received from counsel on March 14, 2016.

"Inquiry Based EBR Conclusion 1A_LTS_873551 (3).xlsx," received from counsel on May 28, 2015 (DTX 907).

"No_Solicitation_WN_NE_12552.csv," received from counsel on May 19, 2015 (DTX 909).

"PX1410 SubsetFTC361-000005_AM_Complete_98054AMCalls.csv," received from counsel on (PX 1410).


*PossibleNOW Data*

DNCData, extracted from PossibleNOW on August 12, 2015.

NeustarData, extracted from PossibleNOW on August 12, 2015.

NeustarDataDrop, extracted from PossibleNOW on August 12, 2015.

TMS_Wireless, extracted from PossibleNOW on August 12, 2015.

vDNCData, extracted from PossibleNOW on August 12, 2015.

vDirector, extracted from PossibleNOW on August 12, 2015.

vBusiness, extracted from PossibleNOW on August 12, 2015.

vBusinessVerizon, extracted from PossibleNOW on August 12, 2015.

vResidential, extracted from PossibleNOW on August 12, 2015.

vResidentialVerizon, extracted from PossibleNOW on August 12, 2015.

*Production of Dr. Yoeli*

Dr. Yoeli's 2012 Sample Files, received from counsel on May 26, 2015.

FTC-YOELI-000001—FTC-YOELI-000552, produced by Dr. Yoeli, received from counsel on June 09, 2015.

FTC-YOELI-000553—FTC-YOELI-000607, produced by Dr. Yoeli, received from counsel on June 24, 2015.

"2015-07-09 DOJ Production - Yoeli Step By Step," produced by Dr. Yoeli, received from counsel on July 10, 2015.


*Production of Mr. Stauffer*

Mr. Stauffer's 2012 Return Files, received from counsel on May 26, 2015.

Mr. Stauffer's April 2015 Return Files, received from counsel on April 20, 2015.

Mr. Stauffer's June 2015 Return Files, received from counsel on June 14, 2015.

Mr. Stauffer's January 2016 Return Files, received from counsel on January 15, 2016.

STAUFFER_DEPO000001—STAUFFER_DEPO006306, produced by Mr. Stauffer, received from counsel on June 5, 2015.

STAUFFER_DEPO006307—STAUFFER_DEPO006324, produced by Mr. Stauffer, received from counsel on June 24, 2015.

