E-FILED
Wednesday, 09 November, 2016  04:24:50 PM
Clerk, U.S. District Court, ILCD

# Dr. Yoeli's Methodology

**Step 1:** Restrict Call Records to Phone Numbers with Area Codes Associated with Plaintiff States

**Step 2:** Restrict Address Records Based on Date Variables

**Step 3:** Match Area Code to State in Restricted Data

- **Any State Match**
- **All State Match**

PX 1466 at 4

FAIR 1

# Dr. Yoeli's Any State Match is Clearly Overstated

- Dr. Yoeli's Any State Match ignores contradicting states

- Dr. Yoeli's Any State Match does not "verify" the relationship between area code and state at the time of the call

# Dr. Yoeli Doesn't Follow Critical and Standard Scientific Procedures

- Ignores campaign information

- Ignores relevant date information

- Dismisses meaningful differences in the interpretation of the data

- Ignores precision and accuracy gained from looking across datasets for a given phone number

# Data With Relevant Information as of the <u>Time of the Call</u>

- Call Records
  - Maintained to track recipient, date, and purpose of outbound calls

- Customer Account Data
  - Maintained to track active DISH customer information, including service address and phone number

- Lead Tracking System
  - Maintained to track incoming inquiries, including addresses and phone numbers

# Data Not Reliable for Evaluating Address as of <u>the Time of the Call</u>

- Other DISH Internal Data (e.g., Sales Commissions, Marketing, PODS snapshot)
  - Maintained or collected for purpose other than matching phone numbers and addresses
  - Date variables not related to customer addresses or to calls or (or no date information at all)
- External Data (TransUnion, Speedeon)

# Example of Dr. Yoeli's All State Method

## May 2008 Call to (530) Area Code
## Trailing Winback

Call Record

| phone_number | call_date | campaign |
|---|---|---|
| 5308899595 | 5/6/2008 | OR VOL TRAIL (51MTH) |

# Customer Account Data

## May 2008 Call to (530) Area Code
## Trailing Winback

<u>Customer Account Data</u>

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|
| 5308899595 | 3/18/2001 | 5/9/2003 | WILCOX,CRAIG | Service | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 2/22/2004 | 8/9/2004 | REGO,DENNIS E/KRISTINE | Service | 3306 CORINTHIAN LANE | AUBURN | CA | 95603-0000 |
| 5308899595 | 8/10/2004 | 7/24/2007 | REGO,DENNIS E/KRISTINE | Service | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |
| | | | | | | | | |
| 5308899595 | 6/9/2011 | 12/31/2199 | WILCOX,CRAIG | Billing | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 7/24/2011 | 12/31/2199 | REGO,DENNIS E/KRISTINE | Billing | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |

# Sales Commissions Data

## May 2008 Call to (530) Area Code
## Trailing Winback

<u>Sales Commissions Data</u>

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 5308899595 | 2/12/2001 | | 8255909056070714 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603 |

# PODS Data

## May 2008 Call to (530) Area Code
## Trailing Winback

PODS Data

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | zipcode |
|---|---|---|---|---|---|---|---|
| 5308899595 | 8255909056070710 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603-5849 |

FAIR 9

# Dr. Yoeli's Evaluation of May 2008 Call

## May 2008 Call to (530) Area Code
## Trailing Winback

### Call Record

| phone_number | call_date | campaign |
|---|---|---|
| 5308899595 | 5/6/2008 | OR VOL TRAIL (51MTH) |

### Customer Account Data

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|
| 5308899595 | 3/18/2001 | 5/9/2003 | WILCOX,CRAIG | Service | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 2/22/2004 | 8/9/2004 | REGO,DENNIS E/KRISTINE | Service | 3306 CORINTHIAN LANE | AUBURN | CA | 95603-0000 |
| 5308899595 | 8/10/2004 | 7/24/2007 | REGO,DENNIS E/KRISTINE | Service | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |
| 5308899595 | 6/9/2011 | 12/31/2199 | WILCOX,CRAIG | Billing | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 7/24/2011 | 12/31/2199 | REGO,DENNIS E/KRISTINE | Billing | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |

### Sales Commissions Data

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 5308899595 | 2/12/2001 | | 8255909056070714 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603 |

### PODS Data

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | zipcode |
|---|---|---|---|---|---|---|---|
| 5308899595 | 8255909056070710 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603-5849 |

