Appendix D. Dish's Reply to Plaintiff State Email in Appendix B

**From:** Echtman, Elyse D. [mailto:eechtman@orrick.com]
**Sent:** Wednesday, June 22, 2016 6:58 AM
**To:** Jinsook Ohta
**Cc:** Kirkman, David; erin.leahy@ohioattorneygeneral.gov; givens@ftc.gov; Hsiao, Lisa K.; Ankoma-Sey, Angela; Blume, Michael S.; Crane-Hirsch, Daniel; Runkle, Patrick; eblackston@atg.state.il.us; Garner, Grace E. (CIV); jeffrey.loeser@ohioattorneygeneral.gov; Jon Worm; Lee, Sang H.; Martin, Erinn D. (CIV); pisaac@atg.state.il.us; pheimlich@atg.state.il.us; rdeitch@ftc.gov; jboyle@kelleydrye.com; lmazzuchetti@kelleydrye.com; Bicks, Peter A.; Ewald, John L.
**Subject:** RE: U.S. v. DISH - DISH Production

Counsel:

Below are responses to Jin's questions with respect to DISH's April and May 2016 document production.

**Sets 1 and 1A** contain Customer Account data. This information was pulled from DISH's Customer Account database within DISH's Teradata environment in DISH's Data Warehouse.

"Location begin date" reflects the date when DISH received the location information. It is the first date when the account was associated with the address.

"Location end date" reflects the last date that the account was associated with the address. If the date is in the future, such as 2199-12-31, then the address was currently associated with the account at the time that the information was pulled.

Phone "begin" and "end" dates similarly represent the first and last dates that the phone number was associated with the account. If the phone "end" date is in the future, then the phone number was currently associated with the account at the time that the information was pulled.

**Set 2** contains lead data pulled from the Lead Tracking System in use at DISH prior to May 22, 2013.

The "Lead creation" field represents the date the record was generated.

**Set 3** contains lead data pulled from the Lead Tracking System in use at DISH as of May 22, 2013.

The "Lead creation" field represents the date the record was generated.

**Set 4** contains information from DISH's "Do Not Contact" database. This information was pulled from the "Do Not Mail" portion of DISH's "Do Not Contact" database. The mailing addresses in this database may be associated with customer account numbers. DISH cross-referenced account numbers associated with phone numbers in the call records to identify addresses associated with those same account numbers within this database.

The "Effective date" field represents the date when the Do Not Contact information became effective.

The "Expiration date" field represents the date when the Do Not Contact information expired.

U.S., et al. v. Dish Network L.L.C.
Plaintiff's Exhibit
PX1466D

**Set 5** contains MKTG_RAID data. This information was pulled from external hard drives associated with DISH's Marketing Department, which contain historical marketing data.

**Set 6** contains SALESCOMM data. This information was pulled from a database containing customer accounts generated by retailers and used to determine retailer compensation. SalesComm is the database of record for all payments that are made to retailers.

In connection with the process of appending Set 6 information to DTX 903, DTX905, and DTX 909, the DTX files were de-duplicated. That de-duplication accounts for the discrepancy in the number of lines. We are providing amended files as part of a **Set 6A** that do not remove any lines. The original files that were produced are nonetheless complete in providing available information from SALESCOMM with respect to every phone number contained in those files.

The "Eff date" field represents the date when the sales commission data became effective.

The "Exp date" field represents the date when the sales commission data expired.

**Set 7** contains data from DISH's Siebel database. This information was pulled from a database containing information on customer accounts generated by order entry retailers.

The "Created date" field represents the effective date of the Siebel data.

The "Last updt date" field represents the latest date when the Siebel data was updated.

**Set 8** contains data pulled from DISH's Production Operational Data System ("PODS") which was DISH's Operational Data store prior to its implementation of the current version of the Data Warehouse. This information was restored from tape drives created around 2009. This specific information came from "ad hoc" sets of data tables created by a former employee who pulled data for use by the Marketing Department. Those tables contained an association between phone numbers and account numbers. For any phone numbers contained on the seven lists identified by the State Plaintiffs that appeared within these tables, DISH used the associated account numbers to pull address information from its Customer Account data.

"Location begin date" reflects the date when DISH received the location information. It is the first date when the account was associated with the address.

"Location end date" reflects the last date that the account was associated with the address. If the date is in the future, such as 2199-12-31, then the address was currently associated with the account at the time that the information was pulled.

**Set 9** contains data from DISH's Production Operational Data System ("PODS") (explained above), and specifically from subscriber and address information from DISH's Billing System-CSG that had been imported into this Production Operational Data System.

**Set 10** contains TransUnion data. TransUnion data was only provided for phone numbers that did not have any associated addresses within DISH's records. DISH did not provide Transunion data for the call set files identified in the email below.

**Set 11** contains Speedeon data. Speedeon data was only provided for phone numbers that did not have any associated addresses within DISH's records or within TransUnion's data. DISH did not provide Speedeon data for the call set files identified in the email below.

According to Speedeon, the "I" date represents the date that the address record was created at Speedeon and the "D" date represents a date as of which Speedeon no longer associated the telephone number with that address.

In response to questions raised about "proof" in your inquiries, DISH has not endeavored to provide "proof" of the physical address of any telephone line at any point in time. Instead, DISH produced information requested pursuant to the Court's order: "documents in Dish's possession that contain information regarding the residential addresses associated with the telephone numbers contained in the Dish 2007-2010 calling records." [Dkt. 624] at 5.

Best regards,

Elyse