Atkinson-Baker Court Reporters
www.depo.com

```
               UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                   SPRINGFIELD DIVISION

---------------------------------X
UNITED STATES OF AMERICA and the )
STATES OF CALIFORNIA, ILLINOIS,  )
NORTH CAROLINA, and OHIO,        )
                                 )
                  Plaintiffs,    ) Case No.:
                                 ) 3:09-cv-03073-SEM-TSH
         v.                      )
                                 )
DISH NETWORK, L.L.C.,            )
                                 )
                  Defendant.     )
---------------------------------X



              VIDEOTAPED DEPOSITION OF

                  REBECCA KIRK FAIR

                  NEW YORK, NEW YORK

                  SEPTEMBER 20, 2016







ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: HELEN SHUM
FILE NO.: AA099A7
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
                    R. K. FAIR
```

| | | |
|---|---|---|
| 1 | | |
| 2 | A. I think we're having a disconnect about the | 09:46:24 |
| 3 | concept of reliability. So I think they are reliable | 09:46:26 |
| 4 | for ensuring that individuals get billed when they are | 09:46:31 |
| 5 | entered, and that is how DISH is using them. Based on | 09:46:35 |
| 6 | the entry dates for those data, the majority of the | 09:46:40 |
| 7 | information was entered well after the times of the | 09:46:43 |
| 8 | calls at issue. | 09:46:47 |
| 9 | So they are reliable for the purpose for | 09:46:48 |
| 10 | which DISH was maintaining them, but given the | 09:46:51 |
| 11 | disconnect between the timing of the call and the | 09:46:54 |
| 12 | address data, I relied on the service data, which were | 09:46:56 |
| 13 | contemporaneously entered and active for those | 09:46:59 |
| 14 | customers. | 09:47:02 |
| 15 | Q. Okay. So are you saying that the billing | 09:47:04 |
| 16 | data for let's say -- I'm just going to say for the year | 09:47:13 |
| 17 | 2007, that the billing data for 2007 was entered long -- | 09:47:20 |
| 18 | could have been entered long after the fact to cover a | 09:47:26 |
| 19 | time frame prior to the entry? | 09:47:30 |
| 20 | A. The DISH data and all the data here are | 09:47:34 |
| 21 | complicated. So maybe we can go back to the Exhibit 2, | 09:47:38 |
| 22 | and it may even be easier if you enter into the record | 09:47:42 |
| 23 | some pictures of the data, but if we look at 2007, we | 09:47:47 |
| 24 | have more than 300,000 service addresses. We have well | 09:47:50 |
| 25 | below 50,000 billing addresses. We have lots of billing | 09:47:56 |

Rebecca Kirk Fair
September 20, 2016

Atkinson-Baker Court Reporters
www.depo.com

|  | R. K. FAIR |  |
|---|---|---|
| 2 | addresses that appear to have been entered for lots of | 09:48:03 |
| 3 | records in 2011. | 09:48:08 |
| 4 | So what I'm saying is there were customers | 09:48:10 |
| 5 | who were active in prior years, where the billing | 09:48:12 |
| 6 | address for those customers got recorded in those | 09:48:16 |
| 7 | variable -- under that variable name in subsequent | 09:48:19 |
| 8 | years.  I don't know particularly why.  It would not | 09:48:22 |
| 9 | surprise me if it was due to a change in the way they | 09:48:26 |
| 10 | were recording their data and their data sets that they | 09:48:30 |
| 11 | suddenly wanted to distinguish between service address | 09:48:33 |
| 12 | and billing address. | 09:48:35 |
| 13 | I have cable in two houses.  My billing | 09:48:37 |
| 14 | address is, in fact, my primary home, even though my | 09:48:40 |
| 15 | service address is on the Cape.  So all I'm saying is | 09:48:43 |
| 16 | the data that applied to a call and an account number | 09:48:48 |
| 17 | circa 2007 was generally associated with a service | 09:48:53 |
| 18 | address. | 09:48:57 |
| 19 | If I add more address data inside Group A, | 09:48:57 |
| 20 | the chance only goes up with contradictions, and since | 09:49:02 |
| 21 | as you read, my first paragraph of Section A is that if | 09:49:05 |
| 22 | there are contradictions, they are not included in that | 09:49:08 |
| 23 | stage in the hierarchy. | 09:49:12 |
| 24 | So I could try and do what you're saying. | 09:49:14 |
| 25 | I think it's inappropriate given when the service data | 09:49:18 |

29

Atkinson-Baker Court Reporters
www.depo.com

|    | R. K. FAIR | |
|---|---|---|
| 1  | | |
| 2  | were entered into the system to use it to determine the | 09:49:21 |
| 3  | physical location of an individual at the time of a 2007 | 09:49:26 |
| 4  | call. | 09:49:31 |
| 5  | Q.   Okay.  You meant billing? | 09:49:31 |
| 6  | A.   Sorry.  The billing address is | 09:49:34 |
| 7  | inappropriate to use to figure out the physical | 09:49:36 |
| 8  | location, and that I used the appropriate address data | 09:49:39 |
| 9  | given the entry dates for the addresses. | 09:49:42 |
| 10 | Q.   Okay.  So if I'm understanding you | 09:49:45 |
| 11 | correctly, this sudden rise in entry of billing data, | 09:49:48 |
| 12 | some of this was entry of activity that was not | 09:49:55 |
| 13 | contemporaneous to 2011; they were entering in activity | 09:50:00 |
| 14 | from previous years? | 09:50:05 |
| 15 | MS. ECHTMAN:  Objection. | 09:50:06 |
| 16 | A.   I'm uncomfortable describing it as entering | 09:50:07 |
| 17 | activity as opposed to entering billing data, billing | 09:50:11 |
| 18 | address information for customers who existed prior to | 09:50:15 |
| 19 | 2011. | 09:50:19 |
| 20 | Q.   Okay.  But the actual activity that they | 09:50:20 |
| 21 | were recording in 2011, that was contemporaneous | 09:50:34 |
| 22 | activity? | 09:50:37 |
| 23 | MS. ECHTMAN:  Objection; vague. | 09:50:39 |
| 24 | A.   Actually, I'm afraid I have no idea what | 09:50:41 |
| 25 | you asked.  Try again. | 09:50:44 |

Rebecca Kirk Fair
September 20, 2016