UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, ILLINOIS, NORTH CAROLINA, and OHIO,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>DISH NETWORK, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:09-cv-03073-SEM-TSH<br><br>**PLAINTIFFS' INTERIM STATUS REPORT RE DISH DEMONSTRATION REQUIREMENTS (d/e 829)** |

　　　　Plaintiffs, the United States of America and the States of California, Illinois, North Carolina, and Ohio, hereby notify the Court that at 9:42 p.m. E.D.T. on October 3, 2017, they received Dish's submissions (d/e 829) purporting to show it has met the Demonstration Requirements imposed by the Court's Amended Order for Permanent Injunction (d/e 822) ("Injunction"). Plaintiffs received no materials from Dish relating to the Demonstration Requirements before October 3.

Given Dish's submission, it will take time for all of the Plaintiffs to determine whether Dish has satisfied the Demonstration Requirements. As soon as Plaintiffs have reached such a determination, they will promptly notify the Court as required by the Injunction.

Respectfully submitted,

OF COUNSEL:

FOR THE UNITED STATES

LOIS C. GREISMAN
Associate Director for Marketing Practices

CHAD A. READLER
Acting Assistant Attorney General
ETHAN P. DAVIS
Deputy Assistant Attorney General

RUSSELL DEITCH
GARY IVENS
Attorneys
Federal Trade Commission
600 Pennsylvania Ave. NW, Room 288
Washington, DC 20580
Telephone: 202-326-2585 (Deitch),
202-326-2330 (Ivens)
Fax: 202-326-3395

ANDREW E. CLARK, Assistant Director

s/ Lisa K. Hsiao
LISA K. HSIAO
PATRICK R. RUNKLE
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-532-4892 (Hsiao)
202-532-4723 (Runkle)
Fax: 202-514-8742
Lisa.K.Hsiao@usdoj.gov
Patrick.R.Runkle@usdoj.gov

GAIL NOLL
Assistant U.S. Attorney
U.S. Attorney's Office for C.D. Ill.
318 S. 6th St.
Springfield, IL 62701-1806
Telephone: 217-492-4450
Fax: 217-492-4512
Gail.Noll@usdoj.gov

FOR THE PEOPLE OF THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General of the State of California

/s/ Jinsook Ohta
JINSOOK OHTA
JON WORM
Deputy Attorneys General
Consumer Law Section
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619-738-9319 (Ohta)
            619-738-9325 (Worm)
Fax: 619-645-2271
jinsook.ohta_@doj.ca.gov
jon.worm@doj.ca.gov

FOR THE STATE OF OHIO

MIKE DEWINE
Attorney General of Ohio

s/_Erin B. Leahy
ERIN B. LEAHY
JEFFREY LOESER
Assistant Attorneys General
Consumer Protection Section
Ohio Attorney General=s Office
30 E. Broad St., 14th Floor
Columbus, OH  43215-3414
Telephone: 614-752-4730 (Leahy)
            614-728-1172 (Loeser)
Fax: 866-768-2648
Erin.Leahy@ohioattorneygeneral.gov
Jeffrey.Loeser@ohioattorneygeneral.gov

FOR THE PEOPLE OF THE STATE OF ILLINOIS

LISA MADIGAN
Attorney General of Illinois

s/_Elizabeth Blackston
ELIZABETH BLACKSTON
PHILIP HEIMLICH
PAUL A. ISAAC

Assistant Attorneys General
Consumer Fraud Bureau
500 South Second St.
Springfield, IL 62706
Telephone: 217-782-4436
Fax: 217-782-1097
eblackston@atg.state.il.us
pheimlich@atg.state.il.us
pisaac@atg.state.il.us

FOR THE STATE OF NORTH CAROLINA

JOSH STEIN
Attorney General of North Carolina

s/_ Teresa L. Townsend
Teresa L. Townsend
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
114 W. Edenton St.
Raleigh, NC  27602-0629
Telephone: 919-716-6000
Fax: 919-716-6050
TTownsend@ncdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiffs' Interim Status Report re Dish Demonstration Requirements was served via ECF on this 6th day of October, 2017, upon the persons listed below:

        Peter A. Bicks
        Elyse D. Echtman
        John L. Ewald
        pbicks@orrick.com
        eechtman@orrick.com
        jewald@orrick.com

        Joseph A. Boyle
        Lauri A. Mazzuchetti
        jboyle@kelleydrye.com
        lmazzuchetti@kelleydrye.com

        Counsel for Dish Network, LLC

        /s/ Lisa K. Hsiao_____
        LISA K. HSIAO