UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, ILLINOIS, NORTH CAROLINA, and OHIO,<br><br>Plaintiffs,<br>v.<br><br>DISH NETWORK, LLC,<br><br>Defendant. | Case No. 3:09-cv-03073-SEM-TSH<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW D/E 844 WITHOUT PREJUDICE** |

Plaintiffs, the United States of America and the States of California, Illinois, North Carolina, and Ohio, respectfully move the Court for leave to withdraw, without prejudice, Plaintiffs' Notice of DISH's failure to Meet This Court's Demonstration Requirements (d/e 844) and the attachments thereto (together, "Notice"), in order to give the parties time to continue their efforts to resolve the allegations therein. This motion should not be construed as an acknowledgement or admission that Dish or its retailers have met the Demonstration Requirements. Defendant DISH Network, LLC ("Dish") does not oppose this motion.

Since the Court's February 13, 2018 status hearing, the parties have been working together to address the issues raised in Plaintiffs' Notice, including an in-person settlement conference, Dish's provision of additional documents and data reflecting whether it had Established Business Relationships or other defenses for its telemarketing calls, and ongoing communications about various other issues. However, the parties need more time to continue this process in order to narrow or even resolve the issues to be addressed at a hearing. Plaintiffs seek leave to withdraw their Notice without prejudice, so that, if the parties cannot work out all

of their differences, Plaintiffs may file a new, revised notice that presents only those concerns to be adjudicated by the Court.

Plaintiffs respectfully request that the Court grant them leave to withdraw the Notice and attachments without prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | FOR THE UNITED STATES |
| LOIS C. GREISMAN<br>Associate Director for Marketing Practices | CHAD A. READLER<br>Acting Assistant Attorney General<br>ETHAN P. DAVIS |
| RUSSELL DEITCH<br>Attorneys<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW, Room 288<br>Washington, DC 20580<br>Telephone: 202-326-2585 (Deitch)<br>Fax: 202-326-3395 | Deputy Assistant Attorney General<br><br>GUSTAV W. EYLER, Acting Director<br>ANDREW E. CLARK, Assistant Director<br><br>s/ Lisa K. Hsiao_____<br>LISA K. HSIAO<br>PATRICK R. RUNKLE<br>Trial Attorneys<br>Consumer Protection Branch<br>U.S. Department of Justice<br>PO Box 386<br>Washington, DC 20044-0386<br>Telephone: 202-532-4892 (Hsiao)<br>202-532-4723 (Runkle)<br>Fax: 202-514-8742<br>Lisa.K.Hsiao@usdoj.gov<br>Patrick.R.Runkle@usdoj.gov<br><br>GAIL NOLL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office for C.D. Ill.<br>318 S. 6th St.<br>Springfield, IL 62701-1806<br>Telephone: 217-492-4450<br>Fax: 217-492-4512<br>Gail.Noll@usdoj.gov |

| | |
|---|---|
| FOR THE PEOPLE OF THE STATE OF CALIFORNIA | FOR THE PEOPLE OF THE STATE OF ILLINOIS |
| XAVIER BECERRA<br>Attorney General of the State of California | LISA MADIGAN<br>Attorney General of Illinois |
| /s/ Jinsook Ohta<br>JINSOOK OHTA<br>JON WORM<br>VESNA CUK<br>Deputy Attorneys General<br>Consumer Law Section<br>Office of the Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Telephone: 619-738-9319 (Ohta)<br>            619-738-9325 (Worm)<br>Fax: 619-645-2271<br>jinsook.ohta@doj.ca.gov<br>jon.worm@doj.ca.gov<br>vesna.cuk@doj.ca.gov | s/ Elizabeth Blackston<br>ELIZABETH BLACKSTON<br>PHILIP HEIMLICH<br>PAUL A. ISAAC<br>Assistant Attorneys General<br>Consumer Fraud Bureau<br>500 South Second St.<br>Springfield, IL 62706<br>Telephone: 217-782-4436<br>Fax: 217-782-1097<br>eblackston@atg.state.il.us<br>pheimlich@atg.state.il.us<br>pisaac@atg.state.il.us |
| FOR THE STATE OF OHIO | FOR THE STATE OF NORTH CAROLINA |
| MIKE DEWINE<br>Attorney General of Ohio | JOSH STEIN<br>Attorney General of North Carolina |
| s/ Erin B. Leahy<br>ERIN B. LEAHY<br>JEFFREY LOESER<br>Assistant Attorneys General<br>Consumer Protection Section<br>Ohio Attorney General's Office<br>30 E. Broad St., 14th Floor<br>Columbus, OH  43215-3414<br>Telephone: 614-752-4730 (Leahy)<br>          614-728-1172 (Loeser)<br>Fax: 866-768-2648<br>Erin.Leahy@ohioattorneygeneral.gov<br>Jeffrey.Loeser@ohioattorneygeneral.gov | s/ Teresa L. Townsend<br>TERESA L. TOWNSEND<br>Special Deputy Attorney General<br>Consumer Protection Division<br>Office of the Attorney General<br>114 W. Edenton St.<br>Raleigh, NC  27602-0629<br>Telephone: 919-716-6000<br>Fax: 919-716-6050<br>TTownsend@ncdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via ECF on this 10th day of April, 2018, upon the persons listed below:

          Peter A. Bicks
          Elyse D. Echtman
          John L. Ewald
          pbicks@orrick.com
          eechtman@orrick.com
          jewald@orrick.com

          Joseph A. Boyle
          Lauri A. Mazzuchetti
          jboyle@kelleydrye.com
          lmazzuchetti@kelleydrye.com

          Counsel for Dish Network, LLC


          /s/ Lisa K. Hsiao_____
          LISA K. HSIAO