**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, ILLINOIS, NORTH CAROLINA, and OHIO,<br><br>        Plaintiffs,<br><br>        v.<br><br>DISH NETWORK L.L.C.,<br><br>        Defendant. | Case No.: 3:09-cv-03073-SEM-TSH |

## ORDER

This matter is before the Court upon Defendant DISH Network L.L.C.'s ("DISH") Consent Motion for Release of Supersedeas Bond (the "Motion") and the Court, having considered the Motion and the agreement of the parties, finds that the judgment, dated January 7, 2021 (Dkt. 870) (the "Judgment"), entered pursuant to a Stipulated Order For Monetary Judgment (Dkt. 868), has been fully satisfied, and therefore, that the supersedeas bond approved by the Court (Text Order dated June 16, 2017) and provided by DISH (Dkt. 805) (the "Supersedeas Bond") is no longer required and should be discharged.  Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Supersedeas Bond is hereby discharged, and the obligations of the sureties (Federal Insurance Company, located at 436 Walnut St., Philadelphia, PA 19106; Liberty Mutual Insurance Company, located at 175 Berkeley St., Boston, MA 02116; and Zurich American Insurance Company, located at 1299 Zurich Way, Schaumburg, IL 60196) thereunder are hereby released and are no longer in effect; and

IT IS HEREBY FURTHER ORDERED that the Clerk of Court is directed to immediately release the Supersedeas Bond to DISH's counsel by mailing it to Elyse D. Echtman, Esq., Orrick Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019.

This 14th Day of January, 2021.

                                                                                                                    *s/ Sue E. Myerscough*
                                                                                                                     HON. SUE E. MYERSCOUGH
                                                                                                                     UNITED STATES DISTRICT JUDGE