# APPENDIX C
# CAMPAIGN CATEGORIZATION

**Appendix C**
**Intended Audience and Call Types by DISH Campaign**

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| 10045_09W39_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10049_09W39_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10060_09W39_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10061_09W39_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10065_09W39_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10066_09W39_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10072_09W39_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10073_09W39_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10076_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10077_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10080_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10081_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10086_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10087_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10092_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10093_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10096_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10097_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10108_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10109_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10113_09W40_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10114_09W40_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10117_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10118_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10121_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10122_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10126_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10127_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10131_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10132_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10143_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10144_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10147_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10148_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10151_09W41_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10152_09W41_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10155_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10156_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10159_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10160_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10169_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10170_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10174_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10175_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10183_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10184_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10188_09W42_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10189_09W42_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10194_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10195_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10202_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10203_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10209_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10210_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10213_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10214_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10223_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10224_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10232_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10233_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10239_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10240_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10244_09W43_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10245_09W43_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10248_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10249_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10252_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10253_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10259_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10260_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10267_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10268_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10276_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10277_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10280_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10281_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| 10286_09W44_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10287_09W44_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10293_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10294_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10297_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10298_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10302_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10303_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10310_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10311_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10319_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10320_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10325_09W45_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10326_09W45_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10330_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10331_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10335_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10336_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10349_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10350_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10358_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10359_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10365_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10366_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10376_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10377_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10383_09W46_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10384_09W46_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10388_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10389_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10393_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10394_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10401_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10402_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10410_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10411_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10417_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10418_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10428_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10429_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10435_09W47_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10436_09W47_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10440_09W48_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10441_09W48_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10454_09W48_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10455_09W48_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10460_09W48_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10461_09W48_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10534_09W50_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10596_10W04_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10648_10W07_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10654_10W08_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10672_10W09_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10673_10W09_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10677_10W09_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10678_10W09_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10681_10W09_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10685_10W09_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10686_10W09_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10691_10W09_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10692_10W09_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10695_10W10_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10696_10W10_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10700_10W10_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10704_10W10_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10705_10W10_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10709_10W10_LTS_GG_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 10710_10W10_LTS_OTM | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 1234_08W45_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 1234_08W49_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 1234_08W50_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 1234_08W51_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 1234_08W52_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 1234_08W53_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5018_07W49_INTL_TRIGGER_CHINESE_X_TAIWANESE | Other Telemarketing | Other | - |
| 5088_07W51_COLD_OTM_QUAD1 | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5089_07W51_LTS_OTM_ENGLISH_20071220 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5091_07W52_LTS_OTM_ENGLISH_20071226 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5110_07W52_LTS_OTM_ENGLISH_20071228 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| 5115_07W53_LTS_OTM_ENGLISH_20071231 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5118_07W52_COLD_OTM_2ND | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5121_08W01_LTS_OTM_ENGLISH_20080103 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5122_08W01_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5131_08W02_LTS_OTM_ENGLISH_20080108 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5133_08W02_LTS_OTM_ENGLISH_20080110 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5134_08W02_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5137_08W03_LTS_OTM_ENGLISH_20080115 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5140_08W03_LTS_OTM_ENGLISH_20080117 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5142_08W03_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5146_08W04_LTS_OTM_ENGLISH_20080122 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5147_08W04_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5149_08W04_XCLD_WO_ATT20080123 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| 5150_08W04_LTS_OTM_ENGLISH_20080124 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5151_08W04_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5152_08W05_LTS_OTM_ENGLISH_20080129 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5153_08W05_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5154_08W05_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5155_08W05_LTS_OTM_ENGLISH_20080131 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5156_08W01_COLD_OTM_LIBERTAD_EXTRA | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5157_08W06_LTS_OTM_ENGLISH_20080205 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5158_08W06_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5159_08W06_XCLD_WO_ATT20080206 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| 5163_08W06_COLD_OTM_LIBETAD- | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5164_08W06_LTS_OTM_ENGLISH_20080207 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5172_08W07_LTS_OTM_ENGLISH_20080212 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5174_08W07_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5175_08W07_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5176_08W07_LTS_OTM_ENGLISH_20080214 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5180_08W07_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5185_08W08_TECHIE_OTM_MODEL_CONTROL | Other Telemarketing | Other | - |