FAIR 10

# Relevant Data to Evaluate May 2008 Call

## May 2008 Call to (530) Area Code
## Trailing Winback

### Call Record

| phone_number | call_date | campaign |
|---|---|---|
| 5308899595 | 5/6/2008 | OR VOL TRAIL (51MTH) |

### Customer Account Data

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|
| 5308899595 | 3/18/2001 | 5/9/2003 | WILCOX,CRAIG | Service | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 2/22/2004 | 8/9/2004 | REGO,DENNIS E/KRISTINE | Service | 3306 CORINTHIAN LANE | AUBURN | CA | 95603-0000 |
| 5308899595 | 8/10/2004 | 7/24/2007 | REGO,DENNIS E/KRISTINE | Service | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |
| 5308899595 | 6/9/2011 | 12/31/2199 | WILCOX,CRAIG | Billing | 1155 HUMBUG WAY | AUBURN | CA | 95603-5849 |
| 5308899595 | 7/24/2011 | 12/31/2199 | REGO,DENNIS E/KRISTINE | Billing | 3131 GREENMOOR CT | COLORADO SPRINGS | CO | 80920-3000 |

### Sales Commissions Data

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 5308899595 | 2/12/2001 | | 8255909056070714 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603 |

### PODS Data

| phone_number | csg_account_no | last_name | physical_address_line_1 | physical_address_line_2 | physical_city | physical_state | zipcode |
|---|---|---|---|---|---|---|---|
| 5308899595 | 8255909056070710 | WILCOX,CRAIG | 1155 HUMBUG WAY | | AUBURN | CA | 95603-5849 |

# Dr. Yoeli's Example 1: Call to Active Customer

## December 2009 Call to (209) Area Code
## Upsell

### Call Record

| phone_number | call_date | campaign |
|---|---|---|
| 2092393861 | 12/4/2009 | EP STARZ 0P (ALL) |

### Customer Account Data

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|
| 2092393861 | 9/14/2015 | 12/31/2199 | QUARESMA,GEORGE | Billing | 1493 HAMPTON PL | | MANTECA | CA | 95336-6200 |
| 2092393861 | 12/9/2008 | 12/31/2199 | QUARESMA,GEORGE | Service | 1493 HAMPTON PL | | MANTECA | CA | 95336-6200 |

### Lead Tracking System Data

| phone_number | lead_creation_dttm | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 2092393861 | 12/9/2008 | GEORGE | QUARESMA | | MANTECA | CA | 95336 |

### Sales Commissions Data

| phone_number | eff_date | exp_date | account_number | name | address1 | address2 | city | state | postal_code |
|---|---|---|---|---|---|---|---|---|---|
| 2092393861 | 12/15/2008 | | 8255909760688082 | QUARESMA,GEORGE | 1493 HAMPTON PL | | MANTECA | CA | 953366200 |

# Call to Former Customer

## December 2008 Call to (323) Area Code
## Trailing Winback

<u>Call Record</u>

| phone_number | call_date | campaign |
|---|---|---|
| 3238519500 | 12/15/2008 | EC VOL TRAIL (22MTH) |

<u>Customer Account Data</u>

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|
| 3238519500 | 5/11/2001 | 4/6/2007 | PERIGO,LINDA | Service | 7285 FRANKLIN AVE APT F | | LOS ANGELES | CA | 90046-3024 |
| 3238519500 | 9/12/2011 | 12/31/2199 | PERIGO,LINDA | Service | 7285 FRANKLIN AVE APT F | ATTN LINDA | LOS ANGELES | CA | 90046-3024 |

# Call to Future Customer

## December 2008 Call to (209) Area Code Lead

### Call Record

| phone_number | call_date | campaign |
|---|---|---|
| 2092393263 | 12/16/2008 | 5791_08W50_LTS_PHONE_ENGLISH |

### Customer Account Data

| phone_number | location_begin_dt | location_end_dt | acnt_name | address_type | address_1 | address_2 | city | state | zipcode |
|---|---|---|---|---|---|---|---|---|---|
| 2092393263 | 3/21/2009 | 12/31/2199 | PIASECKI,PETER | Service | 716 BEARCLAW PL | | MANTECA | CA | 95336-8562 |

### Lead Tracking  System Data

| phone_number | start_date | first_name | last_name | address | city | state | zipcode |
|---|---|---|---|---|---|---|---|
| 2092393263 | 12/5/2008 19:18 | PETER | PIASECKI | | MANTECA | CA | 953368562 |
| 2092393263 | 12/12/2012 7:02 | PIASECKI | PETER | | MANTECA | CA | 953360000 |

FAIR 14