| 5186_08W08_LTS_OTM_ENGLISH_20080219 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5187_08W08_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5189_08W08_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5190_08W08_LTS_OTM_ENGLISH_20080221 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5191_08W08_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5192_08W08_COLD_OTM_EPASO | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5195_08W09_COLD_OTM_Q2 | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5196_08W09_LTS_OTM_ENGLISH_20080226 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5198_08W09_COLD_OTM_Q2_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5199_08W09_COLD_OTM_Q2_LIBERTAD_EXTRA | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5200_08W09_LTS_OTM_ENGLISH_20080228 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5201_08W10_LTS_OTM_ENGLISH_20080304 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5202_08W10_COLD_OTM_Q2_RF | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5203_08W10_COLD_OTM_Q2_OR | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5204_08W10_LTS_OTM_ENGLISH_20080306 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5208_08W10_COLD_OTM_Q2_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5209_08W10_OTM_TECHIE_II_MODEL | Other Telemarketing | Other | - |
| 5210_08W10_OTM_TECHIE_CONTROL_II | Other Telemarketing | Other | - |
| 5211_08W11_LTS_OTM_ENGLISH_20080311 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5212_08W11_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5213_08W11_COLD_OTM_LIBETAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5214_08W11_LTS_OTM_ENGLISH_20080313 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5215_08W11_COLD_OTM_EL_PASO | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5216_08W11_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5223_08W12_LTS_OTM_ENGLISH_20080318 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5226_08W12_COLD_OTM_Q3 | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5227_08W12_COLD_OTM_Q3 | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5228_08W12_LTS_OTM_ENGLISH_20080320 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5229_08W13_LTS_OTM_ENGLISH_20080325 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5231_08W13_COLD_OTM_Q3_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5232_08W13_COLD_OTM_Q3_LIBERTAD_1 | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5233_08W13_LTS_OTM_ENGLISH_20080327 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5234_08W13_COLD_OTM_RIVERFRONT_EXTRA | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5235_08W13_COLD_OTM_LIBERTAD_EXTRA | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5236_08W13_COLD_OTM_ELPASO | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5238_08W14_LTS_OTM_ENGLISH_20080401 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5239_08W14_EX_MEGA_SUBS_OTM | Other Telemarketing | Other | - |
| 5240_08W14_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5243_08W14_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5245_08W14_LTS_OTM_ENGLISH_20080404 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5248_08W14_AT&T_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5250_08W15_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5252_08W15_COLD_OTM_OR | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5258_08W16_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5263_08W16_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5268_08W16_LTS_OTM_ENGLISH_20080418 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5269_08W16_COLD_OTM_INBOUND_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5272_08W17_LTS_OTM_ENGLISH_20080422 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| 5273_08W16_ATT_CANCELS_OTM | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5274_08W16_ATT_CANCELS_2_OTM | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5275_08W17_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5276_08W17_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5277_08W17_COLD_OTM_LIBERTAD | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5278_08W17_LTS_OTM_ENGLISH_20080424 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5282_08W18_LTS_OTM_ENGLISH_20080429 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5283_08W18_COLD_OTM_HARLINGEN | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5284_08W18_ATT_CANCELS_OTM | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5286_08W18_COLD_OTM_RIVERFRONT | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5288_08W18_LTS_OTM_ENGLISH_20080501 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5294_08W19_LTS_OTM_ENGLISH_20080506 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5298_08W19_LTS_OTM_ENGLISH_20080508 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5310_08W20_LTS_OTM_ENGLISH_20080513 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5317_08W20_LTS_OTM_ENGLISH_20080515 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5321_08W20_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5323_08W21_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5330_08W21_LTS_OTM_ENGLISH_20080520 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5333_08W21_LTS_OTM_ENGLISH_20080522 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5336_08W21_ISL_RECURRING_UPGRADE_OTM | Other Telemarketing | Other | - |
| 5340_08W22_LTS_OTM_ENGLISH_20080527 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5344_08W22_LTS_OTM_ENGLISH_20080529 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5356_08W23_LTS_OTM_ENGLISH_20080603 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5359_08W23_LTS_OTM_ENGLISH_20080605 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5370_08W24_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5378_08W24_LTS_OTM_ENGLISH_20080610 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5383_08W24_LTS_OTM_ENGLISH_20080612 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5387_08W24_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5395_08W25_LTS_OTM_ENGLISH_20080618 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5396_08W25_LTS_OTM_ENGLISH_20080619 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5399_08W25_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5402_08W26_LTS_OTM_ENGLISH_20080624 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5406_08W26_LTS_OTM_ENGLISH_20080626 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5418_08W27_LTS_OTM_ENGLISH_20080701 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5423_08W27_LTS_OTM_ENGLISH_20080703 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5431_08W28_LTS_OTM_ENGLISH_20080708 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5441_08W28_LTS_OTM_ENGLISH_20080710 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5445_08W28_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5456_08W29_LTS_OTM_ENGLISH_20080715 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5461_08W29_LTS_OTM_ENGLISH_20080717 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5465_08W30_LTS_OTM_ENGLISH_20080722 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5475_08W30_LTS_OTM_ENGLISH_20080725 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5478_08W31_LTS_OTM_ENGLISH_20080729 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5480_08W31_COLD_OTM_Q4_OR | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5482_08W31_LTS_OTM_ENGLISH_20080731 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5483_08W31_ATT_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5488_08W32_LTS_OTM_ENGLISH_20080805 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5493_08W32_LTS_OTM_ENGLISH_20080807 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5495_08W33_LTS_OTM_ENGLISH_20080812 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5498_08W33_LTS_OTM_ENGLISH_20080814 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5507_08W34_LTS_OTM_ENGLISH_20080819 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5512_08W34_LTS_OTM_ENGLISH_20080821 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5529_08W35_LTS_OTM_ENGLISH_20080826 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5534_08W35_LTS_OTM_ENGLISH_20080828 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5542_08W37_LTS_OTM_ENGLISH_20080909 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5569_08W38_LTS_OTM_ENGLISH_20080918 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5580_08W39_AT&T_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5588_08W40_LTS_OTM_ENGLISH_20080930 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5591_08W40_AT&T_CANCELS | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3084:21-3085:11. |
| 5594_08W40_LTS_OTM_ENGLISH_20081002 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5595_08W41_LTS_OTM_ENGLISH_20081007 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5602_08W41_LTS_OTM_ENGLISH_20081009 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5607_08W42_LTS_OTM_ENGLISH_20081014 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5609_08W42_LTS_OTM_ENGLISH_20081016 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5620_08W43_LTS_OTM_ENGLISH_20081021 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5625_08W43_LTS_OTM_ENGLISH_20081023 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5633_08W44_LTS_OTM_ENGLISH_20081028 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5639_08W44_LTS_OTM_ENGLISH_20081030 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5643_08W44_COLD_OTM_EL_PASO | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5649_08W46_LTS_OTM_ENGLISH_20081113 | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5673_08W45_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5688_08W45_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5692_08W45_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5724_08W47_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5728_08W47_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5752_08W48_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5783_08W49_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5785_08W49_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5791_08W50_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| 5792_08W50_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5799_08W50_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5805_08W51_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5809_08W51_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5814_08W51_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5844_08W52_COLD_OTM | Potential Future Customer | Cold Call | Testimony of Joey Montano, February 10, 2016, 3116:24-3117:10. |
| 5845_08W52_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5846_08W52_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5849_08W53_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5855_09W02_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5860_09W02_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5880_09W03_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5885_09W03_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5895_09W04_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5898_09W04_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5911_09W05_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5927_09W06_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5929_09W06_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5935_09W07_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5946_09W08_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5951_09W08_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5963_09W09_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5975_09W10_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5978_09W10_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5983_09W10_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 5995_09W11_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6011_09W12_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6014_09W12_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6029_09W13_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6036_09W13_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6060_09W14_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6068_09W15_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6074_09W15_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6091_09W16_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6103_09W17_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6113_09W18_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6116_09W18_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6140_09W19_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6147_09W19_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6157_09W20_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6164_09W20_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6172_09W21_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6174_09W21_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6188_09W22_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6196_09W23_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6215_09W24_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6290_09W27_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6338_09W29_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6390_09W31_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6403_09W32_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6438_09W33_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 6483_09W34_LTS_PHONE_ENGLISH | Potential Future Customer | Inquiry | Testimony of Joey Montano, February 10, 2016, 3087:12-22. |
| 9999999999999999[1] | Other Telemarketing | Other | - |
| AM 090507GREEK | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 090607CHIN | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 090607FILI | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 090607KORE | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091107ARAB | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091107GREEK | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091207CHIN | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091307KINO | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091407FRENCH | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 091407GERMAN | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 092107FREEHD | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 092607DV | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 092807S100 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 100407INDUSM | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 100407INDUSV | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 100507ZEE | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 100807INDUS | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 101805SHO | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 102307HINDI | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 103007ARAB1 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 103007ARAB2 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 110107HINDI | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 110907CHINESE | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 110907GREEK | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 111607KINO | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM 112707LEON | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| AM ARABIC LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (BAKE)DVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (BAKE)NDVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (SDIE) DVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (SDIE)NDVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (SPGS) DVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA (SPGS)NDVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA NO DVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM AZTECA W/ DVR | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM BRAZIL LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM CHINESE AUTO | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM CHINESE LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM CHINESE OLYMPICS | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM FRENCH BOQ(02/01) | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM FRENCH BOUQUET | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM FRENCH LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GERMAN KINO FREE | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GERMAN LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GREATWALL 01/28 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GREATWALL 02/04 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GREATWALL 02/11 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM GREEK LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM ISRAELI FP(01/31) | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM ITALIAN LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM KOREAN LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM KOREAN OLYMPICS | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM LATINO CHURN | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM PENNY MAX | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM POLISH LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM PRTGSE LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM RUSSIAN LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM SASIAN LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| AM URDU/PAK LOC 999 | Current Customer | Automessage | Testimony of Joey Montano, February 10, 2016, 3041:25-3042:10. |
| BF BIG10 | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:10-14. |
| BF COMM ROLLOFF | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:15-22. |
| BF E-CARE | Current Customer | Future Disconnect | Testimony of Joey Montano, February 10, 2016, 3095:1-24. |
| BF VOL | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL (DHP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (10MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (11MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (12MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (14MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (16MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (18MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (1MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (20MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (22MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (2MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (3MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (4MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (5MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (6MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (7MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (8MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (9MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| BF VOL TRAIL (MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| CREATIVE1_AUSTIN TX | Other Telemarketing | Other | - |
| CREATIVE1_BOISE ID | Other Telemarketing | Other | - |
| CREATIVE1_DENVER CO | Other Telemarketing | Other | - |
| CREATIVE1_FARGO-VALLEY CITY ND | Other Telemarketing | Other | - |
| CREATIVE1_GREENSBORO ET AL NC | Other Telemarketing | Other | - |
| CREATIVE1_LOUISVILLE KY | Other Telemarketing | Other | - |
| CREATIVE1_MINNEAPOLIS-ST. PAUL | Other Telemarketing | Other | - |
| CREATIVE1_PITTSBURGH PA | Other Telemarketing | Other | - |
| CREATIVE1_SEATTLE-TACOMA WA | Other Telemarketing | Other | - |
| CREATIVE2_AUSTIN TX | Other Telemarketing | Other | - |
| CREATIVE2_BOISE ID | Other Telemarketing | Other | - |
| CREATIVE2_DENVER CO | Other Telemarketing | Other | - |
| CREATIVE2_FARGO-VALLEY CITY ND | Other Telemarketing | Other | - |
| CREATIVE2_GREENSBORO ET AL NC | Other Telemarketing | Other | - |
| CREATIVE2_LOUISVILLE KY | Other Telemarketing | Other | - |
| CREATIVE2_MINNEAPOLIS-ST. PAUL | Other Telemarketing | Other | - |
| CREATIVE2_PITTSBURGH PA | Other Telemarketing | Other | - |
| CREATIVE2_SEATTLE-TACOMA WA | Other Telemarketing | Other | - |
| EC 061407LIST1 | | | Testimony of Joey Montano, February 10, 2016, 3100:5-3104:21; |
| | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |
| EC 061407LIST2 | | | Testimony of Joey Montano, February 10, 2016, 3100:5-3104:21; |
| | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EC 061407LIST3 | | | Testimony of Joey Montano, February 10, 2016, 3100:5-3104:21; |
| | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |
| EC 12MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 13MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 14MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 15MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 16MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 17MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 18MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 19MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 20MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 21MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 22MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 25MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 27MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 29MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 31MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 33MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 37MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 39MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC 51MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC AMEX/DDA 1P 200 | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:23-3077:16. |
| EC AMEX/DDA SEG 3 | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:23-3077:16. |
| EC BABY FIRST | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:21-3099:3. |
| EC BABY FIRST 2 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:21-3099:3. |
| EC BABY FIRST 3 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:21-3099:3. |
| EC BABY FIRST 4 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:21-3099:3. |
| EC DLHPPV ENDSD | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:14-3100:1. |
| EC DLHPPV ENGSD | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:14-3100:1. |
| EC HB MX OP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC HBO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC HBO 1P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC HBO 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC HBO 3P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC HBO/MAX 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC MAX 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC MAX 3P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC PLAYINTV (ENG) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC PLAYINTV (ESP) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC PLAYINTV NEW(ESP) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC PLYN ITV ENG | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC PLYN ITV OTR(ESP) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC PLYN TV NEW SUB | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EC QWEST DSL NO PREM | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3100:2-4. |
| EC SH/ST 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SH/ST 2P(120/180) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 0P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 0P HD | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 0P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P (200/250) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P HD DDA | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P HD NO DDA | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 1P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 2P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 2P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 3P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 3P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO 3P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO LATINO 2P | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO/STZ 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC SHO/STZ 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STARZ 1P (LATINO) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 0P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 1P (200/250) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 1P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 1P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 2P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 2P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 3P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 3P (ALL) ESP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ 3P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC STZ LATINO 2P | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EC STZ LATINO 3P | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EC VOL TRAIL (13MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (14MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (15MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (20MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (22MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (25MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (27MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (31MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (33MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (35MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (3MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (47MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (49MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (53MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC VOL TRAIL (71MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_DS_TRL_20M | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EC_FUTURE | Current Customer | Future Disconnect | Testimony of Joey Montano, February 10, 2016, 3095:1-24. |
| EC_VWIN_48HR_DHA | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_48HR_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_48HR_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_ECARE | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_04M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_05M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_05M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_06M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_07M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_09M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_10M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_10M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_11M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_11M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_12_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_12M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_12M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_13M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_14M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_14M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_15M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_15M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_16M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_16M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_17M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_18M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_19M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_20M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_21M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_22M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_22M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EC_VWIN_TRL_9M_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| ENGOO2 | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3092:11-16. |
| EP 10MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 12MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 14MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 15MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 16MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 19MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 1MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 3MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 4MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 5MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 6MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 8MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP 9MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| EP BAM (3/14-25) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (3/26-31) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (4/01/02) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (4/09) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (4/11) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (4/29) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (5/15) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (6/03) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (7/14) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP BAM (8/12) | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:1-9. |
| EP CRICKET | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3104:5-8. |
| EP DIRECTV LIST 1 | Other Telemarketing | Other | - |
| EP DIRECTV LIST 2 | Other Telemarketing | Other | - |
| EP DLHPPV ENGHD | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:14-3100:1. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EP ESSENTIAL SERV | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3104:9-15; DISH11-039267 - Current Customer and Warm.xlsx |
| EP FUTURE | Current Customer | Future Disconnect | Testimony of Joey Montano, February 10, 2016, 3095:1-24. |
| EP HBO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP HOMES ORG | Potential Future Customer | Opt-In | Testimony of Joey Montano, February 10, 2016, 3120:14-3122:20. |
| EP HWO 0102 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0103 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0106 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0107 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0108 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0109 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0130 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0203 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0204 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0205 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0206 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0210 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0211 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0212 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0213 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0216 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0217 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0218 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0219 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0220 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0223 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0224 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0225 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0226 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0227 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0228 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0301 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0303 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0304 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0305 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0306 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0309 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0311 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0312 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0316 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0317 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0318 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0319 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0320 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0321 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0323 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0324 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0325 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0326 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0327 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0328 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0329 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0330 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0331 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0401 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0402 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0403 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0404 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0405 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0407 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0408 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0409 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0410 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0411 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0412 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0413 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0414 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0415 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0416 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0417 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0418 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0419 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0420 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0421 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0422 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0423 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0424 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0425 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0426 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EP HWO 0427 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0428 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0429 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0430 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0501 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05010 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05011 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05012 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05013 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05014 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05015 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05016 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05017 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05018 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05019 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0502 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05020 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05021 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05022 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 05026 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0503 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0505 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0506 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0507 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0508 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0509 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0601 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0602 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0603 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0604 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0605 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0608 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0609 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0610 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0611 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0612 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0613 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0614 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0615 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0616 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0617 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0618 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0619 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0620 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0621 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0622 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0623 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0624 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0625 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0626 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0627 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0628 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0629 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0630 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0701 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0702 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0703 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0704 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0705 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0706 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0707 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0708 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0709 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0710 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0711 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0712 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0713 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0714 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0715 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0716 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0719 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0720 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0721 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0722 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0723 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0726 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0727 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0728 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0729 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EP HWO 0730 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0731 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0801 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0802 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0803 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0804 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0805 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0806 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0807 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0808 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0809 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0810 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0811 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0812 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0813 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0814 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0815 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0816 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0817 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0818 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0819 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0820 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0821 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0824 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0825 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0826 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0827 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0830 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0831 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0929 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 0930 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1001 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1002 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1003 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1004 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1005 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1006 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1007 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1008 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1009 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1010 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1011 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1012 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1013 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1014 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1016 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1017 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1018 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1019 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1020 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1022 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1023 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1024 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1025 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1026 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1027 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1028 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1029 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1030 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1101 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1102 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1103 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1104 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1105 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1106 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1107 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1108 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1109 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1110 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1111 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1113 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1114 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1116 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1117 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1118 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1119 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1120 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1122 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1123 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| EP HWO 1124 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1125 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1127 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1128 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1129 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1130 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1201 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1202 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1203 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1204 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1205 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1206 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1207 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1208 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1209 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1210 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1211 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1212 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1213 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1214 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1215 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1216 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1217 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1218 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1219 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1220 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1221 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1222 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1223 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1224 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1226 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1229 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP HWO 1230 | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| EP LAT RET MAX | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP LOYALTY | Other Telemarketing | Other | - |
| EP PLAY 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:9-12. |
| EP SHO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP STARZ 0P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP STARZ 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP STZ 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP STZ 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP VOL | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (10MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (11MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (12MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (14MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (16MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (18MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (1MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (20MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (22MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (2MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (3MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (4MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (5MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (6MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (7MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (8MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP VOL TRAIL (9MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EP_ARPU_MAX_0P | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP_ARPU_PPVO_0PAY | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:14-3100:1. |
| EP_ARPU_SHO_0P | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP_ARPU_STARZ_0PAY | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| EP_DISCO_RETAILER | Other Telemarketing | Other | - |
| EP_PPV_OTHER_0PAY | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:14-3100:1. |
| EP_VWIN_48HR_ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| EQFX_DM_TO_OTM | Other Telemarketing | Other | - |
| EXT_DM_TO_OTM | Other Telemarketing | Other | - |
| HG 16MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 17MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 18MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 19MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 20MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 25MTH ACQ | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 25MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 27MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 29MTH ACQ | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 29MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| HG 31MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 33MTH ACQ | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 33MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 35MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 37MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 43MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 45MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 47MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 49MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 63MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG 73MTH ACQ (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (25MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (27MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (29MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (31MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (31MTH)ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (33MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (35MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (37MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (39MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (41MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (43MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (45MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (49MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (51MTH) ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (53MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (55MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (57MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (59MTH) ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (61MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (61MTH) ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (65MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ (69MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 25MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 25MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 25MTH ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 26MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 27MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 27MTH ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 28MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 29MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 29MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 31MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 31MTH ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 32MTH(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 33MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 33MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 33MTH(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 35MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 35MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 35MTH(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 37MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 37MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 37MTH(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 39MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 39MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 39MTH(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 41MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 41MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 43MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 43MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 45MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 45MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 47MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 49MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 49MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 51MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 51MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 53MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 53MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 55MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 55MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 57MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 57MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 59MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 61MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 61MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 63MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 63MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| HG ACQ 65MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 65MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 67MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 67MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 69MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 69MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 71MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 75MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG ACQ 77MTH (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG DVR LAT DM OTM 1 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:4-8. |
| HG DVR LAT DM OTM 2 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:4-8. |
| HG DVR LAT DM OTM 3 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:4-8. |
| HG DVR LAT OTM 1 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:4-8. |
| HG DVR LAT OTM 2 | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3099:4-8. |
| HG SHO 0P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG SHO 2P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG SHO LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG STZ 1P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG STZ 2P LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG STZ LATINO | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| HG TRAIL (10MTH ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG TRAIL (9MTH ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| HG VOL TRAIL (12MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (14MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (15MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (16MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (17MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (18MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (1MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (20MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (22MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (33MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| HG VOL TRAIL (37MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| LI MAX 3P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| LI_DIRECT_SALES_HWO | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| LI_SALES_HWO | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3074:20-3075:25. |
| OCT3103C_LOWFRUIT_EAST | Other Telemarketing | Other | |
| OR AMEX/DDA AUTOPAY | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:23-3077:16. |
| OR AMEX/DDA UPGRADE | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3076:23-3077:16. |
| OR CANCEL (0902) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0904) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0910) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0911) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0914) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0917) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR CANCEL (0928) | Current Customer | Work Order | Testimony of Joey Montano, February 10, 2016, 3088:23-3089:2. |
| OR HBO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR SHO 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR SHO 1PAY (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR STZ 1P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR STZ 1PAY (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR STZ 2P (ALL) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3097:11. |
| OR VOL | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (10MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (11MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (12MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (13MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (14MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (15MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (16MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (17MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (18MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (19MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (1MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (20MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (21MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (22MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (23MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (24MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (2MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (31MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (35MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (37MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (39MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (3MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (41MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (43MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (45MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (47MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| OR VOL TRAIL (49MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (4MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (51MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (53MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (57MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (59MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (5MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (61MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (63MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (65MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (67MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (69MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (6MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (73MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (75MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (77MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (79MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (7MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (81MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (83MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (8MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (9MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| OR VOL TRAIL (MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| PB 0126 UPG(OTM1) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3104:16-19. |
| PB 0127 UPG(OTM1) | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3104:16-19. |
| PB AFRICAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB ARA DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ARABIC ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB ARABIC UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB ARABIC WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB ARMENIAN ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB ARMENIAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB BRAZ DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB BRAZ ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB BRAZ WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB CHI DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB CHINESE ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB CHINESE UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB CHINESE WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB FIL DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB FILIPINO WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB FRE DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB FRENCH BOUQUET | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |
| PB FRENCH ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB FRENCH WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB GER DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB GERMAN ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB GERMAN UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB GERMAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB GRE DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB GREEK ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB GREEK UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB GREEK WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB HEBREW UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB HEBREW WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB HIN DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ISR DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ISRAELI WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB ITA DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ITA PAN DISC | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |
| PB ITA PAN DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ITA RAI DISC | Current Customer | Upsell | DISH11-039267 - Current Customer and Warm.xlsx |
| PB ITA RAI DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB ITALIAN ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB ITALIAN UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB ITALIAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB JAP DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB JAPANESE WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB KOR DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB KOREAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB MUL EUR DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB MUL EUR ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB PAK DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB PAKISTANI WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB POL DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB POLDROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB POLISH ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB POLISH WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB POR DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| PB PORTUGUES ROLL OU | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB PORTUGUES WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB RUS DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB RUSSIAN ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB RUSSIAN UPSELL | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:9-13. |
| PB RUSSIAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB SAS DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB SASIAN ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB SASIAN WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB TAG DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB TAGALOG ROLL OUT | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:4-8. |
| PB TAGALOG WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB TEL DROP | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3097:19-3098:3. |
| PB UKR WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB URDU WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB VIET WINBACK | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3098:14-18. |
| PB_ADHOC_CONSOL_HIN | Other Telemarketing | Other | - |
| PB_ADHOC_CONSOL_TAI | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_CHIN | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_FREN | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_GER | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_HIN | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_ISRA | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_POL | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_PORT | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_TAI | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_TELU | Other Telemarketing | Other | - |
| QU_ADHOC_CONSOL_URD | Other Telemarketing | Other | - |
| QU_ADHOC_RUSS_MEGPK | Other Telemarketing | Other | - |
| RF ACQ (27MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (31MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (43MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (47MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (51MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (55MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ (59MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 27MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 31MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 35MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 37MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 39MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 41MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 43MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 47MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF ACQ 53MTH | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| RF_COMMERCIAL SURVEY | Current Customer | Non Telemarketing | Testimony of Joey Montano, February 10, 2016, 3092:23-3093:1. |
| TH (1MTH) TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH (3MTH) TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH (5MTH) TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 09MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 101107THHD | Other Telemarketing | Other | - |
| TH 10MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 111307HDST | Other Telemarketing | Other | - |
| TH 111607HOME | Other Telemarketing | Other | - |
| TH 11MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 12MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 12MTH TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 13MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 14MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 15MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 16MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 17MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 19MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 1MTH TRAIL | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 1MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 21MTH TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 23MTH TRAIL ESP | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 24MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 2MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 3MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 3MTH TRAIL(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 4MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 4MTH TRAIL(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 5MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 5MTH TRAIL(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 63MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 65MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 67MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 69MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |

| Campaign | Intended Audience | Call Type | Source |
|---|---|---|---|
| TH 6MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 6MTH TRAIL(ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 71MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 73MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 75MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 77MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 79MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 7MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 81MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 83MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 8MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH 9MTH TRAIL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3093:2-12. |
| TH FUTURE | Current Customer | Future Disconnect | Testimony of Joey Montano, February 10, 2016, 3095:1-24. |
| TH HD/DVR UPG | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3096:24-3104:19. |
| TH QWEST DSL W/ PREM | Current Customer | Upsell | Testimony of Joey Montano, February 10, 2016, 3100:2-4. |
| TH VOL | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL (DHP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL (ESP) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (10MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (11MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (1MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (2MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (3MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (4MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (5MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (6MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (7MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (8MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH VOL TRAIL (9MTH) | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_11M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_12M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_14M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_17M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_6M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_7M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |
| TH_VWIN_TRL_9M_ENG | Former Customer | Winback | Testimony of Joey Montano, February 10, 2016, 3147:4-5. |

**Note:**
[1] This campaign is represented as "1+E17" in other data sources due to data processing.